UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

STATE OF ALABAMA,

Plaintiff,

v.

ABBOTT LABORATORIES, INC., *et al.*,

Defendants.

Case No. 2:06-cv-920

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT G.D. SEARLE LLC

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant G.D. Searle LLC makes the

following Corporate Disclosure Statement:

1) G.D. Searle LLC, formerly known as G.D. Searle & Co., is a wholly-owned subsidiary

of Pharmacia Corporation.  Pharmacia Corporation is a wholly-owned subsidiary of Pfizer Inc..

2) Pfizer Inc. owns 10% or more of the stock of Pharmacia Corporation, which owns 10%

or more of the stock of G.D. Searle LLC, formerly known as G.D. Searle & Co.

Dated:  October 10, 2006

Respectfully submitted,

Philip H. Butler (BUT007)
George R. Parker (PAR086)
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL  36104
Tel: (334) 956-7700
Fax: (334) 956-7701

John C. Dodds
Scott A. Stempel
Kimberly K. Heuer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing *Corporate Disclosure Statements* upon Plaintiff's counsel by placing a copy in the United States Mail, postage prepaid, and properly addressed this the 11th day of October, 2006.

Troy King
ATTORNEY GENERAL
STATE OF ALABAMA
300 State House
11 S. Union Street
Montgomery, Alabama 36130
(334) 242-7300

Jere L. Beasley (BEA020)
W. Daniel "Dee" Miles, III (MIL060)
Clinton C. Carter (CARL 12)
Roger L. Bates (BAT006)
Caine O'Rear III (ORE003).
Windy C. Bitzer (BIT005)
DEPUTY ATTORNEY GENERALS

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160 (36103-4160)
272 Commerce Street
Montgomery, Alabama 36104
(334) 269-2343
(334) 954-7555 – fax

HAND ARENDALL, L.L.C.
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203.
(205) 324-4400
(205) 322-1163 – fax

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511
(251) 694-6375 – fax

*Attorneys for Plaintiff*

I further certify that, in accordance with an agreement among defense counsel, I have served a copy of the Removal by electronic mail upon counsel for each of the remaining parties listed below on the same date.

OF COUNSEL

Toni-Ann Citera
JONES DAY
222 East 41st Street
New York, New York 10017-6702

James R. Daly
J. Ryan Mitchell
Daniel E. Reidy.
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601

Betsy Collins
Leah Pointer
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

*Attorneys for Defendants Abbott Laboratories, Inc. and TAP Pharmaceutical Products, Inc.*

Philip H. Butler
George R. Parker
BRADLEY ARRANT ROSE & WHITE LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

John C. Dodds
Kimberly K. Heuer
MORGAN LEWIS & BOCKIUS LIP
1701 Market Street
Philadelphia, Pennsylvania 19103
Scott A. Stempel
MORGAN LEWIS & BOCKIUS LLP
111 Pennsylvania Avenue NW
Washington, DC 20004

*Attorneys for Defendants Agouron Pharmaceuticals, Inc. and G.D. Searle, LLC*

Archibald Reeves, IV
Edward S. Sledge, III
MCDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C.
63 South Royal Street, Suite 900
Mobile, Alabama 36602

*Attorneys for Defendant Alcon Laboratories, Inc.*

Richard Raskin
Michael Doss
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603

Fred M. (Tripp) Haston, III
BRADLEY ARANT LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

*Attorneys for Defendants Allergan, Inc., Bayer Corporation, Bayer Pharmaceuticals Corporation, Bayer Healthcare, LLC, and Novo Nordisk Pharmaceuticals, Inc.*

John R. Fleder
HYMAN, PHELPS & MCNAMARA, P.C.
700 Thirteenth Street, N.W., Suite 1200
Washington, D.C. 20005

Steven F. Casey
Christopher F. Heinss
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306.

