IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 OCT 12 P 4: 25

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| STATE OF ALABAMA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:06-cv-920-MEF |
| ABBOTT LABORATORIES, INC., et al., | ) [Removed from Case No. CV-05-219 in the Circuit Court of Montgomery County, Alabama] |
| Defendants. | ) |

## DEFENDANT ALLERGAN INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Allergan, Inc. hereby discloses the following:

Allergan, Inc. has no parent company. Allergan, Inc. is a publicly held company. No publicly held company owns 10% or more of Allergan's stock.

By filing this Corporate Disclosure Statement, Allergan, Inc. does not waive any defenses to the complaint.

Dated: October 12, 2006.

William C. McGowin (ASB-6770-I136W)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email: wmcgowin@bradleyarant.com

One of the Attorneys for Defendant *Allergan Inc.*

OF COUNSEL

Fred M. Haston, III (ASB-8858-A64F)
Brian A. Wahl (ASB-3819-A59W)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8303
Facsimile: (205) 488-6303
E-mail: thaston@bradleyarant.com
Email: bwahl@bradleyarant.com

Richard D. Raskin
Michael Doss
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: rraskin@sidley.com
Email: mdoss@sidley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12 day of October, 2006, I have served a copy of the foregoing upon Plaintiff's counsel by placing a copy in the United States Mail, postage prepaid, and properly addressed to:

**State of Alabama**
Troy King, Attorney General
State of Alabama
300 State House
11 South Union Street
Montgomery, Alabama 36130

Roger L. Bates
Hand, Arendall, L.L.C.
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

Caine O'Rear III
Windy C. Bitzer
Hand Arendall, L.L.C.
Post Office Box 123
Mobile, Alabama 36601

Jere L. Beasley
W. Daniel Miles, III
Clinton C. Carter
Beasley, Allen Crow, Methvin,
Portis & Miles, PC
P. O. Box 4160
Montgomery, Alabama 36103-4160

I further certify that I have also served on this date the foregoing upon counsel for each of the remaining Defendants listed below by electronic mail:

**Abbott Laboratories, Inc.**
Toni Ann Citera
Jones Day
222 East 41st Street
New York, New York 10017-6702

James R. Daly
Jeremy P. Cole
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601

Betsy Collins
Leah Poynter
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

**Agouron Pharmaceuticals, Inc.**
**G.D. Searle, LLC**
John C. Dodds
Kimberly K. Heuer
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103

Philip H. Butler
George R. Parker
Bradley, Arant, Rose & White LLP
Alabama Center for Commerce Bldg.
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

**Alcon Laboratories, Inc.**
Archibald Reeves, IV
Edward S. Sledge, III
McDowell Knight Roedder & Sledge, L.L.C.
63 South Royal Street
Suite 900
Mobile, Alabama 36602

**Allergan, Inc.**
Richard Raskin
Michael Doss
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603

F.M. Haston, III
Brian A. Wahl
Bradley Arant LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

William C. McGowin
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

**Alpharma, Inc.**
**PurePac Pharmaceutical Co.**
John R. Fleder
Hyman, Phelps & McNamara, P.C.
700 Thirteenth Street, N.W., Suite 1200
Washington, D.C.  20005

Steven F. Casey
Christopher F. Heinss
Balch & Bingham LLP
Post Office Box 306
Birmingham, Alabama  35201-0306

Donald R. Jones, Jr.
Attorney at Law
2000 Interstate Park Drive, Suite 104
Montgomery, Alabama 36109

**Alza Corp.**
Andy Schau
Bill Cavanaugh
Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

James H. McLemore
Robert F. Northcutt
Cappell Howard, PC
Post Office Box 2069
Montgomery, Alabama  36102-2069

**Amgen Inc.**
Joseph Hanison "Hank" Young
Steven F. Barley
Hogan & Hartson, LLP
111 S. Calvert Street
Suite 1600
Baltimore, Maryland  21202

Anthony A. Joseph
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama  35203-2618

