UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

STATE OF ALABAMA

      Plaintiff,

v.

ABBOTT LABORATORIES, INC., *et al.*,

      Defendants.

Case No. 2:06-cv-920-MEF

[Case No. CV-05-219 in the Circuit Court of Montgomery County, Alabama]

### DISCLOSURE OF CORPORATE AFFILIATION AND FINANCIAL INTEREST OF ALPHARMA INC.

Pursuant to Fed. R. Civ. P. 7.1, the undersigned attorney of record for defendant Alpharma Inc. hereby certifies that Alpharma Inc. (a non-governmental corporate entity) is a publicly-held corporation, and has no parent companies. A. L. Industrier, a company that is publicly traded in Norway, owns more than 10% of the outstanding stock of Alpharma Inc.

Dated: October 13, 2006

Respectfully submitted,

/sc
Steven F. Casey
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100

Of Counsel

Donald R. Jones
2000 Interstate Park Drive
Suite 104
Montgomery, AL 36109
Telephone: (334) 277-3939
Facsimile: (334) 277-3772

John R. Fleder
HYMAN, PHELPS & MCNAMARA, P.C.
700 Thirteenth Street, N.W.
Suite 1200
Washington, D.C. 20005
Telephone: (202) 737-5600
Facsimile: (202) 737-9329

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 13th day of October 2006, electronically served a true and correct copy of the foregoing on counsel of record by transmission to LexisNexis, pursuant to Case Management Order No. 2.

/sc
Steven Casey