UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

STATE OF ALABAMA

    Plaintiff,

v.

ABBOTT LABORATORIES, INC., *et al.*,

    Defendants.

Case No. 2:06-cv-920-MEF

[Case No. CV-05-219 in the Circuit Court of Montgomery County, Alabama]

DISCLOSURE OF CORPORATE AFFILIATION AND FINANCIAL INTEREST
OF PUREPAC PHARMACEUTICAL CO.

Pursuant to Fed. R. Civ. P. 7.1, the undersigned attorney of record for defendant Purepac Pharmaceutical Co. hereby certifies that Purepac Pharmaceutical Co. (a non-governmental corporate entity), now called Actavis Elizabeth LLC, is a wholly-owned subsidiary of Actavis Inc. which, through another subsidiary, is a wholly owned subsidiary of Actavis Group hf. Actavis Group hf is a publicly held corporation, has no parent companies and no publicly-held corporation owns 10% or more of the outstanding stock of Actavis Group hf.

Dated:    October 13, 2006

                                                       Respectfully submitted,

                                                       /sc
                                                       Steven F. Casey
                                                       BALCH & BINGHAM LLP
                                                       Post Office Box 306
                                                       Birmingham, AL 35201-0306
                                                       Telephone: (205) 251-8100

Of Counsel

Donald R. Jones
2000 Interstate Park Drive
Suite 104
Montgomery, AL 36109
Telephone: (334) 277-3939
Facsimile: (334) 277-3772

John R. Fleder
HYMAN, PHELPS & MCNAMARA, P.C.
700 Thirteenth Street, N.W.
Suite 1200
Washington, D.C. 20005
Telephone: (202) 737-5600
Facsimile: (202) 737-9329

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 13th day of October 2006, electronically served a true and correct copy of the foregoing on counsel of record by transmission to LexisNexis, pursuant to Case Management Order No. 2.

/sc
Steven Casey