UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

STATE OF ALABAMA

    Plaintiff,

v.

ABBOTT LABORATORIES, INC., *et al.*,

    Defendants.

Case No. 2:06-cv-920-MEF

[Case No. CV-05-219 in the Circuit Court of Montgomery County, Alabama]

### DISCLOSURE OF CORPORATE AFFILIATION AND FINANCIAL INTEREST OF WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., AND WATSON PHARMA, INC.

Pursuant to Fed. R. Civ. P. 7.1, the undersigned attorney of record for defendants Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., and Watson Pharma, Inc. hereby certifies that Watson Pharmaceuticals, Inc. is a publicly-held corporation. Watson Pharmaceuticals, Inc. has no parent companies, and no publicly-held corporation owns 10% or more of the outstanding stock of Watson Pharmaceuticals, Inc. Watson Pharma, Inc., f/k/a Schein Pharmaceutical, Inc., and Watson Laboratories, Inc. are wholly-owned subsidiaries of Watson Pharmaceuticals, Inc.

Dated:   October 13, 2006

                                            Respectfully submitted,

                                            /sc_____
                                            Steven F. Casey
                                            Attorney for Defendants,
                                            Watson Pharmaceuticals, Inc., Watson Laboratories,
                                            Inc., and Watson Pharma, Inc.

Of Counsel:

Steven F. Casey
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

Donald R. Jones
2000 Interstate Park Drive
Suite 104
Montgomery, AL 36109
Telephone: (334) 277-3939
Facsimile: (334) 277-3772

Douglas B. Farquhar
Brian J. Wesoloski
HYMAN, PHELPS & MCNAMARA, P.C.
700 Thirteenth Street, N.W.
Suite 1200
Washington, D.C. 20005
Telephone: (202) 737-9624
Facsimile: (202) 737-9329

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 13th day of October 2006, electronically served a true and correct copy of the foregoing on counsel of record by transmission to LexisNexis, pursuant to Case Management Order No. 2.

/sc_____
Steven Casey