UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

_____

STATE OF ALABAMA

          Plaintiff,

    v.

ABBOTT LABORATORIES, INC., *et al.*,

          Defendants.
_____

Case No. 2:06-cv-920

Judge Myron H. Thompson

### FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT OF THE BOEHRINGER DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Boehringer Ingelheim Roxane, Inc. (f/k/a Roxane Laboratories, Inc.), Boehringer Ingelheim Pharmaceuticals, Inc., and Boehringer Ingelheim Corporation state as follows: (1) the parent company of Boehringer Ingelheim Roxane, Inc. is Boehringer Ingelheim Corporation; (2) the parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation; (3) the parent company of Boehringer Ingelheim Corporation is Pharma Investment Ltd. of Burlington, Canada; and (4) no publicly-owned corporation owns 10 percent or more of the stock of any of the aforementioned entities.

Dated: October 16, 2006

        __s/Sandy G. Robinson_____

        Sandy G. Robinson (ROBIS5756)
        Jarrod J. White (WHITJ1010)
        Cabaniss, Johnston, Gardner, Dumas & O'Neal LLP
        Post Office Box 2906
        Mobile, Alabama 36652
        (251) 415-7308
        (251) 415-7350 (Facsimile)

        *On Behalf of Defendants Boehringer Ingelheim*
        *Roxane, Inc., Boehringer Ingelheim Pharmaceuticals,*
        *Inc., and Boehringer Ingelheim Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **James Harold Anderson**
  janderson@beersanderson.com jody@beersanderson.com

- **Justin Sanjeeve Antonipillai**
  justin.antonipillai@aporter.com

- **Joseph P. H. Babington**
  jpb@helmsinglaw.com
  cer@helmsinglaw.com,ktm@helmsinglaw.com,mjb@helmsinglaw.com,ttw@helmsinglaw.com

- **Lee E. Bains, Jr**
  BAINSL@maynardcooper.com dbroom@mcglaw.com

- **Steven Francis Barley**
  sfbarley@hhlaw.com

- **Roger Lee Bates**
  rbates@handarendall.com lcummings@handarendall.com

- **Jere L. Beasley**
  jere.beasley@beasleyallen.com libby.rayborn@beasleyallen.com

- **Windy Cockrell Bitzer**
  wbitzer@handarendall.com drobinson@handarendall.com

- **Sam Berry Blair, Jr**
  sblair@bakerdonelson.com

- **Lisa Wright Borden**
  lborden@bakerdonelson.com cblack@bakerdonelson.com

- **Robert C. (Mike) Brock**
  rcb@rsjg.com pc@rsjg.com

- **Chad W. Bryan**
  cwb@chlaw.com julie@chlaw.com

- **Philip Henry Butler**
  pbutler@bradleyarant.com scarmichael@bradleyarant.com;kcastleberry@bradleyarant.com

- **Clinton Chadwell Carter**
  clint.carter@beasleyallen.com
  michelle.lysdale@beasleyallen.com;greta.beasley@beasleyallen.com

- **Steven F. Casey**
  scasey@balch.com

- **Tiffany Cheung**
  tcheung@mofo.com rwright@mofo.com

- **Thomas William Christian**
  twchristian@csattorneys.com kjones@csattorneys.com

- **Eric Paul Christofferson**
  echristofferson@ropesgray.com

- **Courtney A. Clark**
  caclark@sherin.com

- **Lawrence Brown Clark**
  lclark@bakerdonelson.com swilson@bakerdonelson.com

- **Barak Cohen**
  barakcohen74@hotmail.com

- **William D. Coleman**
  wdc@chlaw.com patty@chlaw.com;roxie@chlaw.com

- **Betsy P. Collins**
  bcollins@alston.com beth.williams@alston.com

- **Julia Boaz Cooper**
  jbcooper@bradleyarant.com

- **Richard Melvyn Cooper**
  rcooper@wc.com

- **Lee Hall Copeland**
  copeland@copelandfranco.com moseley@copelandfranco.com

- **Wayne Alan Cross**
  wcross@whitecase.com

- **James R. Daly**
  jrdaly@jonesday.com
  mhirst@jonesday.com;ifiorentinos@jonesday.com;cdudley@jonesday.com;jgwinchester@jonesday.com

- **Kelly Jeanne Davidson**
  kjdavidson@ober.com

- **Merle Miller DeLancey, Jr**
  delanceym@dsmo.com

- **Steven Samuel Diamond**
  steven.diamond@aporter.com

- **John Charles Dodds**
  jdodds@morganlewis.com

- **Michael P. Doss**
  mdoss@sidley.com

- **Ronald G. Dove, Jr**
  rdove@cov.com

- **Rebecca Lynne Dubin**
  rebecca.dubin@aporter.com

- **Paul Keith Dueffert**
  pdueffert@wc.com

- **Robert D. Eckinger**
  robert.eckinger@arlaw.com

- **Joseph C. Espy, III**
  jespy@mewlegal.com clucas@mewlegal.com

- **Douglas Brooke Farquhar**
  dbf@hpm.com

- **Patrick Conor Finnegan**
  pcf@helmsinglaw.com cer@helmsinglaw.com;ktm@helmsinglaw.com

