

12493989
Sep 28 2006
5:11PM

# IN THE CIRCUIT COURT OF
# MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Civil Action No. 2005-219 |
| ABBOTT LABORATORIES, INC., et al., | ) | |
| Defendants. | ) | |

## MOTION OF DEFENDANT ORGANON PHARMACEUTICALS USA INC. LLC FOR SEVERANCE OR, IN THE ALTERNATIVE, FOR SEPARATE TRIAL.

COMES NOW Defendant Organon Pharmaceuticals USA Inc. LLC ("Organon"), and moves the Court, pursuant to Rules 20 and 21, Alabama Rules of Civil Procedure, to sever the action brought herein by Plaintiff against Organon from the separate claims and actions against all other Defendants.

In the alternative, Organon moves the Court, pursuant to Rule 20(b), Alabama Rules of Civil Procedure, for a separate trial of all claims and issues as to Organon from the claims made against other Defendants in this action.

In support of this motion, Organon adopts and joins in the grounds, arguments and legal authorities argued and cited by Defendant Aventis Pharmaceuticals, Inc. and other Defendants herein, and further adopts by reference to the extent relevant to Organon the facts set forth in the declarations and other filings or submissions by other Defendants in support of their separate Motions for Severance or Separate Trials.

Dated: September 28, 2006
       Mobile, Alabama

                                        Respectfully submitted,

                                        /s/ Archibald T. Reeves, IV
                                        Archibald T. Reeves, IV

Of counsel:                          Edward Sledge, III
    William P. Campos          McDowell Knight Roedder & Sledge, L.L.C.
    David M. Covey              63 South Royal Street, Suite 900
    Sedgwick Detert Moran & Arnold LLP  Mobile, Alabama 36602
    125 Broad Street             Tel.: 251-431-5300
    New York, NY  10004        Fax: 251-431-5303
    Tel.: 212-422-0202
    Fax: 212-422-0925            *Attorneys for Defendant*
                                           *Organon Pharmaceuticals USA Inc. LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this 28th day of September, 2006, electronically served a true and correct copy of the foregoing motion on counsel of record by transmission to LNFS, pursuant to Case Management Order No. 2.

                                        /s/ Archibald T. Reeves, IV
                                        Of Counsel