ELECTRONICALLY
9/28/2006 4:53
CIRCUIT COUR
MONTGOMERY COUNT
MELISSA RITTENOU
LEXISNEXIS FILE & SERVE
12493938
E-SERVICE
Sep 28 2006
5:08PM

IN THE CIRCUIT COURT OF MONTGOMERY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER: CV-05-219 |
| | ) | |
| ABBOTT LABORATORIES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT NOVO NORDISK INC.'S**
**MOTION TO SEVER OR FOR A SEPARATE TRIAL**

Novo Nordisk Inc. ("Novo Nordisk") moves to sever the action against it from the actions against all other defendants named in the above-captioned action or, in the alternative, for a separate trial of any claims that remain against it at the time of trial, for the reasons set forth in the Motion to Sever filed by Aventis Pharmaceuticals Inc. ("Aventis"). Novo Nordisk adopts and incorporates herein by reference, to the extent relevant to Novo Nordisk, the grounds and arguments for severance set forth by Aventis and each of the other moving defendants in their respective Motions to Sever or for a Separate Trial.

/s/ F.M. Haston, III

Fred M. Haston III (HAS012)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: thaston@bradleyarant.com
*One of the Attorneys for*
*Defendant Novo Nordisk Inc.*

OF COUNSEL:

William C. McGowin (MCG040)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: wmcgowin@bradleyarant.com

Richard D. Raskin, Esq.
Michael P. Doss, Esq.
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
rraskin@sidley.com
mdoss@sidley.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2006, I have caused a true and correct copy of the foregoing document to be served on all counsel of record by electronic service, pursuant to Case Management Order No. 2, by sending a copy to Lexis/Nexis for posting and notification to all parties.

/s/ F. M. Haston, III (HAS012)
OF COUNSEL