IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv920-MHT |
| | ) | |
| ABBOTT LABORATORIES, INC., | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDER that the motions to sever (doc. nos. 105, 106, 107, 108, and 109) are set for submission, without oral argument, on November 13, 2006, with all briefs due by said date.

DONE, this the 18th day of October, 2006.

          /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE