## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **Civil Action No.: 2:06-cv-920** |
| **v.** | ) | |
| | ) | |
| **ABBOTT LABORATORIES INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

**COME NOW** Robert A. Huffaker, Robert C. Brock and F. Chadwick Morriss, counsel for defendant Merck & Co., Inc., who are attorneys admitted to practice before this Court, and respectfully move this Honorable Court to grant permission to John M. Townsend, Robert P. Reznick, and Robert B. Funkhouser of the firm Hughes Hubbard & Reed LLP of Washington, D.C., to appear *pro hac vice* in this action for the purpose of representing defendant Merck & Co., Inc.  The applicants are all admitted to practice before the United States District Court for the District of Columbia, which is the district in which each applicant resides or regularly practices law.   A Certificate of Good Standing for the United States District Court for the District of Columbia for each applicant is attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $60 ($20.00 per applicant) in payment of the fee

prescribed by Rule 83.1 (b) of the Rules of the United States District Court for the

Middle District of Alabama.

Respectfully submitted this 19th day of October, 2006.

s/Robert A. Huffaker (ASB-7668-U79R)
Robert C. Brock (ASB-5280-B61R)
F. Chadwick Morriss (ASB-8504-S75F)
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
Tel:  (334) 206-3100
Fax: (334) 481-0801
E-Mail: rah@rsjg.com

*Attorneys for Defendant Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2006, I electronically filed the foregoing *Motion for Admission to Practice Pro Hac Vice* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James Harold Anderson
janderson@beersanderson.com jody@beersanderson.com

Joseph P. H. Babington
jpb@helmsinglaw.com cer@helmsinglaw.com

Roger L. Bates
rbates@handarendall.com plus40@aol.com

Jere L. Beasley
libby.rayborn@beasleyallen.com jere.beasley@beasleyallen.com

Windy Cockrell Bitzer
wbitzer@handarendall.com drobinson@handarendall.com

Lisa Wright Borden
lborden@bakerdonelson.com cblack@bakerdonelson.com

Chad W. Bryan
cwb@chlaw.com melissa@chlaw.com;roxie@chlaw.com

Philip Henry Butler
pbutler@bradleyarant.com scarmichael@bradleyarant.com

Clinton Chadwell Carter
clint.carter@beasleyallen.com
michelle.lysdale@beasleyallen.com;greta.beasley@beasleyallen.com

Steven F. Casey
scasey@balch.com

Thomas William Christian
twchristian@csattorneys.com kjones@csattorneys.com

Lawrence B. Clark
lawrence.clark@arlaw.com eve.matthews@arlaw.com

William D. Coleman
wdc@chlaw.com patty@chlaw.com;roxie@chlaw.com

Betsy P. Collins
bcollins@alston.com

Lee Hall Copeland
copeland@copelandfranco.com moseley@copelandfranco.com

Kelly Jeanne Davidson
kjdavidson@ober.com

William Asher Davis
wadavis@mintz.com krrichardson@mintz.com

Robert D. Eckinger
robert.eckinger@arlaw.com

Joseph C. Espy, III
jespy@mewlegal.com clucas@mewlegal.com

Patrick Conor Finnegan
pcf@helmsinglaw.com cer@helmsinglaw.com

Alvin Latham (Peck) Fox, Jr
pfox@mcg-mont.com

Robert Bruce Funkhouser
funkhous@hugheshubbard.com

Charles Nelson Gill
ngill@copelandfranco.com cngill27@hotmail.com;bryan@copelandfranco.com

Richard Hamilton Gill
gill@copelandfranco.com michaud@copelandfranco.com

William Huger Hardie, Jr
whh@johnstoneadams.com service@johnstoneadams.com

Fred M. (Tripp) Haston, III
thaston@bradleyarant.com lhawkins@bradleyarant.com

John Alec Henig, Jr
henig@copelandfranco.com smith@copelandfranco.com

Frederick Geroge Herold
frederick.herold@dechert.com

Kimberly Kaye Heuer
kheuer@morganlewis.com

S. Craig Holden
scholden@ober.com

Robert A. Huffaker
rah@rsjg.com

Donald R. Jones, Jr
don@djoneslaw.com  kristi@djoneslaw.com

Anthony Aaron Joseph
aaj@jbpp.com

Troy Robin King
mmaynard@ago.state.al.us  smclure@ago.state.al.us

Joseph William Letzer
jletzer@burr.com

Robert S, Litt
robert_litt@aporter.com

Gary M. London
glondon@burr.com  tmoore@burr.com

David Wayne Long-Daniels
long-danielsd@gtlaw.com  spitzere@gtlaw.com

Julian Rushton McClees
rmcclees@sirote.com  jboyd@sirote.com

Walter Joseph McCorkle, Jr
jmccorkl@balch.com  pkervin@balch.com

James H. McLemore
jhm@chlaw.com  treasure@chlaw.com;roxie@chlaw.com;mandy@chlaw.com

