IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **THE STATE OF ALABAMA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:06-cv-00920-MHT-VPM |
| | ) |
| **ABBOTT LABORATORIES, INC.** | ) |
| **et al.,** | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

COMES NOW Anthony A. Joseph, counsel for defendant Amgen Inc., who is an attorney admitted to practice before this Court, and respectfully moves this Honorable Court to grant permission to applicants Steven F. Barley, Joseph H. Young, and Jennifer A. Walker, of the firm Hogan & Hartson, LLP of Baltimore, Maryland to appear *pro hac vice* in this action for the purpose of representing Defendant Amgen Inc.  The applicants are all admitted to practice before the United States District Court for the United States District Court for the District of Maryland, which is the district in which the applicants reside or regularly practice law. Certificates of Good Standing for all applicants are attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $60.00 ($20.00 per applicant) in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States Court for the Middle District of Alabama.

Respectfully submitted this 19th day of October, 2006.

/s/ Anthony A. Joseph
Anthony A. Joseph (JOS002)
One of the Attorneys for Defendant
Amgen Inc.

**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203
Phone: (205) 254-1000
Fax: (205) 254-1999
ajoseph@maynardcooper.com

    OF COUNSEL

Joseph H. Young
Steven F. Barley
Jennifer A. Walker
Hogan & Hartson LLP
111 S. Calvert Street
Baltimore, Maryland 21202
Phone:  (410) 659-2700
Facsimile: (410) 539-6981
jhyoung@hhlaw.com
sfbarley@hhlaw.com
jawalker@hhlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and electronically served the same by transmission to LNFS, pursuant to Case Management Order No. 2.

                                         /s/ Anthony A. Joseph
                                         Of Counsel



# Certificate of Good Standing

**UNITED STATES OF AMERICA**

**DISTRICT OF MARYLAND**

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

**DO HEREBY CERTIFY** that **STEVEN F. BARLEY, ESQUIRE, BAR NUMBER 10049,** was duly admitted to practice in the United States District Court for the District of Maryland on June 12, 1992, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

FELICIA C. CANNON
Clerk

Date: October 18, 2006

*Tina Stavrou*
Tina Stavrou - Deputy Clerk

# Certificate of Good Standing



**UNITED STATES OF AMERICA**

**DISTRICT OF MARYLAND**

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

**DO HEREBY CERTIFY that JOSEPH HARRISON YOUNG, ESQUIRE, BAR NUMBER 04032,** was duly admitted to practice in the United States District Court for the District of Maryland on June 20, 1985, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

FELICIA C. CANNON
Clerk

Date: October 18, 2006

Tina Stavrou - Deputy Clerk

# Certificate of Good Standing



UNITED STATES OF AMERICA

DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that JENNIFER A. WALKER, ESQUIRE, BAR NUMBER 27959, was duly admitted to practice in the United States District Court for the District of Maryland on February 24, 2006, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

FELICIA C. CANNON
Clerk

*Tina Stavrou* (signature)

Tina Stavrou - Deputy Clerk

Date: October 18, 2006