IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| STATE OF ALABAMA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case No. 2:06cv920 |
| ABBOTT LABORATORIES, INC., et al. | ) ) ) |
| Defendants. | ) ) |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

COME NOW Bruce F. Rogers, counsel for defendant Barr Laboratories, Inc., who is an attorney admitted to practice before this Court, and respectfully moves this Honorable Court to grant permission to Karen N. Walker and Edwin John U of the firm Kirkland & Ellis, LLP of Washington, DC, to appear *pro hac vice* in this action for the purpose of representing defendant, Barr Laboratories, Inc. The applicants are all admitted to practice before the United States District Court for the District of Columbia, which is the district in which each applicant resides or regularly practices law. Certificates of Good Standing for each applicant are attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $40.00 ($20.00 per applicant) in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama. Respectfully submitted this 19th of October, 2006.

                                                         s/ Bruce F. Rogers
                                                         Bruce F. Rogers, Esquire (ROG010)
                                                         Attorney for Defendant, Barr Laboratories
                                                         Bainbridge, Mims, Rogers & Smith, LLP
                                                         P.O. Box 530886
                                                         Birmingham, Alabama 35253
                                                         Tel.: (205) 879-1100
                                                         Fax: (205) 879-4300
                                                         E-Mail: brogers@ bainbridgemims.com

OF COUNSEL:
Karen Walker, Esquire
Edwin John U, Esquire
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005

## CERTIFICATE OF SERVICE

    I hereby certify that on October 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the individuals listed below. I further certify that, in accordance with an agreement among defense counsel, I have served a copy of the foregoing Motion by electronic mail upon all known defense counsel on the same date.

**State of Alabama**
Troy King, Attorney General
State of Alabama
300 State House
11 South Union Street
Montgomery, Alabama 36130

Roger L. Bates
Hand, Arendall, L.L.C.
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

Caine O'Rear III
Windy C. Bitzer
Hand Arendall, L.L.C.
Post Office Box 123
Mobile, Alabama 36601

Jere L. Beasley
W. Daniel Miles, III
Clinton C. Carter
Beasley, Allen Crow, Methvin,
Portis & Miles, PC
P. O. Box 4160
Montgomery, Alabama 36103-4160

                                                s/    Bruce F. Rogers

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**KAREN   NATALIE   WALKER**

was, on the __13th__ day of __February__ A.D. __1992__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __18th__ day of __October__ A.D. 2006.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _____
Deputy Clerk

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**EDWIN   JOHN   U**

was, on the  4th  day of  December  A.D.  2000  admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  18th  day of  October  A.D. 2006.

NANCY M. MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk