IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **STATE OF ALABAMA,**          ) | |
| )                              | |
| **Plaintiff,**                 ) | |
| )                              | |
| v.                             ) | **CIVIL ACTION NO.** |
| )                              | **2:06-cv-920-MHT** |
| **ABBOTT LABORATORIES, INC, et al.,** ) | |
| )                              | |
| **Defendants.**                ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW George W. Walker, III, counsel for Defendant Par Pharmaceutical, Inc., who is an attorney admitted to practice before this Court, and respectfully moves this Honorable Court to grant permission to Richard M. Cooper and Paul K. Dueffert of the firm of Williams & Connolly LLP of Washington, D.C., to appear *pro hac vice* in this action for the purpose of representing Par Pharmaceutical, Inc. The applicants are all admitted to practice before the United States District Court for the District of Columbia, which is the district in which each applicant resides or regularly practices law. Copies of Certificates of Good Standing for each applicant are attached hereto, the originals of which are being maintained in our files.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $40.00 ($20.00 per applicant) in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

Respectfully submitted this 20th day of October, 2006.

| Of counsel: | Respectfully submitted, |
|---|---|
| Paul K. Dueffert |    s/ George W. Walker, III |
| Thomas J. Roberts | George W. Walker, III (WAL097) |
| WILLIAMS & CONNOLLY, LLP | Copeland, Franco, Screws & Gill, P.A. |
| 725 Twelfth Street, N.W. | P. O. Box 347 |
| Washington, D.C. 20005 | Montgomery, Alabama 36101-0347 |
| Telephone: (202) 434-5000 | Telephone: (334) 834-1180 |
| Facsimile: (202) 434-5029 | Facsimile: (334) 834-3172 |

Attorneys for Defendant
   Par Pharmaceutical, Inc.

### CERTIFICATE OF SERVICE

     I hereby certify that on October 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and electronically served the same by transmission to LNFS, pursuant to Case Management Order No. 2.

   s/ George W. Walker, III
   Of Counsel



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

PAUL KEITH DUEFFERT

was on the 7TH day of DECEMBER, 1992 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 19, 2006.

GARLAND PINKSTON, JR., CLERK

By: _____
    Deputy Clerk



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

THOMAS J. ROBERTS

was on the 8TH day of DECEMBER, 2003 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 19, 2006.

GARLAND PINKSTON, JR., CLERK

By: _____
            Deputy Clerk