UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:06-cv-920-MHT |
| | ) |
| ABBOTT LABORATORIES INC., et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

COME NOW William D. Coleman and James N. Walter, Jr., counsel for defendant Novartis Pharmaceuticals Corporation, who are attorneys admitted to practice before this Court, and respectfully move this Honorable Court to grant permission to Jane W. Parver, Saul P. Morgenstern, Mark D. Golder and Samuel Lonergan of the firm of Kaye Scholer LLP of New York, New York, to appear *pro hac vice* in this action for the purpose of representing defendant Novartis Pharmaceuticals Corporation. The applicants are all admitted to practice before the United States District Court for the Southern District of New York, which is the district in which each applicant resides or regularly practices law. Certificates of Good Standing for each applicant are attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $80 ($20.00 per applicant) in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

1

Respectfully submitted this 20th day of October, 2006.

        s/ James N. Walter, Jr.
        WILLIAM D. COLEMAN (COL030)
        JAMES N. WALTER, JR. (WAL021)

        Attorneys for Defendant
        Novartis Pharmaceuticals Corporation

**OF COUNSEL:**

CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069 (36102-2069)
Montgomery, Alabama
(334) 241-8000

## CERTIFICATE OF SERVICE

    I hereby certify that on October 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the individuals listed below. I further certify that in accordance with an agreement among defense counsel, I have served a copy of the foregoing Motion by electronic mail upon all known defense counsel on the same date.

**State of Alabama**
Troy King, Attorney General
State of Alabama
300 State House
11 South Union Street
Montgomery, Alabama 36130

Roger L. Bates
Hand, Arendall, L.L.C.
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

Cain O'Rear III
Windy C. Bitzer
Hand, Arendall, L.L.C.
Post Office Box 123
Mobile, Alabama 36601

Jere L. Beasley
W. Daniel Miles, III
Clinton C. Carter
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160

                                            s/ James N. Walter, Jr.
                                            Of Counsel

SDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, **J. Michael McMahon**, Clerk of this Court, certify that

**JANE W. PARVER**, Bar # **JP0031**

was duly admitted to practice in this Court on

**DECEMBER 18ᵀᴴ, 1973**, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York    on    OCTOBER 19ᵀᴴ, 2006

J. Michael McMahon          by   _[signature]_
Clerk                            Deputy Clerk

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__MARK  D.  GODLER__, Bar # __MG7283__

was duly admitted to practice in this Court on

__NOVEMBER 19th, 1985__, and is in good standing

as a member of the Bar of this Court.

Dated at __500 Pearl Street  New York, New York__  on  __OCTOBER 18th, 2006__

**J. MICHAEL McMAHON**
Clerk

by: _[signature]_
Deputy Clerk

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, _____J. Michael McMahon_____ , Clerk of this Court, certify that

_____SAMUEL   LONERGAN_____ , Bar # _____SL7711_____

was duly admitted to practice in this Court on

_____SEPTEMBER   9th, 2003_____ , and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
           New York, New York       on   OCTOBER 18th, 2006

J. MICHAEL McMAHON                    by: _signature_
Clerk                                     Deputy Clerk

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, **J. Michael McMahon**, Clerk of this Court, certify that

**SAUL P. MORGENSTERN**, Bar # **SM1477**

was duly admitted to practice in this Court on

**MAY 4TH, 1982**, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York    on    **OCTOBER 19TH, 2006**

J. Michael McMahon                    by    *[signature: Ka Kim Chng]*
Clerk                                              Deputy Clerk