IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA, )<br>)<br>    Plaintiff, )<br>) | |
| v. ) | CIVIL ACTION NO.<br>2:06cv920-MHT |
| )<br>ABBOTT LABORATORIES, INC., )<br>et al., )<br>)<br>    Defendants. ) | |

**ORDER**

It is ORDER that the motions for admission pro hac vice (doc. nos. 111, 112, and 113) are granted.

DONE, this the 20th day of October, 2006.


　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE