UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA,<br><br>      Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., *et al.*,<br><br>      Defendants. | Civil Action No.: 2:06-cv-920 |

**MOTION FOR ADMISSION *PRO HAC VICE***

COMES NOW the undersigned, George R. Parker, a member in good standing of the Alabama State Bar and of the United States District Court for the Middle District of Alabama, and an attorney of record for Defendants Agouron Pharmaceuticals, Inc., G.D. Searle, L.L.C., Pfizer Inc., Pharmacia Corporation, and Pharmacia & Upjohn Company, and respectfully moves for admission *pro hac vice* attorneys Kimberly K. Heuer and John C. Dodds of the firm of Morgan, Lewis & Bockius, LLP, as additional counsel for the above-referenced Defendants. In support of this Motion, Certificates of Good Standing are attached for each attorney,

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $40.00 ($20.00 per applicant) in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

**WHEREFORE**, the undersigned respectfully requests this Court grant this Motion to admit attorneys Kimberly K. Heuer and John C. Dodds of the firm of Morgan, Lewis & Bockius, LLP *pro hac vice* as additional counsel for Defendants Agouron

Pharmaceuticals, Inc., G.D. Searle, L.L.C., Pfizer Inc., Pharmacia Corporation, and Pharmacia & Upjohn Company.

Respectfully submitted this 20th day of October, 2006.

Respectfully submitted,

s/ George R. Parker
Philip H. Butler (BUTL1716)
George R. Parker (PARG2248)
BRADLEY ARANT ROSE & WHITE LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Fax: (334) 956-7701
E-mail: gparker@bradleyarant.com

**Counsel for Defendants**
  *Agouron Pharmaceuticals, Inc.*
  *G.D. Searle, L.L.C.*
  *Pfizer Inc.*
  *Pharmacia Corporation*
  *Pharmacia & Upjohn Company*

OF COUNSEL
(*pro hac vice* admission in process):

John C. Dodds
Kimberly K. Heuer
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of October, 2006, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James Harold Anderson
janderson@beersanderson.com

