UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.: 2:06-cv-920-MHT |
| ABBOTT LABORATORIES, INC., et al., | ) ) ) |
| Defendants. | ) |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

**COMES NOW**, Robert F. Northcutt, counsel for Defendants Johnson & Johnson; ALZA Corporation; Janssen Pharmaceutica Products, L.P.; McNeil-PPC, Inc.; Ortho Biotech Products, L.P.; and, Ortho-McNeil Pharmaceutical, Inc., (hereinafter collectively referred to as the "Johnson & Johnson Defendants"), who is admitted to practice before this Court, and respectfully moves this Honorable Court to grant permission to Andrew D. Schau, Erik Haas and Adeel A. Mangi of the firm Patterson, Belknap, Webb & Tyler, LLP, New York, New York, to appear *pro hac vice* in this action for the purposes of representing the Johnson & Johnson Defendants. The applicants are admitted to practice before the United States District Court for the Southern District of New York, which is the district in which applicants reside or regularly practice law. A Certificate of Good Standing for each applicant is attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $60.00 ($20.00 per applicant) in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

Respectfully submitted this the 20th day of October, 2006.

                                            s/ Robert F. Northcutt
                                            Robert F. Northcutt (NOR015)

**Attorney for Johnson & Johnson;
ALZA Corporation; Janssen Pharmaceutica
Products, LP; McNeil-PPC, Inc.;
Ortho Biotech Products, LP; and,
Ortho-McNeil Pharmaceutical Corporation**

**OF COUNSEL:**

CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama  36102-2069
Telephone:    (334) 241-8000
Facsimile:     (334) 241-8282

2

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically served a copy of the foregoing to all counsel of record by using the CM/ECF system on this the 20th day of October, 2006:

/s/ Robert F. Northcutt
**OF COUNSEL**

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, **J. Michael McMahon,** Clerk of this Court, certify that

**ANDREW D. SCHAU**, Bar # **AS5815**

was duly admitted to practice in this Court on

**SEPTEMBER 25TH, 1984**, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York    on    **OCTOBER 19TH, 2006**

J. Michael McMahon    by    *[signature: Roberto Miranda]*
Clerk                          Deputy Clerk

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, **J. Michael McMahon**, Clerk of this Court, certify that

**ERIK HAAS**, Bar # **EH5616**

was duly admitted to practice in this Court on

**JULY 5TH, 1994**, and is in good standing

as a member of the Bar of this Court.

Dated at    500 Pearl Street
New York, New York    on    OCTOBER 19TH, 2006

J. Michael McMahon    by    _[signature]_
Clerk    Deputy Clerk

# United States District Court
### Southern District of New York

## Certificate of Good Standing

I, J. Michael McMahon, Clerk of this Court, certify that

ADEEL A. MANGI , Bar # AM5322

was duly admitted to practice in this Court on

OCTOBER 9TH, 2001 , and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York   on   OCTOBER 19TH, 2006

J. Michael McMahon        by
Clerk                              Deputy Clerk