## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
|  |  |
|---|---|
| STATE OF ALABAMA, | : |
| Plaintiff, | : |
|  | : |
| v. | : 2:06-CV-920-MHT |
|  | : |
| ABBOTT LABORATORIES, et al., | : |
|  | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

COME NOW Thomas W. Christian and Sharon D. Stuart, counsel for defendants

AztraZeneca Pharmaceuticals LP and AstraZeneca LP, who are attorneys admitted to practice before

this Court, and respectfully move this Honorable Court to grant permission to D. Scott Wise, Carlos

M. Pelayo, and Michael Sean Flynn of the firm of Davis, Polk & Wardwell of New York, New York,

to appear *pro hac vice* in this action for the purpose of representing defendants AstraZeneca

Pharmaceuticals LP and AstraZeneca. The applicants are all admitted to practice before the United

States District Court for the Southern District of New York, which is the district in which each

applicant resides or regularly practices law. Certificates of Good Standing for each applicant are

attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a

check in the amount of $60.00 ($20.00 per applicant) in payment of the fee prescribed by Rule

83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

Respectfully submitted this the 20th day of October, 2006.

 /s/ Sharon D. Stuart
THOMAS W. CHRISTIAN (CHR004)
SHARON D. STUART (DON015)

CHRISTIAN & SMALL LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203
Telephone:  (205) 795-6588
Facsimile: (205) 328-7234


**OF COUNSEL:**

D. Scott Wise
Jonathan Adler
Michael Sean Flynn
Carlos M. Pelayo
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 450-3800

Attorneys for Defendants
AstraZeneca Pharmaceuticals LP and
AstraZeneca LP

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and electronically served the same by transmission to LNFS.

/s/ Sharon D. Stuart
Of Counsel

# United States District Court

## Southern District of New York

# Certificate of Good Standing

I, _____ J. Michael McMahon _____ , Clerk of this Court, certify that

D. SCOTT   WISE _____ , Bar # _____ DW3863 _____

was duly admitted to practice in this Court on

JULY   26th,   1978 _____ , and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
New York, New York _____   on   OCTOBER 18th, 2006 _____

**J. MICHAEL McMAHON**

_____
Clerk

by: _____
Deputy Clerk

# United States District Court

## Southern District of New York

# Certificate of
# Good Standing

I, _____ J. Michael McMahon _____ , Clerk of this Court, certify that

_____ CARLOS  M.  PELAYO _____ , Bar # _____ CP1462 _____

was duly admitted to practice in this Court on

_____ JANUARY  7th,  2003 _____ , and is in good standing

as a member of the Bar of this Court.

Dated at _____ 500 Pearl Street
New York, New York _____    on _____ OCTOBER  18th,  2006 _____

**J. MICHAEL McMAHON**

_____
Clerk

by: _____
Deputy Clerk

# United States District Court

## Southern District of New York

# Certificate of
# Good Standing

I, _____ J. Michael McMahon _____ , Clerk of this Court, certify that

_____ MICHAEL  SEAN  FLYNN _____ , Bar # _____ MF0500 _____

was duly admitted to practice in this Court on

_____ JANUARY  10th,  1995 _____ , and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
           New York, New York          on          OCTOBER 18th, 2006

**J. MICHAEL McMAHON**

_____
Clerk                                    by: _____
                                                  Deputy Clerk