IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | |
| | ) | Civil Action No.: 2:06cv920-MHT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ABBOTT LABORATORIES, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

COMES NOW C. Clay Torbert III, counsel for defendant Sandoz Inc., who is an attorney admitted to practice before this Court, and respectfully moves this Honorable Court to grant permission to Wayne Alan Cross and Michael J. Gallagher of the firm White & Case LLP of New York, New York, to appear *pro hac vice* in this action for the purpose of representing defendant Sandoz Inc. Mr. Cross and Mr. Gallagher are admitted to practice before the United States District Court for the Southern District of New York, which is the district in which they regularly practice law. A Certificate of Good Standing for each attorney is attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $40.00 ($20.00 per applicant) in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama

1078662

Respectfully submitted on this the 20th day of October, 2006.

|  |  |
|---|---|
|  | /s/ C. Clay Torbert III |
| Of counsel: |  |
|  | C. Clay Torbert, III (TOR006) |
| Wayne A. Cross | Chad W. Bryan (BRY032) |
| Michael J. Gallagher | Capell & Howard, P.C. |
| White & Case LLP | 150 South Perry Street |
| 1155 Avenue of the Americas | Post Office Box 2069 |
| New York, NY 10036 | Montgomery, AL 36102-2069 |
| Telephone: (212) 819-8200 | Telephone: (334) 241-8074 |
| Facsimile: (212) 354-8113 | Facsimile: (334) 241-8274 |
|  |  |
| (*pro hac vice* motions pending) | **Counsel for Defendant** |
|  | **SANDOZ INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically served a copy of the foregoing to all counsel of record by using the CM/ECF system on this the 20th day of October, 2006:


/s/ C. Clay Torbert III
OF COUNSEL

1078662

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, **J. Michael McMahon**, Clerk of this Court, certify that

**WAYNE ALAN CROSS**, Bar # **WC3027**

was duly admitted to practice in this Court on

**JULY 11, 1972**, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York   on   **OCTOBER 18, 2006**

J. Michael McMahon          by  _[signature]_
Clerk                                        Deputy Clerk

CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, J. Michael McMahon, Clerk of this Court, certify that

MICHAEL J. GALLAGHER, Bar # MG2165

was duly admitted to practice in this Court on

DECEMBER 6, 1994, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York     on    OCTOBER 18, 2006

J. Michael McMahon              by  _____
Clerk                                              Deputy Clerk