UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA,<br><br>      Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., *et al.*,<br><br>      Defendants. | Civil Action No.: 2:06-cv-920 |

**MOTION FOR EXTENSION OF TIME TO FILE**
***PRO HAC VICE* APPLICATION**

Philip H. Butler and George R. Parker, attorneys for Defendants Agouron Pharmaceuticals, Inc., G.D. Searle, L.L.C., Pfizer Inc., Pharmacia Corporation, and Pharmacia & Upjohn Company, respectfully move the Court for an extension of time to file *pro hac vice* admission applications on behalf of Scott Stempel of the firm of Morgan, Lewis & Bockius, LLP, as additional counsel for the above-referenced Defendants, in the above-styled case. In support of this Motion, movants state as follows:

1.  Counsel has received correspondence from the Clerk of Court in the United States District Court for the Middle District of Alabama dated October 12, 2006. In this letter, the Clerk of Court required these Defendants' counsel, not admitted to practice before the Court, to apply for *pro hac vice* admission within ten (10) days.

2.  Scott Stempel desires to apply for *pro hac vice* admission to this Court.

3.  As part of the *pro hac vice* application, Scott Stempel is required to attach an original certificate of good standing from the United States District Court for the district where he resides. He has requested same from the District Court where he resides, but the response time for such request may extend past the Court's ten (10) day requirement.

WHEREFORE, movants respectfully request that this Court grant this extension of time to file *pro hac vice* admission application on behalf of Scott Stempel, as additional counsel for the above-referenced Defendants.

                                           Respectfully submitted,

                                           /s/ George R. Parker
                                           Philip H. Butler (BUTL1716)
                                           George R. Parker (PARG2248)
                                           BRADLEY ARANT ROSE & WHITE LLP
                                           Alabama Center for Commerce
                                           401 Adams Avenue, Suite 780
                                           Montgomery, AL  36104
                                           Telephone:  (334) 956-7700
                                           Fax:  (334) 956-7701
                                           E-mail: gparker@bradleyarant.com

                                           *Counsel for Defendants:*
                                             *Agouron Pharmaceuticals, Inc.*
                                             *G.D. Searle, L.L.C.*
                                             *Pfizer Inc.*
                                             *Pharmacia Corporation*
                                             *Pharmacia & Upjohn Company*

<u>OF COUNSEL</u>

John C. Dodds
Kimberly K. Heuer
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103
Telephone:  (215) 963-5000
Facsimile:  (215) 963-5001

Scott A. Stempel
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 739.3000
Facsimile:  (202) 739.3001

## **CERTIFICATE OF SERVICE**

I hereby certify that on the **20th** day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| James Harold Anderson<br>janderson@beersanderson.com | Lee Hall Copeland<br>copeland@copelandfranco.com |
| Joseph P. H. Babington<br>jpb@helmsinglaw.com | Kelly Jeanne Davidson<br>kjdavidson@ober.com |
| Roger L. Bates<br>rbates@handarendall.com | William Asher Davis<br>wadavis@mintz.com |
| Jere L. Beasley<br>jere.beasley@beasleyallen.com | Robert D. Eckinger<br>robert.eckinger@arlaw.com |
| Windy Cockrell Bitzer<br>wbitzer@handarendall.com | Joseph C. Espy, III<br>jespy@mewlegal.com |
| Lisa Wright Borden<br>lborden@bakerdonelson.com | Patrick Conor Finnegan<br>pcf@helmsinglaw.com |
| Robert C. (Mike) Brock<br>rcb@rsjg.com | Alvin Latham (Peck) Fox, Jr.<br>pfox@mcg-mont.com |
| Chad W. Bryan<br>cwb@chlaw.com | Robert Bruce Funkhouser<br>funkhous@hugheshubbard.com |
| Clinton Chadwell Carter<br>clint.carter@beasleyallen.com | Charles Nelson Gill<br>ngill@copelandfranco.com |
| Steven F. Casey<br>scasey@balch.com | Richard Hamilton Gill<br>gill@copelandfranco.com |
| Thomas William Christian<br>twchristian@csattorneys.com | William Huger Hardie, Jr.<br>whh@johnstoneadams.com |
| Lawrence B. Clark<br>lawrence.clark@arlaw.com | Fred M. (Tripp) Haston, III<br>thaston@bradleyarant.com |
| William D. Coleman<br>wdc@chlaw.com | John Alec Henig, Jr.<br>henig@copelandfranco.com |
| Betsy P. Collins<br>bcollins@alston.com | Frederick Geroge Herold<br>frederick.herold@dechert.com |

