IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| STATE OF ALABAMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | CV-06-920 |
| ) | |
| ABBOTT LABORATORIES, INC, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO ADMIT ATTORNEYS *PRO HAC VICE*

COMES NOW the undersigned, Robert D. Eckinger, a member in good standing of the Alabama State Bar, admitted to practice before the United States District Court for the Middle District of Alabama, and an attorney of record for Defendant ETHEX Corporation, and hereby moves this Court to admit *pro hac vice* the following attorneys as additional counsel for Defendant ETHEX Corporation:

1. ROBERT S. LITT, of Arnold & Porter LLP (Washington, DC), admitted and in good standing to practice before the United States District Court for the District of Columbia;

2. JUSTIN S. ANTONIPILLAI, of Arnold & Porter LLP (Washington, DC), admitted and in good standing to practice before the United States District Court for the District of Columbia;

3. STEVEN S. DIAMOND, of Arnold & Porter LLP (Washington, DC), admitted and in good standing to practice before the United States District Court for the District of Columbia;

4. ROBYN M. HOLTZMAN, of Arnold & Porter LLP (Washington, DC), admitted and in good standing to practice before the United States District Court for the District of Columbia.

5. JOSEPH M. MEADOWS, of Arnold & Porter LLP (Washington, DC), admitted and in good standing to practice before the United States District Court for the District of Columbia.

In support of this motion, Certificates of Good Standing for each of the aforementioned counsel are attached.

With the filing of this motion, the undersigned submits a check in the amount of $100.00 ($20.00 per applicant), required by Local Rule 83.1(b) as established by this Court.

WHEREFORE, the undersigned requests that this Court grant the foregoing Motion and admit attorneys ROBERT S. LITT, JUSTIN S. ANTONIPILLAI, STEVEN S. DIAMOND, ROBYN M. HOLTZMAN, and JOSEPH M. MEADOWS *pro hac vice* as additional counsel for Defendant ETHEX Corporation.

/s/ Robert D. Eckinger
Robert D. Eckinger
ADAMS AND REESE LLP
2100 3rd Ave. N. Suite 1100
Birmingham, AL 35203
205.250.5000
205.250.5034 (fax)
E-Mail: steve.rowe@arlaw.com

*One of the lawyers for Defendants ETHEX Corporation and KV Pharmaceutical Company*

OF COUNSEL:

ADAMS AND REESE LLP
2100 3rd Ave. N. Suite 1100
Birmingham, AL 35203
205.250.5000
205.250.5034 (fax)

Robert S. Litt (admission *pro hac vice* pending)
Steven S. Diamond (admission *pro hac vice* pending)
Justin S. Antonipillai (admission *pro hac vice* pending)
Robyn M. Holtzman (admission *pro hac vice* pending)
Joseph M. Meadows (admission *pro hac vice* pending)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
Phone: (202) 942-5000
Fax: (202) 942-5999

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 23rd day of October, 2006, filed the foregoing via the CM-ECF system, which will send notification of such filing to all counsel of record.

/s/ Robert D. Eckinger
OF COUNSEL

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## JOSEPH M. MEADOWS

was, on the __12th__ day of __September__ A.D. __2005__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __20th__ day of __October__ A.D. 2006.

**NANCY M. MAYER-WHITTINGTON**, CLERK

By: _____
Deputy Clerk

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**ROBYN M. HOLTZMAN**

was, on the __1st__ day of __March__ A.D. __2004__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __20th__ day of __October__ A.D. 2006.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _[signature]_
**Deputy Clerk**

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**STEVEN   S.   DIAMOND**

was, on the __4th__ day of __April__ A.D. __1983__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __20th__ day of __October__ A.D. 2006.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____
Deputy Clerk

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## JUSTIN  S.  ANTONIPILLAI

was, on the  7th  day of  December  A.D.  1998  admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  20th  day of  October  A.D. 2006.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____
Deputy Clerk

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## ROBERT  S.  LITT

was, on the  2nd  day of  July  A.D.  1984  admitted to practice as an  Attorney at  Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  20th  day of  October  A.D. 2006.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _[signature]_
Deputy Clerk