IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) CASE NO. 2:06cv920-MHT | |
| | ) | |
| ABBOTT LABORATORIES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

RECEIVED

2006 OCT 23 P 2: 06

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

COME NOW Joe Espy, III and Ben Espy, counsel for defendant Takeda Pharmaceuticals North America, Inc., who are attorneys admitted to practice before this Court, and respectfully move this Honorable Court to grant permission to Robert R. Stauffer and Nada Djordjevic, of the firm of Jenner & Block of Chicago, Illinois to appear *pro hac vice* in this action for the purpose of representing defendant Takeda Pharmaceuticals North American, Inc. The applicants are all admitted to practice before the United States District Court for the Northern District of Illinois, which is the district in which each applicant resides or regularly practices law. Certificates of Good Standing for each applicant are attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $40.00 ($20.00 per applicant) in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

Respectfully submitted this 23 day of October, 2006.

_____
Joe Espy, III - ASB-6591-S82J
One of the Attorneys for Takeda Pharmaceuticals
North America, Inc.

OF COUNSEL:

Ben Espy / ASB-0699-A64E
MELTON, ESPY & WILLIAMS, P.C.
P.O. Drawer 5130
Montgomery, AL 36103
Telephone: 334-263-6621
Facsimile: 334-263-7252

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Plaintiff's counsel and all listed counsel of record electronically on this the 23 day of October, 2006.

_____
Of Counsel

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Robert R. Stauffer

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Robert R. Stauffer was duly admitted to practice in said Court on (02/18/1987) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/18/2006 )

Michael W. Dobbins, Clerk,
By: David A. Jozwiak
    Deputy Clerk

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Nada Djordjevic

Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Nada Djordjevic was duly admitted to practice in said Court on (12/19/2002) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/18/2006 )

Michael W. Dobbins, Clerk,

By: David A. Jozwiak
Deputy Clerk