IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv920-MHT |
| | ) | |
| ABBOTT LABORATORIES, INC., | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDER that the motions to appear pro hac vice (doc. nos. 132 & 133) are granted.

DONE, this the 24th day of October, 2006.

                      /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE