IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv920-MHT |
| ) | |
| ABBOTT LABORATORIES, INC., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDER that the motion for extension of time (doc. no. 127) is granted.

DONE, this the 24th day of October, 2006.

                           /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE