IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA,   ) | |
| ) | |
|    Plaintiff,   ) | |
| ) | CIVIL ACTION NO. |
|    v.   ) | 2:06cv920-MHT |
| ) | |
| ABBOTT LABORATORIES, INC.,   ) | |
| et al.,   ) | |
| ) | |
|    Defendants.   ) | |

### ORDER

It is ORDER that the motion for expedited ruling (doc. no. 130) is denied.

DONE, this the 24th day of October, 2006.

     /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE