IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv920-MHT |
| | ) | |
| ABBOTT LABORATORIES, INC., | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDER that the motion to remand and motion for award of attorneys' fees and costs (doc. no. 128) are set for submission, without oral argument, on October 31, 2006, with all briefs and evidentiary materials due by said date.

DONE, this the 24th day of October, 2006.

       /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE