## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **STATE OF ALABAMA,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )     **Case No. CV-06-920** |
| | ) |
| **ABBOTT LABORATORIES, INC, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

### MOTION TO ADMIT ATTORNEYS *PRO HAC VICE*

COMES NOW the undersigned, Joseph P.H. Babington, a member in good standing of the Bar of the State of Alabama and of the United States District Court for the Middle District of Alabama, and an attorney of record for Defendant, SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK"), and respectfully moves for the admission *pro hac vice* of attorneys Mark H. Lynch and Ronald G. Dove, Jr. of the firm Covington & Burling, as additional counsel for GSK. In support of this Motion, Certificates of Good Standing for each attorney are attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court the appropriate fee of $40 ($20.00 per applicant) pursuant to Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

**WHEREFORE**, the undersigned respectfully requests that this Court grant the Motion and admit Mark H. Lynch and Ronald G. Dove, Jr. of the firm Covington & Burling *pro hac vice* as additional counsel for GSK.

Respectfully submitted this 25th day of October, 2006.

/s/ **Joseph P.H. Babington**
Joseph P.H. Babington  (BABIJ7938)
Patrick C. Finnegan  (FINNP3533)
HELMSING, LEACH, HERLONG,
    NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL  36652
Telephone:  (251) 432-5521
Facsimile:  (251) 432-0633

Of Counsel
(*pro hac vice* applications in process):

Mark H. Lynch
Ronald G. Dove, Jr.
COVINGTON & BURLING
1201 Pennsylvania Avenue NW
Washington, DC  20004
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291

Frederick G. Herold
Valerie M. Wagner
DECHERT LLP
1117 California Avenue
Palo Alto, CA  94304
Telephone:  (650) 813-4930
Facsimile:  (650) 813-4848

Mark D. Seltzer
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
Telephone:  (617) 523-2700
Facsimile:  (617) 523-6850

*Counsel for Defendant SmithKline Beecham
Corporation d/b/a GlaxoSmithKline*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th day of October, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using CM/ECF which will send notification of such filing to all parties in this action and/or served electronically on all remaining counsel by agreement.

                                    **/s/ Joseph P.H. Babington** _____
                                    OF COUNSEL

Doc.122256



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

RONALD G. DOVE, JR.

was on the 5TH day of NOVEMBER, 1991 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 24, 2006.

GARLAND PINKSTON, JR., CLERK

By: _____
       Deputy Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MARK H. LYNCH

was on the 7TH day of JUNE, 1974 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 24, 2006.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk