UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

2006 OCT 24  A 11: 43

| | |
|---|---|
| STATE OF ALABAMA, | ) |
| Plaintiff, | ) CIVIL ACTION NO. 2:06-CV-920 |
| | ) (MEF) |
| v. | ) |
| | ) Judge Myron H. Thompson |
| ABBOTT LABORATORIES, INC., *et al.*, | ) |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

COMES NOW Betsy P. Collins, counsel for defendants Abbott Laboratories, Inc. and TAP Pharmaceutical Products Inc., who is an attorney admitted to practice before this Court, and respectfully moves this Honorable Court to grant permission to Daniel E. Reidy, James R. Daly Lee Ann Russo and Rachael E. Dehner of the firm of Jones Day of Chicago, Illinois, to appear *pro hac vice* in this action for the purpose of representing defendants Abbott Laboratories, Inc. and TAP Pharmaceutical Products Inc. The applicants are all admitted to practice before the United States District Court for the Northern District of Illinois, which is the district in which each applicant resides or regularly practices law. Certificates of Good Standing for each applicant are attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $80.00 ($20.00 per applicant) in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

Respectfully submitted this ___ day of October, 2006.

_____
Betsy P. Collins (AL Bar NO. 9715C62 B)

Attorneys for Defendants Abbott Laboratories, Inc. and TAP Pharmaceutical Products Inc.

**OF COUNSEL:**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the parties listed below by placing a copy thereof in the United States Mail, postage prepaid, and properly addressed to them on this the ___ day of October, 2006.

_____
Of Counsel

# CERTIFICATE OF GOOD STANDING



RECEIVED
2006 OCT 24

United States of America

}ss. Daniel E. Reidy

Northern District of Illinois

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Daniel E. Reidy was duly admitted to practice in said Court on (12/10/1974) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/20/2006 )

                                         Michael W. Dobbins, Clerk,

                                         By:  Krysten J. Coppoletta
                                             Deputy Clerk

# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. James R. Daly

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That James R. Daly was duly admitted to practice in said Court on (03/12/1982) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/17/2006 )

Michael W. Dobbins, Clerk,
By: David A. Jozwiak
Deputy Clerk

https://ecf.ilnd.circ7.dcn/atyAdmission/21079Certificate.htm      10/17/2006

Certificate of Good Standing                                                                              Page 1 of 1

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Lee Ann Russo

Northern District of Illinois

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Lee Ann Russo was duly admitted to practice in said Court on (04/09/1982) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/17/2006 )

                              Michael W. Dobbins, Clerk,
                             By: David A. Jozwiak
                                Deputy Clerk

# CERTIFICATE OF GOOD STANDING

RECEIVED
2006 OCT



*United States of America*

}ss. Rachael E. Dehner

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Rachael E. Dehner was duly admitted to practice in said Court on (06/22/2006) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/17/2006 )

                                            Michael W. Dobbins, Clerk,
                                            By: David A. Jozwiak
                                                Deputy Clerk