**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| STATE OF ALABAMA, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>ABBOTT LABORATORIES, INC., )<br>et al., )<br>Defendants. ) | Case No. 2:06-cv-920-MHT-VPM |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.1 of the United States District Court for the Middle District of Alabama, Christopher L. May hereby applies to the Court for permission to appear in the above-entitled action on behalf of Schering-Plough Corporation and Warrick Pharmaceuticals Corporation, on whose behalf he has been retained. As grounds for this motion, I hereby attest as follows:

1. Mr. May is an attorney at Ropes & Gray LLP, with a business address at One Metro Center, 700 12th Street N.W., Washington, D.C., 20005, phone 202-508-4600, fax 202-508-4650.

2. Mr. May is a member in good standing of the United States District Court for the Eastern and Southern Districts of New York, and a member in good standing of the bars of the District of Columbia and State of New York.

3. There are no disciplinary proceedings pending against Mr. May as a member of the bar in any jurisdiction.

4. In further support of his motion, Mr. May has attached hereto a Certificate of Good Standing from the United States District Court for the Southern District of New York,

which is the district in which the applicant resides or regularly practices law, as required by Local Rule 83.1.

WHEREFORE, the undersigned counsel respectfully requests that the Court admit Christopher L. May *pro hac vice* in the above-captioned action.

Dated: October 26, 2006                    Respectfully submitted,

                                           s/John A. Henig, Jr.
                                           John A. Henig, Jr. (HEN019)
                                           COPELAND, FRANCO, SCREWS
                                              & GILL, P.A.
                                           444 South Perry Street
                                           P.O. Box 347
                                           Montgomery, AL 36101-0347
                                           Tel: 334-834-1180
                                           Fax: 334-834-3172

                                           Attorney for Defendants Schering-Plough
                                           Corp. and Warrick Pharmaceuticals Corp.

## CERTIFICATE OF SERVICE

I hereby certify that on 26th day of October, 2006, I electronically filed the foregoing *Motion for Admission Pro Hac Vice* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **James Harold Anderson**
  janderson@beersanderson.com jody@beersanderson.com
- **Justin Sanjeeve Antonipillai**
  justin.antonipillai@aporter.com
- **Joseph P. H. Babington**
  jpb@helmsinglaw.com
  cer@helmsinglaw.com,ktm@helmsinglaw.com,mjb@helmsinglaw.com,ttw@helmsinglaw.com
- **Lee E. Bains, Jr**
  BAINSL@maynardcooper.com dbroom@mcglaw.com
- **James Fredrick Barger, Jr**
  jbarger@bakerdonelson.com jmckinney@bakerdonelson.com
- **Steven Francis Barley**
  sfbarley@hhlaw.com

- **Roger Lee Bates**
  rbates@handarendall.com lcummings@handarendall.com
- **Jere L. Beasley**
  jere.beasley@beasleyallen.com libby.rayborn@beasleyallen.com
- **Windy Cockrell Bitzer**
  wbitzer@handarendall.com drobinson@handarendall.com
- **Sam Berry Blair, Jr**
  sblair@bakerdonelson.com
- **Lisa Wright Borden**
  lborden@bakerdonelson.com cblack@bakerdonelson.com
- **Robert C. (Mike) Brock**
  rcb@rsjg.com pc@rsjg.com
- **Chad W. Bryan**
  cwb@chlaw.com julie@chlaw.com
- **Philip Henry Butler**
  pbutler@bradleyarant.com
  scarmichael@bradleyarant.com;kcastleberry@bradleyarant.com
- **Clinton Chadwell Carter**
  clint.carter@beasleyallen.com
  michelle.lysdale@beasleyallen.com;greta.beasley@beasleyallen.com
- **Steven F. Casey**
  scasey@balch.com
- **Tiffany Cheung**
  tcheung@mofo.com lsario@mofo.com
- **Thomas William Christian**
  twchristian@csattorneys.com kjones@csattorneys.com
- **Eric Paul Christofferson**
  echristofferson@ropesgray.com
- **Courtney A. Clark**
  caclark@sherin.com
- **William D. Coleman**
  wdc@chlaw.com patty@chlaw.com;roxie@chlaw.com
- **Betsy P. Collins**
  bcollins@alston.com beth.williams@alston.com
- **Julia Boaz Cooper**
  jbcooper@bradleyarant.com
- **Richard Melvyn Cooper**
  rcooper@wc.com
- **Lee Hall Copeland**
  copeland@copelandfranco.com moseley@copelandfranco.com
- **Wayne Alan Cross**
  wcross@whitecase.com
- **James R. Daly**
  jrdaly@jonesday.com
  mhirst@jonesday.com;ifiorentinos@jonesday.com;cdudley@jonesday.com;jgwinchester@jonesday.com

