## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cv-920-MHT-VPM |
| | ) | |
| ABBOTT LABORATORIES, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE
## APPLICATION TO BE ADMITTED *PRO HAC VICE*

Defendants Schering-Plough Corporation ("Schering"), and Warrick Pharmaceuticals

Corporation ("Warrick") respectfully move the court for an extension of time to file an

application for admission *pro hac vice* for J. Steven Baughman in the above-captioned case.  In

support of this motion, movants state as follows:

1.      Mr. Baughman, an attorney at Ropes & Gray LLP, is counsel to Schering and

Warrick in the above-captioned case.

2.      By correspondence dated October 12, 2006, from the Clerk of the Court in the

United States District Court for the Middle District of Alabama, Mr. Baughman was required to

apply for *pro hac vice* admission to the Court within ten (10) days.

3.      As part of this *pro hac vice* application, Mr. Baughman is required to attach an

original certificate of good standing from the United States District Court in the district where he

resides.  He has requested same from the requisite District Court, but will be unable to receive

said certificates of good standing within the Court's required ten day period.

WHEREFORE, movants respectfully request that the Court grant an extension of time to

file *pro hac vice* applications on behalf of J. Steven Baughman.


Dated: October 26, 2006                                 Respectfully submitted,

                                                        s/John A. Henig, Jr.
                                                        John A. Henig, Jr. (HEN019)
                                                        COPELAND, FRANCO, SCREWS
                                                           & GILL, P.A.
                                                        444 South Perry Street
                                                        P.O. Box 347
                                                        Montgomery, AL 36101-0347
                                                        Tel: 334-834-1180
                                                        Fax: 334-834-3172

                                                        Attorney for Defendants Schering-Plough
                                                        Corp. and Warrick Pharmaceuticals Corp.


## CERTIFICATE OF SERVICE

I hereby certify that on 26th day of October, 2006, I electronically filed the foregoing *Motion for Extension of Time to File Application to be Admitted Pro Hac Vice* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **James Harold Anderson**
  janderson@beersanderson.com jody@beersanderson.com
- **Justin Sanjeeve Antonipillai**
  justin.antonipillai@aporter.com
- **Joseph P. H. Babington**
  jpb@helmsinglaw.com
  cer@helmsinglaw.com,ktm@helmsinglaw.com,mjb@helmsinglaw.com,ttw@helmsinglaw.com
- **Lee E. Bains, Jr**
  BAINSL@maynardcooper.com dbroom@mcglaw.com
- **James Fredrick Barger, Jr**
  jbarger@bakerdonelson.com jmckinney@bakerdonelson.com
- **Steven Francis Barley**
  sfbarley@hhlaw.com
- **Roger Lee Bates**
  rbates@handarendall.com lcummings@handarendall.com
- **Jere L. Beasley**
  jere.beasley@beasleyallen.com libby.rayborn@beasleyallen.com

- **Windy Cockrell Bitzer**
  wbitzer@handarendall.com drobinson@handarendall.com
- **Sam Berry Blair, Jr**
  sblair@bakerdonelson.com
- **Lisa Wright Borden**
  lborden@bakerdonelson.com cblack@bakerdonelson.com
- **Robert C. (Mike) Brock**
  rcb@rsjg.com pc@rsjg.com
- **Chad W. Bryan**
  cwb@chlaw.com julie@chlaw.com
- **Philip Henry Butler**
  pbutler@bradleyarant.com
  scarmichael@bradleyarant.com;kcastleberry@bradleyarant.com
- **Clinton Chadwell Carter**
  clint.carter@beasleyallen.com
  michelle.lysdale@beasleyallen.com;greta.beasley@beasleyallen.com
- **Steven F. Casey**
  scasey@balch.com
- **Tiffany Cheung**
  tcheung@mofo.com lsario@mofo.com
- **Thomas William Christian**
  twchristian@csattorneys.com kjones@csattorneys.com
- **Eric Paul Christofferson**
  echristofferson@ropesgray.com
- **Courtney A. Clark**
  caclark@sherin.com
- **William D. Coleman**
  wdc@chlaw.com patty@chlaw.com;roxie@chlaw.com
- **Betsy P. Collins**
  bcollins@alston.com beth.williams@alston.com
- **Julia Boaz Cooper**
  jbcooper@bradleyarant.com
- **Richard Melvyn Cooper**
  rcooper@wc.com
- **Lee Hall Copeland**
  copeland@copelandfranco.com moseley@copelandfranco.com
- **Wayne Alan Cross**
  wcross@whitecase.com
- **James R. Daly**
  jrdaly@jonesday.com
  mhirst@jonesday.com;ifiorentinos@jonesday.com;cdudley@jonesday.com;jgwinchester@jonesday.com
- **Kelly Jeanne Davidson**
  kjdavidson@ober.com
- **Merle Miller DeLancey, Jr**
  delanceym@dsmo.com

