**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **2:06-cv-920-MHT** |
| **ABBOTT LABORATORIES, INC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW George W. Walker, III, counsel for Defendant Par Pharmaceutical, Inc., who is an attorney admitted to practice before this Court, and respectfully moves this Honorable Court to grant permission to Thomas J. Roberts of the firm of Williams & Connolly LLP of Washington, D.C., to appear *pro hac vice* in this action for the purpose of representing Par Pharmaceutical, Inc.  The applicant is admitted to practice before the United States District Court for the District of Columbia, which is the district in which said applicant resides or regularly practices law.  A copy of a Certificate of Good Standing for the applicant is attached hereto, the original of which is being maintained in our files.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $20.00 in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

Respectfully submitted this 26th day of October, 2006.

Of counsel:                                    Respectfully submitted,

Paul K. Dueffert                                  s/ George W. Walker, III
Thomas J. Roberts                              George W. Walker, III (WAL097)
WILLIAMS & CONNOLLY, LLP                        Copeland, Franco, Screws & Gill, P.A.
725 Twelfth Street, N.W.                        P. O. Box 347
Washington, D.C.  20005                         Montgomery, Alabama 36101-0347
Telephone:  (202) 434-5000                      Telephone: (334) 834-1180
Facsimile:   (202) 434-5029                     Facsimile:  (334) 834-3172

                                               Attorneys for Defendant
                                                  Par Pharmaceutical, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2006, I electronically filed the foregoing *Motion for Admission Pro Hac Vice* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **James Harold Anderson**
  janderson@beersanderson.com jody@beersanderson.com
- **Justin Sanjeeve Antonipillai**
  justin.antonipillai@aporter.com
- **Joseph P. H. Babington**
  jpb@helmsinglaw.com
  cer@helmsinglaw.com,ktm@helmsinglaw.com,mjb@helmsinglaw.com,ttw@helmsinglaw.com
- **Lee E. Bains, Jr**
  BAINSL@maynardcooper.com dbroom@mcglaw.com
- **James Fredrick Barger, Jr**
  jbarger@bakerdonelson.com jmckinney@bakerdonelson.com
- **Steven Francis Barley**
  sfbarley@hhlaw.com
- **Roger Lee Bates**
  rbates@handarendall.com lcummings@handarendall.com
- **Jere L. Beasley**
  jere.beasley@beasleyallen.com libby.rayborn@beasleyallen.com
- **Windy Cockrell Bitzer**
  wbitzer@handarendall.com drobinson@handarendall.com
- **Sam Berry Blair, Jr**
  sblair@bakerdonelson.com

- **Lisa Wright Borden**
  lborden@bakerdonelson.com cblack@bakerdonelson.com
- **Robert C. (Mike) Brock**
  rcb@rsjg.com pc@rsjg.com
- **Chad W. Bryan**
  cwb@chlaw.com julie@chlaw.com
- **Philip Henry Butler**
  pbutler@bradleyarant.com
  scarmichael@bradleyarant.com;kcastleberry@bradleyarant.com
- **Clinton Chadwell Carter**
  clint.carter@beasleyallen.com
  michelle.lysdale@beasleyallen.com;greta.beasley@beasleyallen.com
- **Steven F. Casey**
  scasey@balch.com
- **Tiffany Cheung**
  tcheung@mofo.com lsario@mofo.com
- **Thomas William Christian**
  twchristian@csattorneys.com kjones@csattorneys.com
- **Eric Paul Christofferson**
  echristofferson@ropesgray.com
- **Courtney A. Clark**
  caclark@sherin.com
- **William D. Coleman**
  wdc@chlaw.com patty@chlaw.com;roxie@chlaw.com
- **Betsy P. Collins**
  bcollins@alston.com beth.williams@alston.com
- **Julia Boaz Cooper**
  jbcooper@bradleyarant.com
- **Richard Melvyn Cooper**
  rcooper@wc.com
- **Lee Hall Copeland**
  copeland@copelandfranco.com moseley@copelandfranco.com
- **Wayne Alan Cross**
  wcross@whitecase.com
- **James R. Daly**
  jrdaly@jonesday.com
  mhirst@jonesday.com;ifiorentinos@jonesday.com;cdudley@jonesday.com;jgwinchester@jonesday.com
- **Kelly Jeanne Davidson**
  kjdavidson@ober.com
- **Merle Miller DeLancey, Jr**
  delanceym@dsmo.com
- **Steven Samuel Diamond**
  steven.diamond@aporter.com
- **Nada Djordjevic**
  ndjordjevic@jenner.com

