IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA,      ) | |
| ) | |
|    Plaintiff,      ) | |
| ) | CIVIL ACTION NO. |
|    v.      ) | 2:06cv920-MHT |
| ) | |
| ABBOTT LABORATORIES, INC.,   ) | |
| et al.,      ) | |
| ) | |
|    Defendants.      ) | |

ORDER

It is ORDER that the motions for admission pro hac vice (doc. nos. 142 & 145) are granted.

DONE, this the 27th day of October, 2006.

       /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE