IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

STATE OF ALABAMA,                  )
                                   )
   Plaintiff,                  )
                                   )          CIVIL ACTION NO.
   v.                          )            2:06cv920-MHT
                                   )
ABBOTT LABORATORIES, INC.,  )
et al.,                            )
                                   )
   Defendants.                 )

ORDER

It is ORDER that the motion for admission pro hac vice (doc. no. 146) is granted.

DONE, this the 27th day of October, 2006.


     /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE