IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv920-MHT |
| | ) | |
| ABBOTT LABORATORIES, INC., | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

                                  ORDER

It is ORDER that the motion to vacate (doc. no. 143) is set for submission, without oral argument, on November 13, 2006, with all briefs due by said date.

DONE, this the 27th day of October, 2006.

                                          /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE