IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| STATE OF ALABAMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. CV-06-920 |
| | ) |
| ABBOTT LABORATORIES, INC, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION TO ADMIT ATTORNEYS *PRO HAC VICE***

COMES NOW the undersigned, Joseph P.H. Babington, a member in good standing of the Bar of the State of Alabama and of the United States District Court for the Middle District of Alabama, and an attorney of record for Defendant, SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK"), and respectfully moves for the admission *pro hac vice* of attorney Thomas H. Lee, II of the firm Dechert LLP, as additional counsel for GSK. In support of this Motion, a Certificate of Good Standing is attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court the appropriate fee of $20 pursuant to Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

**WHEREFORE**, the undersigned respectfully requests that this Court grant the Motion and admit Thomas H. Lee, II of the firm Dechert LLP *pro hac vice* as additional counsel for GSK.

1

Respectfully submitted this 27th day of October, 2006.

/s/ Joseph P.H. Babington
Joseph P.H. Babington  (BABIJ7938)
Patrick C. Finnegan  (FINNP3533)
HELMSING, LEACH, HERLONG,
      NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL  36652
Telephone:  (251) 432-5521
Facsimile:  (251) 432-0633

Of Counsel
(*pro hac vice* applications in process):

Mark H. Lynch
Ronald G. Dove, Jr.
COVINGTON & BURLING
1201 Pennsylvania Avenue NW
Washington, DC  20004
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291

Frederick G. Herold
Valerie M. Wagner
DECHERT LLP
1117 California Avenue
Palo Alto, CA  94304
Telephone:  (650) 813-4930
Facsimile:  (650) 813-4848

Thomas H. Lee, II
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19104
Telephone:  (215) 994-4000
Facsimile:  (215) 994-2222

Mark D. Seltzer
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
Telephone:  (617) 523-2700
Facsimile:  (617) 523-6850

*Counsel for Defendant SmithKline Beecham*
*Corporation d/b/a GlaxoSmithKline*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using CM/ECF which will send notification of such filing to all parties in this action and/or served electronically on all remaining counsel by agreement.

                                                  **/s/ Joseph P.H. Babington**
                                                  OF COUNSEL

Doc.122464

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

DO HEREBY CERTIFY That Thomas H. Lee, II , Bar # 49867, was duly admitted to practice in said Court on February 20, 1990, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania

on October 25, 2006.

MICHAEL E. KUNZ
                Clerk of Court

BY _____
    Aida Ayala,    Deputy Clerk