IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv920-MHT |
| | ) | |
| ABBOTT LABORATORIES, INC., | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDER that the motions for admission pro hac vice (doc. nos. 147, 149, and 150) are granted.

DONE, this the 27th day of October, 2006.


      /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE