IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **STATE OF ALABAMA,**       ) | |
| ) | |
| Plaintiff,              ) | |
| ) | CIVIL ACTION NO. |
| v.                       ) | 2:06cv920-MHT |
| ) | |
| **ABBOTT LABORATORIES, INC.,** ) | |
| **et al.,**                   ) | |
| ) | |
| Defendants.            ) | |

ORDER

It is ORDER that the motions for admission pro hac vice (doc. nos. 154 & 155) are granted.

DONE, this the 27th day of October, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**