Donald R. Jones, Jr.
ATTORNEY AT LAW
2000 Interstate Park Drive, Suite 104
Montgomery, Alabama 36109

*Attorneys for Defendants Alpharma, Inc. and PurePac Pharmaceutical Co.*

Andy Schau
PATTERSON BELKNAP WEBB

& TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

James H. McLemore
Robert F. Northcutt
CAPELL HOWARD, PC
Post Office Box 2069
Montgomery, Alabama 36102-2069

*Attorneys for Defendant ALZA Corporation*


Joseph Hanison "Hank" Young
Steven F. Barley
HOGAN & HARTS ON LLP
111 S. Calvert Street, Suite 1600
Baltimore, Maryland 21202

Anthony A. Joseph •
JOHNSTON BARTON PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618

*Attorneys for Defendant Amgen, Inc.*


James W. Matthews
Courtney A. Clark
Katy E. Koski
Robert J. Muldoon, Jr.
SHERIN LODGEN LLP
101 Federal Street
Boston, MA 02110

James H. Anderson
BEERS ANDERSON JACKSON
PATTY & VAN HEIST PC
Post Office Box 1988
Montgomery, Alabama 36102-1988

*Attorneys for Defendants Andrx Corporation and Andrx Pharmaceuticals, Inc.*


D. Scott Wise
Michael S. Flynn
Carlos M. Pelayo
Kimberly D. Harris

DAVIS POLK & WARD WELL
450 Lexington Avenue, Room 3055
New York, New York 10017

Thomas W. Christian
Sharon D. Stuart
CHRISTIAN& SMALL
1800 Financial Center
505 North  20th Street
Birmingham, Alabama 35203

*Attorneys for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP*


Carlos B. Provencio
SHOOK HARDY & BACON L.L.P.
Hamilton Square
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

Michael L. Koon
Nicola Heskett
Joseph G. Matye
SHOOK HARDY .& BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 6410.81

Richard H. Gill
Charles N. Gill
COPELAND, FRANCO, SCREWS & GILL, P.A.
Post Office Box 347
Montgomery, Alabama 36101-0347

William D. Nussbaum
Jonathon T. Rees
Gregory M. Petouvis
HOGAN & HARTSON, LLP
555 Thirteenth Street, NW
Washington, DC 20004

*Attorneys for Defendant Aventis Pharmaceuticals, Inc.*


Karen N. Walker
Barak Cohen
Edwin John U
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005

Bruce F. Rogers
BAINBRIDGE, MIMS, ROGERS & SMITH LLP
600 Luckie Drive
Post Office Box 530886
Birmingham, Alabama 35253

*Attorneys for Defendant Barr Laboratories, Inc.*

Merle M. DeLancey, Jr.
Jason D. Wallach
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
2101 L Street, N.W.
Washington, DC 20037-1526

Julian R.. McClees
SIROTE & PERMUTE, P.C.
Post Office Box 55727
Birmingham, Alabama 35255:5727.

*Attorneys for Defendants Baxter Healthcare Corporation and Baxter International, Inc.*

Fred M. "Tripp" Haston, III
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama. 35203

*Attorneys for Defendant Biovail Pharmaceuticals, Inc.*

Paul T. Coval
Alexandra T. Schimmer
VORYS SATER SEYMOUR & PEASE LLP
52 East Gay Street
Post Office Box 1008
Columbus, Ohio 43216-1008

Sandra G. Robinson
Jarrod J. White
CABANISS, JOHNSTON, GARDNER,
    DUMAS & O'NEAL
Post Office Box 2906
Mobile, Alabama 36652

*Attorneys for Defendants Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc. and Roxane Laboratories, Inc.*

Lyndon M. Tretter.
Steven M. Edwards
Thomas J. Sweeney, III
HOGAN & HARTS ON LLP
875 Third Avenue, Suite 2600
New York, New York 10022

Harlan I. Prater, IV
Stephen J. Rowe
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203-3200

*Attorneys for Defendant Bristol-Myers Squibb Company*

Joseph W. Letzer
Gary M. London
BURR & FORMAN LLP
3100 South Trust Tower
420North 20th Street
Birmingham, Alabama 35203
(205) 458-5272

Warren C. Matthews
BURR & FORMAN, LLP
RSA Tower
201 Monroe Street, Suite 1950
Montgomery, Alabama 36104