**Andrx Corporation**
**Andrx Pharmaceuticals, Inc.**
James W. Matthews
Courtney A. Clark
Katy E. Koski
Robert J. Muldoon, Jr.
Sherin Lodgen LLP
101 Federal Street
Boston, MA  02110

James H. Anderson
Beers, Anderson, Jackson, Patty
& Van Heest, P.C.
P.O. Box 1988
Montgomery, AL 36102

**AstraZeneca Pharmaceuticals LP**
**AstraZeneca LP**
D. Scott Wise
Michael S. Flynn
Carlos M. Pelayo
Kimberly D. Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York  10017

Thomas W. Christian
Sharon D. Stuart
Christian & Small
1800 Financial Center
505 North 20th Street
Birmingham, Alabama  35203

**Aventis Pharmaceuticals, Inc.**
Carlos B. Provencio
Shook Hardy & Bacon L.L.P.
Hamilton Square
600 14th Street, N.W.
Suite 800
Washington, D.C.  20005-2004

Michael L. Koon
Nicola Heskett
Joseph G. Matye
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, Missouri  64108

Richard H. Gill
Charles N. Gill
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama  36101-0347

**Aventis Behring, LLC**
**ZLB Behring, LLC**
William D. Nussbaum
Jonathan T. Rees
Gregory Petouvis
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC  20004

Richard H. Gill
Charles N. Gill
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama  36101-0347

**Barr Laboratories, Inc.**
Karen N. Walker
Barak Cohen
Edwin John U
Pamela Auerbach
Sean Trende
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005

Bruce F. Rogers
Bainbridge, Mims, Rogers & Smith LLP
600 Luckie Drive
Post Office Box 530886
Birmingham, Alabama  35253

**Baxter International**
**Baxter Healthcare Corporation**
Merle M. DeLancey, Jr.
Jason D. Wallach
Tina Reynolds
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, DC  20037-1526

Julian Rushton McClees
Sirote & Permutt, P.C.
2311 Highland Avenue
Birmingham, Alabama 35205

**Bayer Corporation**
**Bayer Pharmaceuticals Corporation**
**Bayer Healthcare, LLC**
Richard Raskin
Michael Doss
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois  60603

F.M. Haston, III
Brian A. Wahl
Bradley Arant LLP
1819 Fifth Avenue North
Birmingham, Alabama  35203

William C. McGowin
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

**Biovail Pharmaceuticals, Inc.**
F.M. Haston, III
Brian A. Wahl
Bradley Arant LLP
1819 Fifth Avenue North
Birmingham, Alabama  35203

William C. McGowin
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

**Boehringer Ingelheim Corporation**
**Boehringer Ingelheim Pharmaceuticals**
**Roxane Labs, Inc.**
Paul T. Coval
Alexandra T. Schimmer
Douglas L. Rogers
Darrell A. H. Miller
Vorys Sater Seymour & Pease LLP
52 East Gay Street
Post Office Box 1008
Columbus, Ohio 43216-1008

Sandra G. Robinson
Jarrod J. White
Cabaniss, Johnston, Gardner, Dumas & O'Neal
Post Office Box 2906
Mobile, Alabama 36652

**Bristol-Myers Squibb Co.**
Lyndon M. Tretter
Steven M. Edwards
Thomas J. Sweeney, III
James Zucker
Hogan & Hartson L.L.P.
875 Third Avenue
New York, New York 10022

Harlan I. Prater, IV
Stephen J. Rowe
Lightfoot, Franklin & White, LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203-3200

**DEY, L.P.**
Paul F. Doyle
Christopher C. Palermo
Neil Merkl
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York  10178

Joseph W. Letzer
Gary M. London
Burr & Forman LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203

Warren C. Matthews
Burr & Forman LLP
RSA Tower
201 Monroe Street, Suite 1950
Montgomery, Alabama  36104

**Eisai, Inc.**
Brien T. O'Connor
E. Abim Thomas
Eric Paul Christofferson
Ropes & Gray LLP
One International Place
Boston, MA  02110

Julia Boaz Cooper
BRADLEY, ARANT, ROSE & WHITE, LLP
One Federal Place
1819 5th Avenue North
Birmingham, Alabama  35203