- **John Robert Fleder**
  jrf@hpm.com

- **Michael Sean Flynn**
  michael.flynn@dpw.com

- **Alvin Latham (Peck) Fox, Jr**
  pfox@mcg-mont.com

- **Robert Bruce Funkhouser**
  funkhous@hugheshubbard.com

- **John Michael Gallagher**
  mgallagher@whitecase.com

- **Charles Nelson Gill**
  ngill@copelandfranco.com cngill27@hotmail.com;bryan@copelandfranco.com

- **Richard Hamilton Gill**
  gill@copelandfranco.com michaud@copelandfranco.com

- **Mark D. Godler**
  mgodler@kayescholer.com ncohen@kayescholer.com

4

- **Gary R. Greenberg**
  greenbergg@gtlaw.com

- **Elizabeth I. Hack**
  ehack@sonnenschein.com

- **William Huger Hardie, Jr**
  whh@johnstoneadams.com service@johnstoneadams.com

- **Kimberley Denise Harris**
  kim.harris@dpw.com

- **Fred M. (Tripp) Haston, III**
  thaston@bradleyarant.com lhawkins@bradleyarant.com

- **Christopher Fred Heinss**
  cheinss@balch.com tmartin@balch.com

- **John Alec Henig, Jr**
  henig@copelandfranco.com smith@copelandfranco.com

- **Frederick Geroge Herold**
  frederick.herold@dechert.com

- **Kimberly Kaye Heuer**
  kheuer@morganlewis.com berobinson@morganlewis.com

- **Geoffrey D. Hobart**
  ghobart@cov.com

- **S. Craig Holden**
  scholden@ober.com

- **Robert A. Huffaker**
  rah@rsjg.com va@rsjg.com

- **Andrew Lawrence Hurst**
  ahurst@reedsmith.com

- **Francis Inge Johnstone**
  ijohnsto@balch.com

- **Donald Rush Jones, Jr**
  don@djoneslaw.com kristi@djoneslaw.com

- **Anthony Aaron Joseph**
  ajoseph@maynardcooper.com

- **Troy Robin King**
  msimpson@ago.state.al.us oingram@ago.state.al.us

- **Michael Lee Koon**
  mkoon@shb.com

- **Katy Ellen Koski**
  kekoski@sherin.com

- **Brian David Ledahl**
  bledahl@irell.com

- **Joseph William Letzer**
  jletzer@burr.com

- **Jason R. Litow**
  jlitow@cov.com

- **Robert S. Litt**
  robert_litt@aporter.com

- **Gary M. London**
  glondon@burr.com tmoore@burr.com

- **Mark H. Lynch**
  mlynch@cov.com

- **James W. Matthews**
  jwmatthews@sherin.com

- **Warren Carroll Matthews**
  wmatthew@burr.com

- **Joseph George Matye**
  jmatye@shb.com waross@shb.com;cgross@shb.com

- **Julian Rushton McClees**
  rmcclees@sirote.com jboyd@sirote.com

- **Walter Joseph McCorkle, Jr**
  jmccorkl@balch.com pkervin@balch.com

- **James H. McLemore**
  jhm@chlaw.com treasure@chlaw.com;leah@chlaw.com

- **Jessica Lynne Medina**
  jessica_medina@aporter.com

- **Wilson Daniel Miles, III**
  dee.miles@beasleyallen.com autumn.lindsey@beasleyallen.com

- **Derrick A. Mills**
  dmills@lfwlaw.com

6

- **F. Chadwick Morriss**
  fcm@rsjg.com jt@rsjg.com;tb@rsjg.com

- **Robert J. Muldoon, Jr**
  rjmuldoon@sherin.com

- **Robert F. Northcutt**
  rfn@chlaw.com

- **Brien T. O'Connor**
  brien.o'connor@ropesgray.com

- **Caine O'Rear, III**
  corear@handarendall.com

- **Kathleen Murray O'Sullivan**
  kosullivan@perkinscoie.com lnelson@perkinscoie.com

- **Christopher Palermo**
  cpalermo@kelleydrye.com

- **George Robert Parker**
  gparker@bradleyarant.com kcastleberry@bradleyarant.com