Wilson Daniel Miles, III
dee.miles@beasleyallen.com

Derrick A. Mills
dmills@lfwlaw.com

F. Chadwick Morriss
fcm@rsjg.com jt@rsjg.com;tb@rsjg.com

Robert F. Northcutt
rfn@chlaw.com

Tabor Robert Novak, Jr
tnovak@ball-ball.com

Caine O'Rear, III
corear@handarendall.com

George Robert Parker
gparker@bradleyarant.com rpatterson@bradleyarant.com

Laura Howard Peck
lhp@starneslaw.com

Harlan Irby Prater, IV
hprater@lfwlaw.com

Archibald Theodore Reeves, IV
areeves@mcdowellknight.com
afarnell@mcdowellknight.com;snorman@mcdowellknight.com;jgilmore@mcdo
wellknight.com

Robert Philip Reznick
reznick@hugheshubbard.com

Sandra Grisham Robinson
sgr@cabaniss.com kguillott@cabaniss.com

Bruce F. Rogers
brogers@bmrslaw.com

Stephen Jackson Rowe
srowe@lfwlaw.com lynnl@lfwlaw.com

Andrew D. Schau
adschau@pbwt.com

John D. Shakowki
jshakow@kslaw.com

Richard L. Sharff, Jr
rsharff@bradleyarant.com

Edward Sledge Sledge, III
esledge@mcdowellknight.com snorman@mcdowellknight.com

William Stancil Starnes
wss@starneslaw.com

Gilbert Calvin Steindorff, IV
bert.steindorff@arlaw.com

Sharon Donaldson Stuart
sds@csattorneys.com

Kevin R. Sullivan
krsullivan@kslaw.com

C. Clay Torbert, III
cct@chlaw.com lucy@chlaw.com;roxie@chlaw.com

John Michael Townsend
townsend@hugheshubbard.com

George Walton Walker, III
walker@copelandfranco.com michaud@copelandfranco.com

James N. Walter, Jr
jnw@chlaw.com anne@chlaw.com;roxie@chlaw.com;donna@chlaw.com

Jason Robert Watkins
jrw@helmsinglaw.com klk@helmsinglaw.com;bxa@helmsinglaw.com

Jarrod J. White
jjw@cabaniss.com tsmith@cabaniss.com

I further certify that in accordance with an agreement among defense counsel, I have served a copy of the Motion for Admission to Practice Pro Hac Vice by electronic mail upon counsel for each of the remaining parties listed below on the same date.

Justin S. Antonipillai
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Steven F. Barley
Hogan & Hartson LLP
111 South Calvert Street
Baltimore, MA 21202

J. Steven Baughman
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

Sam Blair
Baker Donelson Bearman Caldwell & Berkowitz, PC
165 Madison Avenue
Suite 2000
Memphis, Tn 38103

David J. Burman
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

Tiffany Cheung
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

Eric P. Christofferson
Ropes & Gray LLP
One International Place
Boston, MA 02110

Toni-Ann Citera
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Courtney A. Clark
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Barak Cohen
Kirkland & Ellis
655 - 15th Street, N.W.
Suite 1200
Washington, DC 20005

Jonathan D. Cohen
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

Richard M. Cooper
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

Paul T. Coval
Vorys, Sater, Seymour & Pease
P. O. Box 1008
Columbus, OH 43216-1008

Wayne Cross
White & Case
1155 Avenue of the Americas
New York, NY 10036

James R. Daly
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Merle M. DeLancey, Jr
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, NW
Washington, DC 20037

Steven S. Diamond
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

John C. Dodds
Morgan Lewis & Bockius, LLP
1701 Market  Street
Philadelpha, PA 19103-2921

Michael P. Doss
Sidley Austin Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

Ronald G. Dove, Jr
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004

Paul F. Doyle
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Rebecca L. Dubin
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Paul K. Dueffert
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

Steven M. Edwards
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Douglas B. Farquhar
Hyman Phelps & McNamara PC
700 Thirteenth Street NW
Suite 1200
Washington, DC 20005

David D. Fauvre
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

John R. Fleder
Hyman Phelps & McNamara PC
700 Thirteenth Street NW
Suite 1200
Washington, DC 20005

Michael S. Flynn
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Michael Gallagher
White & Case
1155 Avenue of the Americas
New York, NY 10036

Mark Godler
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Gary R. Greenberg
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

Elizabeth I. Hack
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

Kimberley D. Harris
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

James V. Hayes
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

Nicola Heskett
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Geoffrey E. Hobart
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004

Andrew L. Hurst
Reed Smith LLP
Suite 1100 -- East Tower
1301 K Street NW
Washington, DC 20005

Edwin John  U
Kirkland & Ellis
655 - 15th Street, N.W.
Suite 1200
Washington, DC 20005