Justin Sanjeeue Antonipillai
Justin.antonipillai@aporter.com

Joseph P. H. Babington
jpb@helmsinglaw.com

Steven Francis Barley
sfbarley@hhlaw.com

Roger L. Bates
rbates@handarendall.com

Jere L. Beasley
jere.beasley@beasleyallen.com

Windy Cockrell Bitzer
wbitzer@handarendall.com

Lisa Wright Borden
lborden@bakerdonelson.com

Robert C. (Mike) Brock
rcb@rsjg.com

Chad W. Bryan
cwb@chlaw.com

Clinton Chadwell Carter
clint.carter@beasleyallen.com

Steven F. Casey
scasey@balch.com

TiffanyCheung
tcheung@mofo.com

Thomas William Christian
twchristian@csattorneys.com

Eric Paul Christofferson
echristofferson@ropesgray.com

Lawrence B. Clark
lawrence.clark@arlaw.com

Barak Cohen
bcohen@kirkland.com

William D. Coleman
wdc@chlaw.com

Betsy P. Collins
bcollins@alston.com

Julia B. Cooper
jcooper@bradleyarant.com

Richard Melvyn Cooper
rcooper@wc.com

Lee Hall Copeland
copeland@copelandfranco.com

Wayne Alan Cross
wcross@whitecase.com

Kelly Jeanne Davidson
kjdavidson@ober.com

William Asher Davis
wadavis@mintz.com

Merle Miller DeLancey, Jr.
delanceym@dsmo.com

Steven Samuel Diamond
steven.diamond@aporter.com

Michael P. Doss
mdoss@sidley.com

Ronald G. Dove, Jr.
rdove@cov.com

Rebecca Lynne Dubin
rebecca.dubin@aporter.com

Robert D. Eckinger
robert.eckinger@arlaw.com

Joseph C. Espy, III
jespy@mewlegal.com

David Douglas Fauvre
David.fauvre@porter.com

Patrick Conor Finnegan
pcf@helmsinglaw.com

Michael Sean Flynn
michael.flynn@dpw.com

Alvin Latham (Peck) Fox, Jr.
pfox@mcg-mont.com

Robert Bruce Funkhouser
funkhous@hugheshubbard.com

John Michael Gallagher
mgallagher@whitecase.com

Charles Nelson Gill
ngill@copelandfranco.com

Richard Hamilton Gill
gill@copelandfranco.com

Mark D. Godler
mgodler@kayescholer.com

William Huger Hardie, Jr.
whh@johnstoneadams.com

Kimberly Denise Harris
Kim.harris@dpw.com

Fred M. (Tripp) Haston, III
thaston@bradleyarant.com

John Alec Henig, Jr.
henig@copelandfranco.com

Frederick Geroge Herold
frederick.herold@dechert.com

Kimberly Kaye Heuer
kheuer@morganlewis.com

Geoffrey D. Hobert
ghobart@cov.com

S. Craig Holden
scholden@ober.com

Robert A. Huffaker
rah@rsjg.com

Francis Inge Johnstone
ijohnsto@balch.com

Donald R. Jones, Jr.
don@djoneslaw.com

Anthony Aaron Joseph
aaj@jbpp.com

Troy Robin King
mmaynard@ago.state.al.us

Michael Lee Koon
mkoon@shb.com

Katy Ellen Koski
kekoski@sherin.com

Joseph William Letzer
jletzer@burr.com

Robert S. Litt
robert_litt@aporter.com

Gary M. London
glondon@burr.com

David Wayne Long-Daniels
long-danielsd@gtlaw.com

| | |
|---|---|
| Warren Carroll Matthews<br>wmatthew@burr.com | Carlos Manuel Pelayo<br>carlos.pelayo@dpw.com |
| Joseph George Matye<br>jmatye@shb.com | Nancy L. Perkins<br>nancy.perkins@aporter.com |
| Julian Rushton McClees<br>rmcclees@sirote.com | Anthony C. Porcelli<br>aporcelli@jenner.com |
| Walter Joseph McCorkle, Jr.<br>jmccorkl@balch.com | Harlan Irby Prater, IV<br>hprater@lfwlaw.com |
| James H. McLemore<br>jhm@chlaw.com | Carlos Enrique Provencio<br>cprovencio@shb.com |
| Wilson Daniel Miles, III<br>dee.miles@beasleyallen.com | Richard D. Raskin<br>rraskin@sidley.com |
| Derrick A. Mills<br>dmills@lfwlaw.com | Archibald Theodore Reeves, IV<br>areeves@mcdowellknight.com |
| Saul P. Morgenstern<br>smorgenstern@kayescholer.com | Robert Philip Reznick<br>reznick@hugheshubbard.com, |
| F. Chadwick Morriss<br>fcm@rsjg.com | Sandra Grisham Robinson<br>sgr@cabaniss.com |
| Robert F. Northcutt<br>rfn@chlaw.com | Graciela Maria Rodriguez<br>gmrodriguez@kslaw.com |
| Tabor Robert Novak, Jr.<br>tnovak@ball-ball.com | Bruce F. Rogers<br>brogers@bmrslaw.com |
| Brien T. O'Connor<br>brien.o'connor@ropesgray.com | Stephen Jackson Rowe<br>srowe@lfwlaw.com |
| Caine O'Rear, III<br>corear@handarendall.com | Andrew D. Schau<br>adschau@pbwt.com |
| George Robert Parker<br>gparker@bradleyarant.com | Lori A. Schechter<br>lschechter@mofo.com |
| Jane W. Parver<br>mferrandino@kayescholer.com | Alexandra T. Schimmer<br>atschimmer@vssp.com |
| Laura Howard Peck<br>lhp@starneslaw.com | John D. Shakow<br>jshakow@kslaw.com |

| | |
|---|---|
| Richard L. Sharff, Jr.<br>rsharff@bradleyarant.com | C. Clay Torbert, III<br>cct@chlaw.com |
| Edward Sledge Sledge, III<br>esledge@mcdowellknight.com | John Michael Townsend<br>townsend@hugheshubbard.com |
| John B. Starnes<br>jstarnes@bakerdonelson.com | George Walton Walker, III<br>walker@copelandfranco.com |
| William Stancil Starnes<br>wss@starneslaw.com | Karen Natalie Walker<br>kwalker@kirkland.com |
| Robert R. Stauffer<br>rstauffer@jenner.com | Jason Drew Wallach<br>wallachj@dsmo.com |
| Gilbert Calvin Steindorff, IV<br>bert.steindorff@arlaw.com | James N. Walter, Jr.<br>jnw@chlaw.com |
| Scott A. Stempel<br>stempel@morganlewis.com | Jason Robert Watkins<br>jrw@helmsinglaw.com |
| Jonathan Louis Stern<br>Jonathan.stern@aporter.com | Jarrod J. White<br>jjw@cabanissmobile.com |
| Sharon Donaldson Stuart<br>sds@csattorneys.com | D. Scott Wise<br>d.wise@dpw.com |
| Kevin R. Sullivan<br>krsullivan@kslaw.com | Joseph H. Young<br>jhyoung@hhlaw.com |
| E. Abim Thomas<br>abim.thomas@ropesgray.com | |

I further certify that, in accordance with an agreement among defense counsel, I have served a copy of the Motion for Admission *Pro Hac Vice* by electronic mail upon counsel for each of the remaining parties listed below on the same date.

| | |
|---|---|
| J. Steven Baughman<br>Ropes & Gray LLP<br>One Metro Center<br>700--12th Street, NW, Suite 900<br>Washington, DC 20005 | David J. Burman<br>Perkins Coie<br>1201 Third Avenue<br>48th Floor<br>Seattle, WA 98101-3099 |
| Sam Blair<br>Baker Donelson Bearman Caldwell & Berkowitz, PC<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103 | Toni-Ann Citera<br>Jones Day<br>77 West Wacker Drive<br>Suite 3500<br>Chicago, IL 60601-1692 |

Courtney A. Clark  
Sherin & Lodgen LLP  
101 Federal Street  
Boston, MA 02110  

Jonathan D. Cohen  
Greenberg Traurig, LLP  
One International Place  
20th Floor  
Boston, MA 02110  