| | |
|---|---|
| Kimberly Kaye Heuer<br>kheuer@morganlewis.com | Robert F. Northcutt<br>rfn@chlaw.com |
| S. Craig Holden<br>scholden@ober.com | Tabor Robert Novak, Jr.<br>tnovak@ball-ball.com |
| Robert A. Huffaker<br>rah@rsjg.com | Caine O'Rear, III<br>corear@handarendall.com |
| Donald R. Jones, Jr<br>don@djoneslaw.com | George Robert Parker<br>gparker@bradleyarant.com |
| Anthony Aaron Joseph<br>aaj@jbpp.com | Laura Howard Peck<br>lhp@starneslaw.com |
| Troy Robin King<br>mmaynard@ago.state.al.us | Harlan Irby Prater, IV<br>hprater@lfwlaw.com |
| Joseph William Letzer<br>jletzer@burr.com | Archibald Theodore Reeves, IV<br>areeves@mcdowellknight.com |
| Robert S. Litt<br>robert_litt@aporter.com | Robert Philip Reznick<br>reznick@hugheshubbard.com, |
| Gary M. London<br>glondon@burr.com | Sandra Grisham Robinson<br>sgr@cabaniss.com |
| David Wayne Long-Daniels<br>long-danielsd@gtlaw.com | Bruce F. Rogers<br>brogers@bmrslaw.com |
| Julian Rushton McClees<br>rmcclees@sirote.com | Stephen Jackson Rowe<br>srowe@lfwlaw.com |
| Walter Joseph McCorkled, Jr.<br>jmccorkl@balch.com | Andrew D. Schau<br>adschau@pbwt.com |
| James H. McLemore<br>jhm@chlaw.com | John D. Shakowki<br>jshakow@kslaw.com |
| Wilson Daniel Miles, III<br>dee.miles@beasleyallen.com | Richard L. Sharff, Jr.<br>rsharff@bradleyarant.com |
| Derrick A. Mills<br>dmills@lfwlaw.com | Edward Sledge Sledge, III<br>esledge@mcdowellknight.com |
| F. Chadwick Morriss<br>fcm@rsjg.com | William Stancil Starnes<br>wss@starneslaw.com |
| | Gilbert Calvin Steindorff, IV<br>bert.steindorff@arlaw.com |

Sharon Donaldson Stuart
sds@csattorneys.com

Kevin R. Sullivan
krsullivan@kslaw.com

C. Clay Torbert, III
cct@chlaw.com

John Michael Townsend
townsend@hugheshubbard.com

George Walton Walker, III
walker@copelandfranco.com

James N. Walter, Jr.
jnw@chlaw.com

Jason Robert Watkins
jrw@helmsinglaw.com

Jarrod J. White
jjw@cabanissmobile.com

I further certify that, in accordance with an agreement among defense counsel, I have served a copy of the Motion for Admission *Pro Hac Vice* by electronic mail upon counsel for each of the remaining parties listed below on the same date.

Justin S. Antonipillai
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Steven F. Barley
Hogan & Hartson LLP
111 South Calvert Street
Baltimore, MA 21202

J. Steven Baughman
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

Sam Blair
Baker Donelson Bearman Caldwell & Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, TN 38103

David J. Burman
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

Tiffany Cheung
Morrison & Foerster, LLP
425 Market Street

San Francisco, CA 94105-2482
Eric P. Christofferson
Ropes & Gray LLP
One International Place
Boston, MA 02110

Toni-Ann Citera
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Courtney A. Clark
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Barak Cohen
Kirkland & Ellis
655 - 15th Street, N.W.
Suite 1200
Washington, DC 20005

Jonathan D. Cohen
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

Julia B. Cooper
Bradley Arant Rose & White LLP
One Federal Place

1819 Fifth Avenue North
Birmingham, AL 35203-2104
Richard M. Cooper
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

Paul T. Coval
Vorys, Sater, Seymour & Pease
P. O. Box 1008
Columbus, OH 43216-1008

Wayne Cross
White & Case
1155 Avenue of the Americas
New York, NY 10036

James R. Daly
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Merle M. DeLancey, Jr
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, NW
Washington, DC 20037

Steven S. Diamond
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

John C. Dodds
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921

Michael P. Doss
Sidley Austin Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

Ronald G. Dove, Jr
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004

Paul F. Doyle
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Rebecca L. Dubin
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Paul K. Dueffert
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

Steven M. Edwards
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Douglas B. Farquhar
Hyman Phelps & McNamara PC
700 Thirteenth Street NW
Suite 1200
Washington, DC 20005

David D. Fauvre
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

John R. Fleder
Hyman Phelps & McNamara PC
700 Thirteenth Street NW
Suite 1200
Washington, DC 20005

Michael S. Flynn
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Michael Gallagher
White & Case
1155 Avenue of the Americas
New York, NY 10036

Mark Godler
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Gary R. Greenberg
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA 02110

Elizabeth I. Hack
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

Kimberley D. Harris
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

James V. Hayes
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

Nicola Heskett
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Geoffrey E. Hobart
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004

Andrew L. Hurst
Reed Smith LLP
Suite 1100 -- East Tower
1301 K Street NW
Washington, DC 20005

Edwin John U
Kirkland & Ellis
655 - 15th Street, N.W.
Suite 1200
Washington, DC 20005