- **Kelly Jeanne Davidson**
  kjdavidson@ober.com
- **Merle Miller DeLancey, Jr**
  delanceym@dsmo.com
- **Steven Samuel Diamond**
  steven.diamond@aporter.com
- **Nada Djordjevic**
  ndjordjevic@jenner.com
- **John Charles Dodds**
  jdodds@morganlewis.com
- **Michael P. Doss**
  mdoss@sidley.com
- **Ronald G. Dove, Jr**
  rdove@cov.com
- **Rebecca Lynne Dubin**
  rebecca.dubin@aporter.com
- **Paul Keith Dueffert**
  PDueffert@wc.com
- **Robert D. Eckinger**
  robert.eckinger@arlaw.com lynn.wood@arlaw.com
- **Joseph C. Espy, III**
  jespy@mewlegal.com clucas@mewlegal.com
- **Douglas Brooke Farquhar**
  dbf@hpm.com
- **Patrick Conor Finnegan**
  pcf@helmsinglaw.com cer@helmsinglaw.com;ktm@helmsinglaw.com
- **John Robert Fleder**
  jrf@hpm.com
- **Michael Sean Flynn**
  michael.flynn@dpw.com
- **Alvin Latham (Peck) Fox, Jr**
  pfox@mcg-mont.com
- **Robert Bruce Funkhouser**
  funkhous@hugheshubbard.com
- **John Michael Gallagher**
  mgallagher@whitecase.com
- **Charles Nelson Gill**
  ngill@copelandfranco.com cngill27@hotmail.com;bryan@copelandfranco.com
- **Richard Hamilton Gill**
  gill@copelandfranco.com michaud@copelandfranco.com
- **Mark D. Godler**
  mgodler@kayescholer.com ncohen@kayescholer.com
- **Elizabeth I. Hack**
  ehack@sonnenschein.com
- **William Huger Hardie, Jr**
  whh@johnstoneadams.com service@johnstoneadams.com

- **Kimberley Denise Harris**
  kim.harris@dpw.com
- **Fred M. (Tripp) Haston, III**
  thaston@bradleyarant.com lhawkins@bradleyarant.com
- **Christopher Fred Heinss**
  cheinss@balch.com tmartin@balch.com
- **John Alec Henig, Jr**
  henig@copelandfranco.com smith@copelandfranco.com
- **Frederick Geroge Herold**
  frederick.herold@dechert.com
- **Kimberly Kaye Heuer**
  kheuer@morganlewis.com berobinson@morganlewis.com
- **Geoffrey D. Hobart**
  ghobart@cov.com
- **S. Craig Holden**
  scholden@ober.com
- **Robert A. Huffaker**
  rah@rsjg.com va@rsjg.com
- **Andrew Lawrence Hurst**
  ahurst@reedsmith.com
- **Francis Inge Johnstone**
  ijohnsto@balch.com
- **Donald Rush Jones, Jr**
  don@djoneslaw.com kristi@djoneslaw.com
- **Anthony Aaron Joseph**
  ajoseph@maynardcooper.com
- **Troy Robin King**
  msimpson@ago.state.al.us oingram@ago.state.al.us
- **Michael Lee Koon**
  mkoon@shb.com
- **Katy Ellen Koski**
  kekoski@sherin.com
- **Brian David Ledahl**
  bledahl@irell.com
- **Joseph William Letzer**
  jletzer@burr.com
- **Jason R. Litow**
  jlitow@cov.com
- **Robert S. Litt**
  robert_litt@aporter.com
- **Gary M. London**
  glondon@burr.com tmoore@burr.com
- **Mark H. Lynch**
  mlynch@cov.com
- **James W. Matthews**
  jwmatthews@sherin.com

- **Warren Carroll Matthews**
  wmatthew@burr.com
- **Joseph George Matye**
  jmatye@shb.com waross@shb.com;cgross@shb.com
- **Julian Rushton McClees**
  rmcclees@sirote.com jboyd@sirote.com
- **Walter Joseph McCorkle, Jr**
  jmccorkl@balch.com pkervin@balch.com
- **James H. McLemore**
  jhm@chlaw.com treasure@chlaw.com;leah@chlaw.com
- **Jessica Lynne Medina**
  jessica_medina@aporter.com
- **Wilson Daniel Miles, III**
  dee.miles@beasleyallen.com autumn.lindsey@beasleyallen.com
- **Derrick A. Mills**
  dmills@lfwlaw.com
- **F. Chadwick Morriss**
  fcm@rsjg.com jt@rsjg.com;tb@rsjg.com
- **Robert J. Muldoon, Jr**
  rjmuldoon@sherin.com
- **Robert F. Northcutt**
  rfn@chlaw.com
- **Brien T. O'Connor**
  brien.o'connor@ropesgray.com
- **Caine O'Rear, III**
  corear@handarendall.com
- **Kathleen Murray O'Sullivan**
  kosullivan@perkinscoie.com lnelson@perkinscoie.com
- **Christopher Palermo**
  cpalermo@kelleydrye.com
- **George Robert Parker**
  gparker@bradleyarant.com kcastleberry@bradleyarant.com
- **Jane W. Parver**
  mferrandino@kayescholer.com maomdal@kayescholer.com
- **Laura Howard Peck**
  lhp@starneslaw.com
- **Carlos Manuel Pelayo**
  carlos.pelayo@dpw.com
- **Nancy L. Perkins**
  nancy.perkins@aporter.com
- **Anthony C. Porcelli**
  aporcelli@jenner.com
- **Maibeth Jernigan Porter**
  PORTEM@maynardcooper.com
- **Harlan Irby Prater, IV**
  hprater@lfwlaw.com