- **Steven Samuel Diamond**
  steven.diamond@aporter.com
- **Nada Djordjevic**
  ndjordjevic@jenner.com
- **John Charles Dodds**
  jdodds@morganlewis.com
- **Michael P. Doss**
  mdoss@sidley.com
- **Ronald G. Dove, Jr**
  rdove@cov.com
- **Rebecca Lynne Dubin**
  rebecca.dubin@aporter.com
- **Paul Keith Dueffert**
  PDueffert@wc.com
- **Robert D. Eckinger**
  robert.eckinger@arlaw.com lynn.wood@arlaw.com
- **Joseph C. Espy, III**
  jespy@mewlegal.com clucas@mewlegal.com
- **Douglas Brooke Farquhar**
  dbf@hpm.com
- **Patrick Conor Finnegan**
  pcf@helmsinglaw.com cer@helmsinglaw.com;ktm@helmsinglaw.com
- **John Robert Fleder**
  jrf@hpm.com
- **Michael Sean Flynn**
  michael.flynn@dpw.com
- **Alvin Latham (Peck) Fox, Jr**
  pfox@mcg-mont.com
- **Robert Bruce Funkhouser**
  funkhous@hugheshubbard.com
- **John Michael Gallagher**
  mgallagher@whitecase.com
- **Charles Nelson Gill**
  ngill@copelandfranco.com cngill27@hotmail.com;bryan@copelandfranco.com
- **Richard Hamilton Gill**
  gill@copelandfranco.com michaud@copelandfranco.com
- **Mark D. Godler**
  mgodler@kayescholer.com ncohen@kayescholer.com
- **Elizabeth I. Hack**
  ehack@sonnenschein.com
- **William Huger Hardie, Jr**
  whh@johnstoneadams.com service@johnstoneadams.com
- **Kimberley Denise Harris**
  kim.harris@dpw.com
- **Fred M. (Tripp) Haston, III**
  thaston@bradleyarant.com lhawkins@bradleyarant.com

- **Christopher Fred Heinss**
  cheinss@balch.com tmartin@balch.com
- **John Alec Henig, Jr**
  henig@copelandfranco.com smith@copelandfranco.com
- **Frederick Geroge Herold**
  frederick.herold@dechert.com
- **Kimberly Kaye Heuer**
  kheuer@morganlewis.com berobinson@morganlewis.com
- **Geoffrey D. Hobart**
  ghobart@cov.com
- **S. Craig Holden**
  scholden@ober.com
- **Robert A. Huffaker**
  rah@rsjg.com va@rsjg.com
- **Andrew Lawrence Hurst**
  ahurst@reedsmith.com
- **Francis Inge Johnstone**
  ijohnsto@balch.com
- **Donald Rush Jones, Jr**
  don@djoneslaw.com kristi@djoneslaw.com
- **Anthony Aaron Joseph**
  ajoseph@maynardcooper.com
- **Troy Robin King**
  msimpson@ago.state.al.us oingram@ago.state.al.us
- **Michael Lee Koon**
  mkoon@shb.com
- **Katy Ellen Koski**
  kekoski@sherin.com
- **Brian David Ledahl**
  bledahl@irell.com
- **Joseph William Letzer**
  jletzer@burr.com
- **Jason R. Litow**
  jlitow@cov.com
- **Robert S. Litt**
  robert_litt@aporter.com
- **Gary M. London**
  glondon@burr.com tmoore@burr.com
- **Mark H. Lynch**
  mlynch@cov.com
- **James W. Matthews**
  jwmatthews@sherin.com
- **Warren Carroll Matthews**
  wmatthew@burr.com
- **Joseph George Matye**
  jmatye@shb.com waross@shb.com;cgross@shb.com

- **Julian Rushton McClees**
  rmcclees@sirote.com jboyd@sirote.com
- **Walter Joseph McCorkle, Jr**
  jmccorkl@balch.com pkervin@balch.com
- **James H. McLemore**
  jhm@chlaw.com treasure@chlaw.com;leah@chlaw.com
- **Jessica Lynne Medina**
  jessica_medina@aporter.com
- **Wilson Daniel Miles, III**
  dee.miles@beasleyallen.com autumn.lindsey@beasleyallen.com
- **Derrick A. Mills**
  dmills@lfwlaw.com
- **F. Chadwick Morriss**
  fcm@rsjg.com jt@rsjg.com;tb@rsjg.com
- **Robert J. Muldoon, Jr**
  rjmuldoon@sherin.com
- **Robert F. Northcutt**
  rfn@chlaw.com
- **Brien T. O'Connor**
  brien.o'connor@ropesgray.com
- **Caine O'Rear, III**
  corear@handarendall.com
- **Kathleen Murray O'Sullivan**
  kosullivan@perkinscoie.com lnelson@perkinscoie.com
- **Christopher Palermo**
  cpalermo@kelleydrye.com
- **George Robert Parker**
  gparker@bradleyarant.com kcastleberry@bradleyarant.com
- **Jane W. Parver**
  mferrandino@kayescholer.com maomdal@kayescholer.com
- **Laura Howard Peck**
  lhp@starneslaw.com
- **Carlos Manuel Pelayo**
  carlos.pelayo@dpw.com
- **Nancy L. Perkins**
  nancy.perkins@aporter.com
- **Anthony C. Porcelli**
  aporcelli@jenner.com
- **Maibeth Jernigan Porter**
  PORTEM@maynardcooper.com
- **Harlan Irby Prater, IV**
  hprater@lfwlaw.com
- **Carlos Enrique Provencio**
  cprovencio@shb.com
- **Richard D. Raskin**
  rraskin@sidley.com