- **John Charles Dodds**
  jdodds@morganlewis.com
- **Michael P. Doss**
  mdoss@sidley.com
- **Ronald G. Dove, Jr**
  rdove@cov.com
- **Rebecca Lynne Dubin**
  rebecca.dubin@aporter.com
- **Paul Keith Dueffert**
  PDueffert@wc.com
- **Robert D. Eckinger**
  robert.eckinger@arlaw.com lynn.wood@arlaw.com
- **Joseph C. Espy, III**
  jespy@mewlegal.com clucas@mewlegal.com
- **Douglas Brooke Farquhar**
  dbf@hpm.com
- **Patrick Conor Finnegan**
  pcf@helmsinglaw.com cer@helmsinglaw.com;ktm@helmsinglaw.com
- **John Robert Fleder**
  jrf@hpm.com
- **Michael Sean Flynn**
  michael.flynn@dpw.com
- **Alvin Latham (Peck) Fox, Jr**
  pfox@mcg-mont.com
- **Robert Bruce Funkhouser**
  funkhous@hugheshubbard.com
- **John Michael Gallagher**
  mgallagher@whitecase.com
- **Charles Nelson Gill**
  ngill@copelandfranco.com cngill27@hotmail.com;bryan@copelandfranco.com
- **Richard Hamilton Gill**
  gill@copelandfranco.com michaud@copelandfranco.com
- **Mark D. Godler**
  mgodler@kayescholer.com ncohen@kayescholer.com
- **Elizabeth I. Hack**
  ehack@sonnenschein.com
- **William Huger Hardie, Jr**
  whh@johnstoneadams.com service@johnstoneadams.com
- **Kimberley Denise Harris**
  kim.harris@dpw.com
- **Fred M. (Tripp) Haston, III**
  thaston@bradleyarant.com lhawkins@bradleyarant.com
- **Christopher Fred Heinss**
  cheinss@balch.com tmartin@balch.com
- **John Alec Henig, Jr**
  henig@copelandfranco.com smith@copelandfranco.com

- **Frederick Geroge Herold**
  frederick.herold@dechert.com
- **Kimberly Kaye Heuer**
  kheuer@morganlewis.com berobinson@morganlewis.com
- **Geoffrey D. Hobart**
  ghobart@cov.com
- **S. Craig Holden**
  scholden@ober.com
- **Robert A. Huffaker**
  rah@rsjg.com va@rsjg.com
- **Andrew Lawrence Hurst**
  ahurst@reedsmith.com
- **Francis Inge Johnstone**
  ijohnsto@balch.com
- **Donald Rush Jones, Jr**
  don@djoneslaw.com kristi@djoneslaw.com
- **Anthony Aaron Joseph**
  ajoseph@maynardcooper.com
- **Troy Robin King**
  msimpson@ago.state.al.us oingram@ago.state.al.us
- **Michael Lee Koon**
  mkoon@shb.com
- **Katy Ellen Koski**
  kekoski@sherin.com
- **Brian David Ledahl**
  bledahl@irell.com
- **Joseph William Letzer**
  jletzer@burr.com
- **Jason R. Litow**
  jlitow@cov.com
- **Robert S. Litt**
  robert_litt@aporter.com
- **Gary M. London**
  glondon@burr.com tmoore@burr.com
- **Mark H. Lynch**
  mlynch@cov.com
- **James W. Matthews**
  jwmatthews@sherin.com
- **Warren Carroll Matthews**
  wmatthew@burr.com
- **Joseph George Matye**
  jmatye@shb.com waross@shb.com;cgross@shb.com
- **Julian Rushton McClees**
  rmcclees@sirote.com jboyd@sirote.com
- **Walter Joseph McCorkle, Jr**
  jmccorkl@balch.com pkervin@balch.com

- **James H. McLemore**
  jhm@chlaw.com treasure@chlaw.com;leah@chlaw.com
- **Jessica Lynne Medina**
  jessica_medina@aporter.com
- **Wilson Daniel Miles, III**
  dee.miles@beasleyallen.com autumn.lindsey@beasleyallen.com
- **Derrick A. Mills**
  dmills@lfwlaw.com
- **F. Chadwick Morriss**
  fcm@rsjg.com jt@rsjg.com;tb@rsjg.com
- **Robert J. Muldoon, Jr**
  rjmuldoon@sherin.com
- **Robert F. Northcutt**
  rfn@chlaw.com
- **Brien T. O'Connor**
  brien.o'connor@ropesgray.com
- **Caine O'Rear, III**
  corear@handarendall.com
- **Kathleen Murray O'Sullivan**
  kosullivan@perkinscoie.com lnelson@perkinscoie.com
- **Christopher Palermo**
  cpalermo@kelleydrye.com
- **George Robert Parker**
  gparker@bradleyarant.com kcastleberry@bradleyarant.com
- **Jane W. Parver**
  mferrandino@kayescholer.com maomdal@kayescholer.com
- **Laura Howard Peck**
  lhp@starneslaw.com
- **Carlos Manuel Pelayo**
  carlos.pelayo@dpw.com
- **Nancy L. Perkins**
  nancy.perkins@aporter.com
- **Anthony C. Porcelli**
  aporcelli@jenner.com
- **Maibeth Jernigan Porter**
  PORTEM@maynardcooper.com
- **Harlan Irby Prater, IV**
  hprater@lfwlaw.com
- **Carlos Enrique Provencio**
  cprovencio@shb.com
- **Richard D. Raskin**
  rraskin@sidley.com
- **Archibald Thomas Reeves, IV**
  areeves@mcdowellknight.com
  tvinson@mcdowellknight.com;kford@mcdowellknight.com