Joseph W. Letzer, Esq.
BURR & FORMAN LLP
3100 Wachovia Tower,
420 North 20th Street
South Trust Tower
Suite 3100
Birmingham, AL 35203

Paul F. Doyle
Christopher C. Palermo
Neil Merkl
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178

*Attorneys for Defendant Dey, Inc.*

Brien T. O'Connor
E. Abim Thomas
Eric Paul Christofferson
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110

Julia B. Cooper
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North, Suite 1100
Birmingham, Alabama 35203

*Attorneys for Defendants Elsai, Inc. and Genzyme Corporation*

William A. Davis
MITZ LEVIN COHN FERRIS, GLOVSKY & POPEO PC
701 Pennsylvania Avenue, N.W., Suite 900
Washington, DC 20004

Tabor R Novak, Jr.
BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148

*Attorneys for Defendant Eli Lilly and Company*

Jonathan L. Stern
Nancy L. Perkins
David D. Fauver
Rebecca Lynne Dubin
Jessica Lynne Medina
Joel Ernest Richardson
ARNOLD & PORTER
Thurman Arnold Building
555 Twelfth Street, NW
Washington, DC 20004-1206

Robert S. Litt
Justin S. Antonipillai
Stephen S. Diamond
Emily N. Glatfelter
ARNOLD & PORTER
Thurman Arnold Building
555 Twelfth Street, NW

Washington, DC 20004-1206


Robert D. Eckinger
Lawrence B. Clark
Gilbert C. Steindorff, IV
ADAMS AND REESE/LANGE SIMPSON LLP
2100 Third Avenue, North, Suite 1100
Birmingham, Alabama 35203-3367

*Attorneys for Defendants Endo Pharmaceuticals, Inc., ETHEX Corporation, Gilead Sciences, Inc. and K-V Pharmaceutical Company*


Peter J. Venaglia
Brian Rafferty .
DORNBUSH SCHAEFFER, STRONGIN & WEINSTEIN LLP
747ThirdAvenue
New York, New York 10017

William H. Hardie, Jr.
JOHNS TONE, ADAMS, BAILEY,:
GORDON & HARRIS
Post Office Box 1988
Mobile, Alabama 36633-1988

*Attorneys for Defendants Forest Laboratories, Inc. and Forest Pharmaceuticals, Inc.*


Andrew L. Hurst
REED SMITH LLP
1301 K Street, N.W.
Suite 1100, East Tower
Washington, DC 20005

Michael T. Scott
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, Pennsylvania 19103-7301

Richard L. Sharff Jr.
BRADLEY ARANT LLP
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203-2104

*Attorneys for Defendants Fujisawa Healthcare, Inc. and Fujisawa USA, Inc.*

Joseph P. H. Babington
Patrick C. Finnegan
Jason R. Watkins
HELMSING LEACH HERLONG
 NEWMAN ROUSE, PC
Post Office Box 2767
Mobile, Alabama 36652-2767

Ronald O. Dove, Jr.
Geoffrey D. Hobart
Mark H. Lynch
Jason R.. Litow
COVINGTON & BURLING
1201 Pennsylvania Avenue W
Washington, DC 2004

Frederick G. Herold
Valerie M. Wagner
DECHERT LLP
1117 California Avenue
Palo Alto, California 94304

Thomas H. Lee, III
DECHERT, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pennsylvania 19103

Mark D. Seltzer
Sarah Anne Franklin
Mona M. Patel
HOLLAND & KNIGHT, LLP
Commercial Litigation Branch, Civil Div.
10 Saint James Avenue
Boston, MA 02116

*Attorneys for Defendants Glaxo Wellcome, Inc., GlaxoSmithKline, PLC and SmithKline
Beecham Corporation d/b/a GlaxoSmithKline*

Graciela M. Rodriguez
Kevin R. Sullivan
John D. Shakow
KING & SPALDING LLP
1730 Pennsylvania Avenue, NW
Washington, DC 20006-4706

Edward S. Sledge, W.
Archibald T. Reeves, IV

MCDOWELL, KNIGHT, ROEDDER. & SLEDGE,LLC.
Post Office Box 350
Mobile, Alabama 36601

*Attorneys for Defendants Hoffman-LaRoche, Inc. and Roche Laboratories, Inc.*


David J. Burman
Kathleen M. O'Sullivan
Zoe Philippides
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099

W. Stancil Stames
Laura Howard Peck
STARNES & ATCHISON LLP
Post Office Box 5.8512
Birmingham, Alabama 35259-8512

*Attorneys for Defendant Immunex Corporation*


Bruce Wessel
Brian D. Ledahl
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276

George W. Walker, III
COPELAND FRANCO SCREWS & GILL
Post Office Box 347
Montgomery, Alabama 36101-0347

*Attorneys for Defendants IVAX Corporation and IVAX Pharmaceuticals, Inc.*


Ortho Biotech Products, LP
James H. McLeinore
Robert F. Northcutt
CAPELL & HOWARD PC
Post Office Box 2069
Montgomery, Alabama 36102-2069

Andrew D. Schau
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of Americas
New York, New York 11215

*Attorneys for Defendants Janssen Pharmaceutica Products, LP, Johnson & Johnson and McNeil-PPC, Inc.*

Gary R. Greenberg.
Louis J. Scerra, Jr.
GREENBERG TRAURIG LLP
One International Place
Boston, MA 02110

Sam B. Blair, Jr.
John B. Starnes
Lisa W. Borden
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
1600 South Trust Tower, 420 20th Street
Birmingham, Alabama 35203

*Attorneys for Defendants King Pharmaceuticals, Inc. and Monarch Pharmaceuticals, Inc.*

Steven M. Umin
James V. Hayes
WILLIAMS & CONNOLLY LU'
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Lee H. Copeland
COPELAND, FRANCO, SCREWS & GILL, P.A.
Post Office Box 347
Montgomery, Alabama 36101-0347

*Attorneys for Defendant Medimmune, Inc.*

John M. Townsend
Robert P. Reznick
Robert B. Funkhouser
HUGHES HUBBARD & REED LLP
1775 I Street N.W.
Washington, DC 20006-2401

Robert C. (Mike) Brock
Robert A. Huffaker
F. Chadwick Morriss
RUSHTON, STAKELY, JOHNSON & GARRETT, PA.
184 Commerce Street
Montgomery, Alabama 36104

*Attorneys for Defendant Merck & Co., Inc.*

Joseph W. Letzer, Esq.
BURR & FORMAN LLP
3100 Wachovia Tower,
420 North 20th Street
South Trust Tower
Suite 3100
Birmingham, AL 35203
(205) 458-5272

William A. Escobar
Neil Merkl
Christopher C. Palermo
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178\
(212) 808-7800

*Attorneys for Defendants Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc. and UDL
Laboratories, Inc.*

Saul P. Morgenstern
Jane W. Parver
Mark D. Godler
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022-3598

William D. Coleman
James N. Walter, Jr.
CAPELL & HOWARD, P.C.
Post Office Box 2069
Montgomery, Alabama 36102-2069

*Attorneys for Defendant Novartis Pharmaceuticals Corporation*

Edward S. Sledge, III
Archibald T. Reeves, IV
MCDOWELL, KNIGHT, ROEDDER & SLEDGE, LLC
Post Office Box 350
Mobile, Alabama, 36601

*Attorneys for Defendant Organon Pharmaceuticals USA, Inc.*

Richard M. Cooper
Paul K. Dueffert
Thomas J. Roberts
WILLIAMS & CONNOLLY LLP
725 12th Street, NW.
Washington, DC 20005

George W. Walker, III
COPELAND; FRANCO, SCREWS & GILL, P.A.
Post Office Box 347
Montgomery; Alabama 36101-0347

*Attorneys for Defendant Par Pharmaceutical, Inc.*


Scott A. Stempel
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

John C. Dodds
Kimberly K. Heuer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103

Philip H. Butler
George R. Parker
BRADLEY ARANT ROSE & WHITE LLP
Alabama Center for Commerce Bldg.
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

*Attorneys for Defendants Pfizer, Inc., Pharmacia Corporation and Pharmacia & Upjohn
Company*


Lori A. Schechter
Tiffany Cheung
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482

Harlan L Prater, IV
Derrick A. Mills
Stephen I. Rowe
LIGHTFOOT, FRANKLIN & WHITE L.L.C.
The Clark Building.

400 20th Street North
Birmingham, Alabama 35203-3200

*Attorneys for Defendant Purdue Pharma, L.P.*


Wayne A. Cross
J. Michael Gallagher
Brendan Woodard
WHITE & CASE
1155 Avenue of the Americas
New York, New York 10036-2787

C. Clay Torbert, III
Chad W. Bryan
CAPELL & HOWARD, P.C.
Post Office Box 2069
Montgomery, Alabama 36102-2069


*Attorneys for Defendant Sandoz, Inc.*


Graciela M. Rodriguez
Kevin R. Sullivan
John D. Shakow
KING & SPALDING LLP
1730 Pennsylvania Avenue, N.W.
Washington, DC 20006-4706

Richard H. Gill
COPELAND, FRANCO, SCREWS & GILL P.A.
Post Office Box 347
Montgomery, Alabama 36101-0347

*Attorneys for Defendant Sanofi-Synthelabo, Inc.*


Brian T. O'Conner
John T. Montgomery
ROPES & GRAY LLP
One International Place
Boston, MA 02110

Christopher May
I. Steven Baughman
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW
Washington, DC 20005

John A. Henig, Jr.
COPELAND, FRANCO, SCREWS & GILL, P.A.
Post Office Box 347.
Montgomery, Alabama 36101-0347

*Attorneys for Defendants Schering-Plough Corporation and Warrick Pharmaceuticals*
*Corporation*


Robert R. Stauffer .
Anthony C. Porcelli
JENNER & BLOCK LLP
1 IBM Plaza, Suite 4200
Chicago, Illinois. 60611

Joseph C. Espy, III
MELTON, ESPY & WILLIAMS
Post Office Drawer 5130
Montgomery, Alabama 36103

*Attorneys for Defendant Takeda Pharmaceuticals North America, Inc.*


Elizabeth I. Hack
T. Reed Stephens
SONNENSCHEIN NATH & ROSENTHAL LLP
B1301 K Street, NW, Suite 1600 North Tower
Washington, DC 20005

W. Joseph McCorkle, Jr.
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, Alabama 36101-0078

F. Inge Johnstone
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*


Douglas B. Farquhar
HYMAN PHELPS & MCNAMARA, P.C.
700 Thirteenth Street, N.W., Suite .1200
Washington, DC 20005

Steven F. Casey
Christopher F. Heinss
BALCH & BINGHAM LLP

Post Office Box 306
Birmingham, Alabama 35201-0306

*Attorneys for Defendants Watson Laboratories, Inc., Watson Pharmaceuticals, Inc. and Watson Pharma, Inc.*

S. Craig Holden
Kelly J. Davidson
OBER, KALER, GRIMES & SHRIVER
120 East Baltimore Street
Baltimore, Maryland 21202-1643

Maibeth J. Porter
Lee E. Bains, Jr.
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618

Alvin Latham (Peck) Fox, Jr.
MAYNARD, COOPER & GALE, P.C.
201 Monroe Street, Suite 1650
Montgomery, Alabama 36104-3720

*Attorneys for Defendants Wyeth, Inc. and Wyeth Pharmaceuticals, Inc.*

Richard H. Gill
Charles N. Gill
COPELAND, FRANCO, SCREWS & GILL, PA.
Post Office Box 347
Montgomery, Alabama 36101-0347

William D. Nussbaum
Jonathon T. Rees
Gregory M. Petouvis
HOGAN & HARTSON, LLP
555 Thirteenth Street, NW
Washington, DC 20004

*Attorneys for Defendant ZLB Behring, LLC*

1508389

17