**Eli Lilly and Company**
William A. Davis
Mitz, Levin, Cohen, Ferris
Glovsky & Popeo
701 Pennsylvania Avenue, N.W., Suite 900
Washington, DC  20004

Tabor R. Novak, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama  36109

**Endo Pharmaceuticals, Inc.**
Jonathan L. Stern
Nancy L. Perkins
David D. Fauvre
Rebecca Lynne Dubin
Jessica Lynne Medina
Joel Ernest Richardson
Nathan Cortez
Arnold & Porter
Thurman Arnold Building
555 Twelfth Street, NW
Washington, DC 20004-1206

Robert D. Eckinger
Lawrence B. Clark
Gilbert C. Steindorff, IV
Adams & Reese LLP
Concord Center
2100 Third Avenue North
Suite 1100
Birmingham, Alabama 35203

**ETHEX Corporation**
Robert S. Litt
Justin S. Antonipillai
Stephen S. Diamond
Emily N. Glatfelter
Arnold & Porter
Thurman Arnold Building
555 Twelfth Street, NW
Washington, DC  20004-1206

Robert D. Eckinger
Lawrence B. Clark
Gilbert C. Steindorff, IV
Adams & Reese LLP
Concord Center
2100 Third Avenue North
Suite 1100
Birmingham, Alabama 35203

**Forest Laboratories, Inc.**
**Forest Pharmaceuticals, Inc.**
Peter J. Venaglia
Brian Rafferty
Dornbush Schaeffer, Strongin
& Weinstein, LLP
747 Third Avenue
New York, New York 10017

William H. Hardie, Jr.
Johnstone, Adams, Bailey
  Gordon & Harris
Post Office Box 1988
Mobile, Alabama 36633-1988

**Fujisawa Healthcare, Inc.**
**Fujisawa USA, Inc.**
Andrew L. Hurst
Reed Smith LLP
1301 K Street, N.W.
Suite 1100, East Tower
Washington, DC 20005

Michael T. Scott
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, Pennsylvania 19103-7301

Richard Sharff, Jr.
Ty E. Demon
Bradley, Arant, Rose & White
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

**Genzyme Corporation**
Brien T. O'Connor
E. Abim Thomas
Eric Paul Christofferson
Ropes & Gray LLP
One International Place
Boston, MA 02110

Julia Boaz Cooper
BRADLEY, ARANT, ROSE & WHITE, LLP
One Federal Place
1819 5th Avenue North
Birmingham, Alabama  35203

**Gilead Sciences, Inc.**
Robert S. Litt
Justin S. Antonipillai
Stephen S. Diamond
Emily N. Glatfelter
Jessica Medina
Rebecca Dubin
Arnold & Porter LLP
Thurman Arnold Building
555 Twelfth Street, NW
Washington, DC   20004-1206

Robert D. Eckinger
Lawrence B. Clark
Gilbert C. Steindorff, IV
Adams & Reese LLP
Concord Center
2100 Third Avenue North
Suite 1100
Birmingham, Alabama 35203

**Glaxo Wellcome, Inc., GlaxoSmithKline, PLC, and**
**SmithKline Beecham Corporation**
**d/b/a GlaxoSmithKline**
Joseph P.H. Babington
Patrick C. Finnegan
Jason R. Watkins
HELMSING LEACH HERLONG NEWMAN & ROUSE
150 Government St., Suite 2000
P.O. Box 2767
Mobile, Alabama 36652-2767

Ronald O. Dove, Jr.
Geoffrey D. Hobart
Mark H. Lynch
Jason R. Litow
COVINGTON & BURLING
1201 Pennsylvania Avenue NW
Washington, D.C.  20004

Frederick G. Herold
Valerie M. Wagner
DECHERT LLP
975 Page Mill Road
Palo Alto, CA 94304

Thomas H. Lee, III
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Mark D. Seltzer
Sarah Anne Franklin
Mona M. Patel
HOLLAND & KNIGHT LLP
Commercial Litigation Branch, Civil Div.
10 St. James Avenue
Boston, MA 02116

**Hoffman-La Roche, Inc.**
Graciela M. Rodriguez
Kevin R. Sullivan
John D. Shakow
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006-4706

Edward S. Sledge, III
Archibald T. Reeves, IV
McDowell, Knight, Roedder & Sledge, LLC
Post Office Box 350
Mobile, Alabama  36601

**Immunex Corporation**
David J. Burman
Kathleen M. O'Sullivan
Zoe Philippides
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099

W. Stancil Starnes
Starnes & Atchison LLP
Post Office Box 598512
Birmingham, Alabama  35259-8512

**IVAX Corporation**
**IVAX Pharmaceuticals, Inc.**
Bruce Wessel
Brian D. Ledahl
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276

George W. Walker, III
Copeland, Franco, Screws & Gill, P.A.
444 South Perry St.
P.O. Box 347
Montgomery, AL 36101-0347

**Janssen Pharmaceutica Products LP**
**Johnson & Johnson**
**McNeil-PPC, Inc.**
**Ortho Biotech**
**Ortho-McNeil Pharmaceutical, Inc.**
James H. McLeinore
Robert F. Northcutt
Capell & Howard PC
P.O. Box 2069
Montgomery, Alabama 36102

Andrew D. Schau
Bill Cavanaugh
Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

**K-V Pharmaceutical Company**
Robert S. Litt
Justin S.Antonipillai
Stephen S. Diamond
Emily N. Glatfelter
Michael Rinaldi
Arnold & Porter
Thurman Arnold Building
555 Twelfth Street, NW
Washington, DC 20004-1206

Robert D. Eckinger
Lawrence B. Clark
Gilbert C. Steindorff, IV
Adams & Reese LLP
Concord Center
2100 Third Avenue North
Suite 1100
Birmingham, Alabama 35203

**King Pharmaceuticals, Inc.**
**Monarch Pharmaceuticals, Inc.**
Gary R. Greenberg
Louis J. Scerra, Jr.
Greenberg Traurig, LLP
One International Place
Boston, MA  02110

Lisa W. Borden
Baker Donelson Bearman Caldwell & Berkowitz, P.C.
1600 SouthTrust Tower, 420 20th Street
Birmingham, Alabama  35203

Sam B. Blair, Jr.
John B. Starnes
Baker Donelson Bearman Caldwell & Berkowitz, P.C.
165 Madison Avenue
Suite 2000
Memphis, TN 38103

**MedImmune, Inc.**
Steve M. Umin
James V. Hayes
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005-5901

Lee H. Copeland
Copeland, Franco, Screws & Gill, P.A.
Post Office Box 347
Montgomery, Alabama  36101-0347

**Merck & Co., Inc.**
John M. Townsend
Robert P. Reznick
Robert B. Funkhouser
Hughes Hubbard & Reed LLP
1775 I Street N.W.
Washington, DC 20006-2401

Robert C. "Mike" Brock
Robert A. Huffaker
F. Chadwick Morriss
Rushton, Stakely, Johnson & Garrett, P.A.
184 Commerce Street
Montgomery, Alabama 36104

**Mylan Laboratories Inc.**
**Mylan Pharmaceuticals Inc.**
**UDL Laboratories, Inc.**
William A. Escobar
Neil Merkl
Christopher C. Palermo
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Joseph W. Letzer
Burr & Forman LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

**Novartis Pharmaceuticals Corporation**
Saul P. Morgenstern
Jane W. Parver
Mark D. Godler
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022-3598

William D. Coleman
James N. Walter, Jr.
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, Alabama 36102-2069

**Novo Nordisk**
Richard Raskin
Michael Doss
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603

F.M. Haston, III
Brian A. Wahl
Bradly, Arant LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

William C. McGowin
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

**Organon Pharmaceuticals USA**
William Campos
David Covey
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street
New York, New York 10004

Edward S. Sledge, III
Archibald T. Reeves, IV
McDowell, Knight, Roedder & Sledge, LLC
Post Office Box 350
Mobile, Alabama 36601

**Par Pharmaceutical, Inc.**
Richard M. Cooper
Paul K. Dueffert
Thomas J. Roberts
Catherine Levy
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005

George W. Walker, III
Copeland, Franco, Screws & Gill, P.A.
Post Office Box 347
Montgomery, Alabama  36101-0347

**Pfizer Inc.**
**Pharmacia Corporation**
**Pharmacia & Upjohn Company**
Scott A. Stempel
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004

John C. Dodds
Kimberly K. Heuer
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania  19103

Philip H. Butler
George R. Parker
Bradley, Arant, Rose & White LLP
Alabama Center for Commerce Bldg.
401 Adams Avenue, Suite 780
Montgomery, Alabama  36104

**Purdue Pharma, L.P.**
Lori A. Schechter
Tiffany Cheung
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105-2482

Harlan L. Prater, IV
Derrick A. Mills
Stephen I. Rowe
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, Alabama  35203-3200

**Roche Laboratories, Inc.**
Kevin Sullivan
Grace Rodriguez
John Shakow
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC  20006-4706

Edward S. Sledge, III
Archibald T. Reeves, IV
McDowell, Knight, Roedder & Sledge, LLC
Post Office Box 350
Mobile, Alabama  36601

**Sandoz, Inc.**
Wayne A.Cross
J. Michael Gallagher
Brendan Woodard
White & Case
1155 Avenue of the Americas
New York, New York  10036-2787

C. Clay Torbert, III
Chad W. Bryan
Capell & Howard, P.C.
150 South Perry Street
Montgomery, Alabama  36104

**Sanofi-Synthelabo Inc.**
Graciela M. Rodriguez
Kevin R. Sullivan
John D. Shakow
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006-4706

Richard H. Gill
Copeland, Franco, Screws & Gill, P.A.
Post Office Box 347
Montgomery, Alabama  36101-0347

**Schering-Plough Corporation**
**Warrick Pharmaceuticals Corporation**
Brien T. O'Connor
John T. Montgomery
Ropes & Gray LLP
One International Place
Boston, MA  02110

Christopher May
J. Steven Baughman
Ropes & Gray LLP
One Metro Center
700 12th Street N.W., Suite 900
Washington, D.C. 20005

John A. Henig, Jr.
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, AL 36101-0347

**Takeda Pharmaceuticals North America, Inc.**
Robert Stauffer
Anthony C. Porcelli
Jenner & Block LLP
1 IBM Plaza
Suite 4200
Chicago, Illinois  60611

Joseph C. Espy, III
Melton, Espy & Williams
Post Office Drawer 5130
Montgomery, Alabama  36103

**TAP Pharmaceutical Products, Inc.**
Toni Ann Citera
Jones Day
222 East 41st Street
New York, New York  10017-6702

James R. Daly
Jeremy P. Cole
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601

Betsy Collins
Leah Poyntner
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia  30309-3424

**TEVA Pharmaceutical Industries LTD.**
Elizabeth I. Hack
T. Reed Stephens
Elizabeth Finberg
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

W. Joseph McCorkle, Jr.
Balch & Bingham, LLP
2 Dexter Avenue
Post Office Box 78
Montgomery, Alabama  36101-0078

F. Inge Johnstone
Balch & Bingham, LLP
Post Office Box 306
Birmingham, Alabama  36201

**Watson Laboratories, Inc.**
**Watson Pharmaceuticals, Inc.**
**Watson Pharma, Inc.**
Douglas B. Farquhar
Hyman Phelps & McNamara, P.C.
700 Thirteenth Street, N.W., Suite 1200
Washington, DC  20005

Steven F. Casey
Christopher F. Heinss
Balch & Bingham LLP
Post Office Box 306
Birmingham, Alabama  35201-0306

**Wyeth Pharmaceuticals, Inc.**
**Wyeth, Inc.**
S. Craig Holden
Kelly J. Davidson
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland  21202-1643

Maibeth J. Porter
Lee E. Bains, Jr.
Maynard, Cooper & Gale, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama  35203-2618

Alvin Latham "Peck" Fox, Jr.
Maynard, Cooper & Gale, P.C.
201 Monroe Street, Suite 1650
Montgomery, Alabama  36104-3720

OF COUNSEL