- **Jane W. Parver**
  mferrandino@kayescholer.com maomdal@kayescholer.com

- **Laura Howard Peck**
  lhp@starneslaw.com

- **Carlos Manuel Pelayo**
  carlos.pelayo@dpw.com

- **Nancy L. Perkins**
  nancy.perkins@aporter.com

- **Anthony C. Porcelli**
  aporcelli@jenner.com

- **Maibeth Jernigan Porter**
  PORTEM@maynardcooper.com

- **Harlan Irby Prater, IV**
  hprater@lfwlaw.com

- **Carlos Enrique Provencio**
  cprovencio@shb.com

- **Richard D. Raskin**
  rraskin@sidley.com

- **Archibald Thomas Reeves, IV**
  areeves@mcdowellknight.com tvinson@mcdowellknight.com;kford@mcdowellknight.com

- **Daniel Edward Reidy**
  dereidy@jonesday.com

- **Robert Philip Reznick**
  reznick@hugheshubbard.com

- **Sandra Grisham Robinson**
  sgr@cabaniss.com kguillott@cabaniss.com

- **Graciela Maria Rodriguez**
  gmrodriguez@kslaw.com

- **Bruce F. Rogers**
  brogers@bainbridgemims.com

- **Stephen Jackson Rowe**
  srowe@lfwlaw.com lynnl@lfwlaw.com

- **Louis J. Scerra, Jr**
  scerral@gtlaw.com

- **Andrew David Schau**
  adschau@pbwt.com

- **Lori A. Schechter**
  lschechter@mofo.com

- **Alexandra T. Schimmer**
  atschimmer@vssp.com

- **Mark D. Seltzer**
  mark.seltzer@hklaw.com

- **John D. Shakow**
  jshakow@kslaw.com

- **Richard Lee Sharff, Jr**
  rsharff@bradleyarant.com

- **Edward Sledge Sledge, III**
  esledge@mcdowellknight.com abush@mcdowellknight.com

- **William Stancil Starnes**
  wss@starneslaw.com

- **Robert R. Stauffer**
  rstauffer@jenner.com

- **Gilbert Calvin Steindorff, IV**
  gcs@hsy.com

- **Scott Alan Stempel**
  sstempel@morganlewis.com

- **T. Reed Stephens**
  rstephens@sonnenschein.com

- **Jonathan Louis Stern**
  jonathan.stern@aporter.com

- **Sharon Donaldson Stuart**
  sds@csattorneys.com

- **Kevin Richard Sullivan**
  krsullivan@kslaw.com

- **E. Abim Thomas**
  abim.thomas@ropesgray.com

- **C. Clay Torbert, III**
  cct@chlaw.com gina@chlaw.com;roxie@chlaw.com

- **John Michael Townsend**
  townsend@hugheshubbard.com

- **Edwin John U**
  eu@kirkland.com

- **Steven Michael Umin**
  sumin@wc.com

- **Valerie M. Wagner**
  valerie.wagner@dechert.com

- **George Walton Walker, III**
  walker@copelandfranco.com michaud@copelandfranco.com

- **Karen Natalie Walker**
  kwalker@kirkland.com

- **Jason Drew Wallach**
  wallachj@dsmo.com

- **James N. Walter, Jr**
  jnw@chlaw.com anne@chlaw.com;roxie@chlaw.com

- **Jason Robert Watkins**
  jwatkins@ball-ball.com cantinarella@ball-ball.com

- **Jarrod J. White**
  jjw@cabaniss.com tsmith@cabaniss.com

- **D. Scott Wise**
  d.wise@dpw.com

- **Joseph Harrison Young**
  jhyoung@hhlaw.com

I further certify that I have mailed by United Statess Postal Service the document to the following non CM/ECF participants:

**J. Steven Baughman**
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

**Toni-Ann Citera**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**Paul T. Coval**
Vorys, Sater, Seymour & Pease
P. O. Box 1008
Columbus, OH 43216-1008

**Paul F. Doyle**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

**Steven M. Edwards**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**William A. Escobar**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**David D. Fauver**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Sarah Anne Franklin**
Holland & Knight
10 St. James Avenue
Boston, MA 02116

**James V. Hayes**
Williams & Connolly

725 12th Street, N.W.
Washington, DC 20005-5901

**Nicola Heskett**
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

**Thomas H. Lee, II**
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

**Christopher May**
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

**Neil Merkl**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

**John T. Montgomery**
Ropes & Gray LLP
One International Place
Boston, MA 02110

**William D. Nussbaum**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Mona M. Patel**
Holland & Knight
10 St. James Avenue
Boston, MA 02116

**Gregory M. Petouvis**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Leah Pointer**
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

**Brian Rafferty**
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

**Jonathan T. Rees**

11

Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Thomas J. Roberts**
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

**Thomas J. Sweeney, III**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**Lyndon M. Tretter**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**Peter J. Venaglia**
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

**Bruce Wessel**
Irell & Mandella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

**Brendan Woodard**
White & Case
1155 Avenue of the Americas
New York, NY 10036

                                                    ___s/Sandy G. Robinson____
                                                    Sandy G. Robinson