Michael L. Koon
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Katy E. Koski
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Brian Ledahl
Irell & Mandella, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

Thomas H. Lee, II
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Mark H. Lynch
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004

James W. Matthews
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Warren C. Matthews
Burr & Forman, LLP
201 Monroe Street
Suite 1950, RSA Tower
Montgomery, AL 36104

Joseph G. Matye
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Christopher May
Ropes & Gray LLP
One Metro Center
700--12th Street, NW,  Suite 900
Washington, DC 20005

Jessica L. Medina
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Neil Merkl
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

J. Ryan Mitchell
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692

John T. Montgomery
Ropes & Gray LLP
One International Place
Boston, MA 02110

Saul Morgenstern
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Robert J. Muldoon, Jr
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

William D. Nussbaum
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

Brien T. O'Connor
Ropes & Gray LLP
One International Place
Boston, MA 02110

Kathleen M. O'Sullivan
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

Christopher Palermo
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Jane W. Parver
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Carlos M. Pelayo
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Gregory M. Petouvis
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

Zoe Philippides
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

Anthony C. Porcelli
Jenner & Block, LLP
One IBM Plaza
Chicago, IL 60611

Carlos Provencio
Shook, Hardy, & Bacon LLP
Hamilton Square
600 14th Street, NW, Suite 800
Washington, DC 20005-2004

Brian Rafferty
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

Richard D. Raskin
Sidley Austin Brown & Wood LLP
10 S Dearborn Street
Chicago, IL 60603

Jonathan T. Rees
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

Daniel E. Reidy
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Joel E. Richardson
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Michael J. Rinaldi
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Thomas J. Roberts
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

Grace M. Rodriguez
King & Spalding LLP
1700  Pennsylvania Avenue NW
Washington, DC 20006

Louis J. Scerra, Jr
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA 02110

Lori A. Schechter
Morrison & Forester
345 California Street
San Francisco, CA 94104-2675

Alexandra T. Schimmer
Vorys, Sater, Seymour & Pease
P. O. Box 1008
Columbus, OH 43216-1008

Michael T. Scott
Reed Smith LLP
Suite 1100 -- East Tower
1301 K Street NW
Washington, DC 20005

Mark D. Seltzer
Holland & Knight
10 St. James Avenue
Boston, MA 02116

John Starnes
Baker Donelson Bearman Caldwell & Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, TN 38103

Robert R. Stauffer
Jenner & Block, LLP
One IBM Plaza
Chicago, IL 60611

Scott A. Stempel
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004

T. Reed Stephens
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

Jonathan L. Stern
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

E. Abim Thomas
Ropes & Gray LLP
One International Place
Boston, MA 02110

Lyndon M. Tretter
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Steven M. Umin
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

James M. Vant
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

Peter J. Venaglia
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

Karen Walker
Kirkland & Ellis
655 - 15th Street, N.W.
Suite 1200
Washington, DC 20005

Jason D. Wallach
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, NW
Washington, DC 20037

Bruce Wessel
Irell & Mandella, LLP
1800 Avenue of the Stars,  Suite 900
Los Angeles, CA 90067

D. Scott Wise
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Brendan Woodard
White & Case
1155 Avenue of the Americas
New York, NY 10036

Joseph H. Young
Hogan & Hartson LLP
111 South Calvert Street
Baltimore, MA 21202

s/Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
Tel:  (334) 206-3100
Fax: (334)  481-0814
E-Mail: rah@rsjg.com
Bar Number:  ASB-7668-U79R

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States

District Court for the District of Columbia, do hereby certify that:

### ROBERT   B.   FUNKHOUSER

was, on the  6th  day of  December  A.D.  1993  admitted to practice as an  Attorney

at  Law at the Bar of this Court, and is, according to the records of this Court, a

member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court

in the City of Washington this  17th  day of  October  A.D. 2006.

### NANCY M. MAYER-WHITTINGTON, CLERK

By: _____

Deputy Clerk

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

---

I, **NANCY M. MAYER-WHITTINGTON,**  Clerk of the United States

District Court for the District of Columbia, do hereby certify that:

## ROBERT   P.   REZNICK

was, on the  3rd  day of  November   A.D. 1980  admitted to practice as an  Attorney

at  Law at the Bar of this Court, and is, according to the records of this Court, a

member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court

in the City of Washington this  17th  day of  October   A.D. 2006.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____
                    Deputy Clerk

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

---

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States

District Court for the District of Columbia, do hereby certify that:

### JOHN   M.   TOWNSEND

was, on the  2nd  day of  April  A.D.  1990  admitted to practice as an  Attorney

at  Law at the Bar of this Court, and is, according to the records of this Court, a

member of said Bar in good standing.


In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court

in the City of Washington this  17th  day of  October  A.D. 2006.


**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____
    **Deputy Clerk**