Paul T. Coval  
Vorys, Sater, Seymour & Pease  
P. O. Box 1008  
Columbus, OH 43216-1008  

James R. Daly  
Jones Day  
77 West Wacker Drive  
Suite 3500  
Chicago, IL 60601-1692  

John C. Dodds  
Morgan Lewis & Bockius, LLP  
1701 Market Street  
Philadelphia, PA 19103-2921  

Paul F. Doyle  
Kelley Drye & Warren, LLP  
101 Park Avenue  
New York, NY 10178  

Paul K. Dueffert  
Williams & Connolly  
725 12th Street, N.W.  
Washington, DC 20005-5901  

Steven M. Edwards  
Hogan & Hartson LLP  
875 Third Avenue  
New York, NY 10022  

Douglas B. Farquhar  
Hyman Phelps & McNamara PC  
700 Thirteenth Street NW  
Suite 1200  
Washington, DC 20005  

John R. Fleder  
Hyman Phelps & McNamara PC  
700 Thirteenth Street NW  
Suite 1200  
Washington, DC 20005  

Gary R. Greenberg  
Greenberg Traurig, LLP  
One International Place, 20th Floor  
Boston, MA 02110  

Elizabeth I. Hack  
Sonnenschein Nath & Rosenthal LLP  
1301 K Street, NW  
Suite 1600 East Tower  
Washington, DC 20005  

James V. Hayes  
Williams & Connolly  
725 12th Street, N.W.  
Washington, DC 20005-5901  

Nicola Heskett  
Shook, Hardy & Bacon, LLP  
2555 Grand Blvd.  
Kansas City, MO 64108-2613  

Andrew L. Hurst  
Reed Smith LLP  
Suite 1100 -- East Tower  
1301 K Street NW  
Washington, DC 20005  

Edwin John U  
Kirkland & Ellis  
655 - 15th Street, N.W.  
Suite 1200  
Washington, DC 20005  

Brian Ledahl  
Irell & Mandella, LLP  
1800 Avenue of the Stars  
Suite 900  
Los Angeles, CA 90067

Thomas H. Lee, II
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Mark H. Lynch
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004

James W. Matthews
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Christopher May
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

Jessica L. Medina
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Neil Merkl
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

J. Ryan Mitchell
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

John T. Montgomery
Ropes & Gray LLP
One International Place
Boston, MA 02110

Robert J. Muldoon , Jr
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

William D. Nussbaum
Hogan and Hartson, LLP
555 13th Street, NW
Washing ton, DC 20004

Kathleen M. O'Sullivan
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

Christopher Palermo
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Gregory M. Petouvis
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

Zoe Philippides
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

Brian Rafferty
Dornbush Schaeffer Strongin
  & Weinstein, LLP
747 Third Avenue
New York, NY 10017

Jonathan T. Rees
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

Daniel E. Reidy
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Joel E. Richardson
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

| | |
|---|---|
| Michael J. Rinaldi<br>Arnold & Porter LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004 | Lyndon M. Tretter<br>Hogan & Hartson LLP<br>875 Third Avenue<br>New York, NY 10022 |
| Thomas J. Roberts<br>Williams & Connolly<br>725 12th Street, N.W.<br>Washington, DC 20005-5901 | Steven M. Umin<br>Williams & Connolly<br>725 12th Street, N.W.<br>Washington, DC 20005-5901 |
| Louis J. Scerra , Jr<br>Greenberg Traurig, LLP<br>One International Place<br>20th Floor<br>Boston, MA 02110 | James M. Vant<br>Greenberg Traurig, LLP<br>One International Place<br>20th Floor<br>Boston, MA 02110 |
| Michael T. Scott<br>Reed Smith LLP<br>Suite 1100 -- East Tower<br>1301 K Street NW<br>Washington, DC 20005 | Peter J. Venaglia<br>Dornbush Schaeffer Strongin<br>  & Weinstein, LLP<br>747 Third Avenue<br>New York, NY 10017 |
| Mark D. Seltzer<br>Holland & Knight<br>10 St. James Avenue<br>Boston, MA 02116 | Bruce Wessel<br>Irell & Mandella, LLP<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067 |
| T. Reed Stephens<br>Sonnenschein Nath & Rosenthal LLP<br>1301 K Street, NW<br>Suite 1600 East Tower<br>Washington, DC 20005 | Brendan Woodard<br>White & Case<br>1155 Avenue of the Americas<br>New York, NY 10036 |

                                                   s/ George R. Parker
                                                   OF COUNSEL

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

DO HEREBY CERTIFY That Kimberly K. Heuer, Bar # 89617, was duly admitted to practice in said Court on April 4, 2003, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                               Clerk of Court

on October 18, 2006.                       BY *Aida Ayala* (signature)
                                                     Aida Ayala,    Deputy Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

DO HEREBY CERTIFY That John C. Dodds , Bar # 44423, was duly admitted to practice in said Court on December 12, 1985, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania               MICHAEL E. KUNZ
                                                                                  Clerk of Court

on October 18, 2006.                                       BY _____
                                                                          Aida Ayala,      Deputy Clerk