Michael L. Koon
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Katy E. Koski
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Brian Ledahl
Irell & Mandella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

Thomas H. Lee, II
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Mark H. Lynch
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004

James W. Matthews
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Warren C. Matthews
Burr & Forman, LLP
201 Monroe Street
Suite 1950, RSA Tower
Montgomery, AL 36104

Joseph G. Matye
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Christopher May
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

Jessica L. Medina
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Neil Merkl
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

J. Ryan Mitchell
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

John T. Montgomery
Ropes & Gray LLP
One International Place
Boston, MA 02110

Saul Morgenstern
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Robert J. Muldoon , Jr
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

William D. Nussbaum
Hogan and Hartson, LLP
555 13th Street, NW
Washing ton, DC 20004

Brien T. O'Connor
Ropes & Gray LLP
One International Place
Boston, MA 02110

Kathleen M. O'Sullivan
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

Christopher Palermo
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Jane W. Parver
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Carlos M. Pelayo
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Gregory M. Petouvis
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

Zoe Philippides
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

Anthony C. Porcelli
Jenner & Block, LLP
One IBM Plaza
Chicago, IL 60611

Carlos Provencio
Shook, Hardy, & Bacon LLP
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004

Brian Rafferty
Dornbush Schaeffer Strongin
 & Weinstein, LLP
747 Third Avenue
New York, NY 10017

Richard D. Raskin
Sidley Austin Brown & Wood LLP
10 S Dearborn Street
Chicago, IL 60603

Jonathan T. Rees  
Hogan and Hartson, LLP  
555 13th Street, NW  
Washington, DC 20004  

Daniel E. Reidy  
Jones Day  
77 West Wacker Drive  
Suite 3500  
Chicago, IL 60601-1692  

Joel E. Richardson  
Arnold & Porter LLP  
555 Twelfth Street, NW  
Washington, DC 20004  
Michael J. Rinaldi  
Arnold & Porter LLP  
555 Twelfth Street, NW  
Washington, DC 20004  

Thomas J. Roberts  
Williams & Connolly  
725 12th Street, N.W.  
Washington, DC 20005-5901  

Grace M. Rodriguez  
King & Spalding LLP  
1700 Pennsylvania Avenue NW  
Washington, DC 20006  

Louis J. Scerra , Jr  
Greenberg Traurig, LLP  
One International Place  
20th Floor  
Boston, MA 02110  

Lori A. Schechter  
Morrison & Forester  
345 California Street  
San Francisco, CA 94104-2675  

Alexandra T. Schimmer  
Vorys, Sater, Seymour & Pease  
P. O. Box 1008  
Columbus, OH 43216-1008  

Michael T. Scott  
Reed Smith LLP  
Suite 1100 -- East Tower  
1301 K Street NW  
Washington, DC 20005  

Mark D. Seltzer  
Holland & Knight  
10 St. James Avenue  
Boston, MA 02116  

John Starnes  
Baker Donelson Bearman Caldwell &  
Berkowitz, PC  
165 Madison Avenue  
Suite 2000  
Memphis, TN 38103  

Robert R. Stauffer  
Jenner & Block, LLP  
One IBM Plaza  
Chicago, IL 60611  

Scott A. Stempel  
Morgan Lewis & Bockius LLP  
1111 Pennsylvania Avenue NW  
Washington, DC 20004  

T. Reed Stephens  
Sonnenschein Nath & Rosenthal LLP  
1301 K Street, NW  
Suite 1600 East Tower  
Washington, DC 20005  

Jonathan L. Stern  
Arnold & Porter LLP  
555 Twelfth Street, NW  
Washington, DC 20004  

E. Abim Thomas  
Ropes & Gray L LP  
One International Place  
Boston, MA 02110  

Lyndon M. Tretter  
Hogan & Hartson LLP  
875 Third Avenue  
New York, NY 10022  

Steven M. Umin  
Williams & Connolly  
725 12th Street, N.W.  
Washington, DC 20005-5901

| | |
|---|---|
| James M. Vant<br>Greenberg Traurig, LLP<br>One International Place<br>20th Floor<br>Boston, MA 02110 | Bruce Wessel<br>Irell & Mandella, LLP<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067 |
| Peter J. Venaglia<br>Dornbush Schaeffer Strongin<br>  & Weinstein, LLP<br>747 Third Avenue<br>New York, NY 10017 | D. Scott Wise<br>Davis, Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |
| Karen Walker<br>Kirkland & Ellis<br>655 - 15th Street, N.W.<br>Suite 1200<br>Washington, DC 20005 | Brendan Woodard<br>White & Case<br>1155 Avenue of the Americas<br>New York, NY 10036 |
| Jason D. Wallach<br>Dickstein Shapiro Morin<br>  & Oshinsky, LLP<br>2101 L Street, NW<br>Washington, DC 20037 | Joseph H. Young<br>Hogan & Hartson LLP<br>111 South Calvert Street<br>Baltimore, MA 21202 |

/s/ George R. Parker
OF COUNSEL