- **Carlos Enrique Provencio**
  cprovencio@shb.com
- **Richard D. Raskin**
  rraskin@sidley.com
- **Archibald Thomas Reeves, IV**
  areeves@mcdowellknight.com
  tvinson@mcdowellknight.com;kford@mcdowellknight.com
- **Daniel Edward Reidy**
  dereidy@jonesday.com
- **Robert Philip Reznick**
  reznick@hugheshubbard.com
- **Thomas J. Roberts**
  TRoberts@wc.com
- **Sandra Grisham Robinson**
  sgr@cabaniss.com kguillott@cabaniss.com
- **Graciela Maria Rodriguez**
  gmrodriguez@kslaw.com
- **Bruce F. Rogers**
  brogers@bainbridgemims.com
- **Stephen Ashford Rowe**
  steve.rowe@arlaw.com
- **Stephen Jackson Rowe**
  srowe@lfwlaw.com lynnl@lfwlaw.com
- **Andrew David Schau**
  adschau@pbwt.com
- **Lori A. Schechter**
  lschechter@mofo.com kfranklin@mofo.com;kbobovski@mofo.com
- **Mark D. Seltzer**
  mseltzer@hklaw.com
- **John D. Shakow**
  jshakow@kslaw.com
- **Richard Lee Sharff, Jr**
  rsharff@bradleyarant.com
- **Edward Sledge Sledge, III**
  esledge@mcdowellknight.com abush@mcdowellknight.com
- **William Stancil Starnes**
  wss@starneslaw.com
- **Robert R. Stauffer**
  rstauffer@jenner.com
- **Gilbert Calvin Steindorff, IV**
  gcs@hsy.com
- **Scott Alan Stempel**
  sstempel@morganlewis.com
- **T. Reed Stephens**
  rstephens@sonnenschein.com

- **Jonathan Louis Stern**
  jonathan.stern@aporter.com
- **Sharon Donaldson Stuart**
  sds@csattorneys.com
- **Kevin Richard Sullivan**
  krsullivan@kslaw.com
- **E. Abim Thomas**
  abim.thomas@ropesgray.com
- **C. Clay Torbert, III**
  cct@chlaw.com gina@chlaw.com;roxie@chlaw.com
- **John Michael Townsend**
  townsend@hugheshubbard.com
- **Edwin John U**
  eu@kirkland.com
- **Steven Michael Umin**
  sumin@wc.com
- **Valerie M. Wagner**
  valerie.wagner@dechert.com
- **George Walton Walker, III**
  walker@copelandfranco.com michaud@copelandfranco.com
- **Karen Natalie Walker**
  kwalker@kirkland.com
- **Jason Drew Wallach**
  wallachj@dsmo.com
- **James N. Walter, Jr**
  jnw@chlaw.com anne@chlaw.com;roxie@chlaw.com
- **Jason Robert Watkins**
  jwatkins@ball-ball.com cantinarella@ball-ball.com
- **Jarrod J. White**
  jjw@cabaniss.com tsmith@cabaniss.com
- **D. Scott Wise**
  d.wise@dpw.com
- **Joseph Harrison Young**
  jhyoung@hhlaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**J. Steven Baughman**
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

**Toni-Ann Citera**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**Rachael E. Dehner**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**Paul F. Doyle**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

**Steven M. Edwards**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**Anna Bondurant Eley**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**William A. Escobar**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**David D. Fauver**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Sarah Anne Franklin**
Holland & Knight
10 St. James Avenue
Boston, MA 02116

**Ross S. Goldstein**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Erik Haas**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

**James V. Hayes**
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

**Nicola Heskett**
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

**Robyn M. Holtzman**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Thomas H. Lee, II**
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

**Samuel Lonergan**
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

**Adeel A. Mangi**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

**Christopher May**
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

**Joseph M. Meadows**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Neil Merkl**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

**John T. Montgomery**
Ropes & Gray LLP
One International Place
Boston, MA 02110

**William D. Nussbaum**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Gregory M. Petouvis**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Leah Pointer**
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

**Brian Rafferty**
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

**Jonathan T. Rees**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Carl E. Ross**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Lee Ann Russo**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**Thomas J. Sweeney, III**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**Lyndon M. Tretter**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**Peter J. Venaglia**
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

**Jennifer A. Walker**
Hogan & Hartson LLP
111 South Calvert Street
Suite 1600
Baltimore, MD 21210

**Brendan Woodard**
White & Case
1155 Avenue of the Americas
New York, NY 10036

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__CHRISTOPHER LAURENCE MAY__, Bar # __CM2750__

was duly admitted to practice in this Court on

__JULY 2nd, 2002__, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York   on   OCTOBER 23rd, 2006

__J. MICHAEL McMAHON__
Clerk

by: _[signature]_
Deputy Clerk