- **Archibald Thomas Reeves, IV**
  areeves@mcdowellknight.com
  tvinson@mcdowellknight.com;kford@mcdowellknight.com
- **Daniel Edward Reidy**
  dereidy@jonesday.com
- **Robert Philip Reznick**
  reznick@hugheshubbard.com
- **Thomas J. Roberts**
  TRoberts@wc.com
- **Sandra Grisham Robinson**
  sgr@cabaniss.com kguillott@cabaniss.com
- **Graciela Maria Rodriguez**
  gmrodriguez@kslaw.com
- **Bruce F. Rogers**
  brogers@bainbridgemims.com
- **Stephen Ashford Rowe**
  steve.rowe@arlaw.com
- **Stephen Jackson Rowe**
  srowe@lfwlaw.com lynnl@lfwlaw.com
- **Andrew David Schau**
  adschau@pbwt.com
- **Lori A. Schechter**
  lschechter@mofo.com kfranklin@mofo.com;kbobovski@mofo.com
- **Mark D. Seltzer**
  mseltzer@hklaw.com
- **John D. Shakow**
  jshakow@kslaw.com
- **Richard Lee Sharff, Jr**
  rsharff@bradleyarant.com
- **Edward Sledge Sledge, III**
  esledge@mcdowellknight.com abush@mcdowellknight.com
- **William Stancil Starnes**
  wss@starneslaw.com
- **Robert R. Stauffer**
  rstauffer@jenner.com
- **Gilbert Calvin Steindorff, IV**
  gcs@hsy.com
- **Scott Alan Stempel**
  sstempel@morganlewis.com
- **T. Reed Stephens**
  rstephens@sonnenschein.com
- **Jonathan Louis Stern**
  jonathan.stern@aporter.com
- **Sharon Donaldson Stuart**
  sds@csattorneys.com

- **Kevin Richard Sullivan**
  krsullivan@kslaw.com
- **E. Abim Thomas**
  abim.thomas@ropesgray.com
- **C. Clay Torbert, III**
  cct@chlaw.com gina@chlaw.com;roxie@chlaw.com
- **John Michael Townsend**
  townsend@hugheshubbard.com
- **Edwin John U**
  eu@kirkland.com
- **Steven Michael Umin**
  sumin@wc.com
- **Valerie M. Wagner**
  valerie.wagner@dechert.com
- **George Walton Walker, III**
  walker@copelandfranco.com michaud@copelandfranco.com
- **Karen Natalie Walker**
  kwalker@kirkland.com
- **Jason Drew Wallach**
  wallachj@dsmo.com
- **James N. Walter, Jr**
  jnw@chlaw.com anne@chlaw.com;roxie@chlaw.com
- **Jason Robert Watkins**
  jwatkins@ball-ball.com cantinarella@ball-ball.com
- **Jarrod J. White**
  jjw@cabaniss.com tsmith@cabaniss.com
- **D. Scott Wise**
  d.wise@dpw.com
- **Joseph Harrison Young**
  jhyoung@hhlaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the
following non-CM/ECF participants:

**J. Steven Baughman**
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

**Toni-Ann Citera**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**Rachael E. Dehner**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**Paul F. Doyle**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

**Steven M. Edwards**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**Anna Bondurant Eley**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**William A. Escobar**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**David D. Fauver**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Sarah Anne Franklin**
Holland & Knight
10 St. James Avenue
Boston, MA 02116

**Ross S. Goldstein**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Erik Haas**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

**James V. Hayes**
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

**Nicola Heskett**
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

**Robyn M. Holtzman**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Thomas H. Lee, II**
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

**Samuel Lonergan**
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

**Adeel A. Mangi**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

**Christopher May**
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

**Joseph M. Meadows**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Neil Merkl**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

**John T. Montgomery**
Ropes & Gray LLP
One International Place
Boston, MA 02110

**William D. Nussbaum**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Gregory M. Petouvis**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Leah Pointer**
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

**Brian Rafferty**
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

**Jonathan T. Rees**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Carl E. Ross**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Lee Ann Russo**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**Thomas J. Sweeney, III**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**Lyndon M. Tretter**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**Peter J. Venaglia**
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

**Jennifer A. Walker**
Hogan & Hartson LLP
111 South Calvert Street
Suite 1600
Baltimore, MD 21210

**Brendan Woodard**
White & Case
1155 Avenue of the Americas
New York, NY 10036