- **Daniel Edward Reidy**
  dereidy@jonesday.com
- **Robert Philip Reznick**
  reznick@hugheshubbard.com
- **Thomas J. Roberts**
  TRoberts@wc.com
- **Sandra Grisham Robinson**
  sgr@cabaniss.com kguillott@cabaniss.com
- **Graciela Maria Rodriguez**
  gmrodriguez@kslaw.com
- **Bruce F. Rogers**
  brogers@bainbridgemims.com
- **Stephen Ashford Rowe**
  steve.rowe@arlaw.com
- **Stephen Jackson Rowe**
  srowe@lfwlaw.com lynnl@lfwlaw.com
- **Andrew David Schau**
  adschau@pbwt.com
- **Lori A. Schechter**
  lschechter@mofo.com kfranklin@mofo.com;kbobovski@mofo.com
- **Mark D. Seltzer**
  mseltzer@hklaw.com
- **John D. Shakow**
  jshakow@kslaw.com
- **Richard Lee Sharff, Jr**
  rsharff@bradleyarant.com
- **Edward Sledge Sledge, III**
  esledge@mcdowellknight.com abush@mcdowellknight.com
- **William Stancil Starnes**
  wss@starneslaw.com
- **Robert R. Stauffer**
  rstauffer@jenner.com
- **Gilbert Calvin Steindorff, IV**
  gcs@hsy.com
- **Scott Alan Stempel**
  sstempel@morganlewis.com
- **T. Reed Stephens**
  rstephens@sonnenschein.com
- **Jonathan Louis Stern**
  jonathan.stern@aporter.com
- **Sharon Donaldson Stuart**
  sds@csattorneys.com
- **Kevin Richard Sullivan**
  krsullivan@kslaw.com
- **E. Abim Thomas**
  abim.thomas@ropesgray.com

- **C. Clay Torbert, III**
  cct@chlaw.com gina@chlaw.com;roxie@chlaw.com
- **John Michael Townsend**
  townsend@hugheshubbard.com
- **Edwin John U**
  eu@kirkland.com
- **Steven Michael Umin**
  sumin@wc.com
- **Valerie M. Wagner**
  valerie.wagner@dechert.com
- **Karen Natalie Walker**
  kwalker@kirkland.com
- **Jason Drew Wallach**
  wallachj@dsmo.com
- **James N. Walter, Jr**
  jnw@chlaw.com anne@chlaw.com;roxie@chlaw.com
- **Jason Robert Watkins**
  jwatkins@ball-ball.com cantinarella@ball-ball.com
- **Jarrod J. White**
  jjw@cabaniss.com tsmith@cabaniss.com
- **D. Scott Wise**
  d.wise@dpw.com
- **Joseph Harrison Young**
  jhyoung@hhlaw.com

I further certify that copy of the *Motion for Admission Pro Hac Vice* has been served by First Class U.S. Mail, postage prepaid upon remaining parties listed below on the same date:

**J. Steven Baughman**
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

**Toni-Ann Citera**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**Rachael E. Dehner**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**Paul F. Doyle**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

**Steven M. Edwards**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**Anna Bondurant Eley**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**William A. Escobar**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**David D. Fauver**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Sarah Anne Franklin**
Holland & Knight
10 St. James Avenue
Boston, MA 02116

**Ross S. Goldstein**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Erik Haas**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

**James V. Hayes**
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

**Nicola Heskett**
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

**Robyn M. Holtzman**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Thomas H. Lee, II**
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

**Samuel Lonergan**
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

**Adeel A. Mangi**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

**Christopher May**
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

**Joseph M. Meadows**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Neil Merkl**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

**John T. Montgomery**
Ropes & Gray LLP
One International Place
Boston, MA 02110

**William D. Nussbaum**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Gregory M. Petouvis**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Leah Pointer**
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

**Brian Rafferty**
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

**Jonathan T. Rees**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Carl E. Ross**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Lee Ann Russo**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**Thomas J. Sweeney, III**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**Lyndon M. Tretter**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**Peter J. Venaglia**
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

**Jennifer A. Walker**
Hogan & Hartson LLP
111 South Calvert Street
Suite 1600
Baltimore, MD 21210

**Brendan Woodard**
White & Case
1155 Avenue of the Americas
New York, NY 10036

  s/ George W. Walker, III
Of Counsel



## District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

THOMAS J. ROBERTS

was on the    8TH    day of    DECEMBER, 2003

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 19, 2006.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk