IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STATE OF ALABAMA

      **Plaintiff,**

v.

ABBOTT LABORATORIES, INC., *et al.*,

      **Defendants.**

Case No. 2:06cv00920-MHT-VPM

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Comes now Harlan I. Prater, attorney for Defendant Purdue Pharma L.P., who is an attorney admitted to practice before this Court, and respectfully moves this Honorable Court to grant permission to Lori Schechter of the firm of Morrison & Foerster of San Francisco, California, to appear *pro hac vice* in this action for the purpose of representing Defendant Purdue Pharma L.P. The applicant is admitted to practice before the United States District Court for the Northern District of California, which is the district in which each applicant resides or regularly practices law. A Certificate of Good Standing for the applicant is attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $20.00 in payment of the fee prescribed by Rule 83.1(b) of the rules of the United States District Court for the Middle District of Alabama.

Respectfully submitted this 27th day of October, 2006.

                         /s/ Harlan I. Prater, IV
                         Harlan I. Prater, IV(PRA004)
                         Attorney for Defendant
                         Purdue Pharma, L.P.

2

OF COUNSEL:
Harlan I. Prater, IV
Stephen J. Rowe
Derrick A. Mills
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
phone: (205) 581-0700
(205) 581-0799 (fax)

Lori A. Schechter (CA Bar No. 139728)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000
(415) 268-7522 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that on October 27, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel. I further certify that I have, on this day, served this motion on counsel of record through the LexisNexis File and Serve system.

                                        /s/ Harlan I. Prater, IV
                                        OF COUNSEL

# Certificate of Good Standing

United States of District Court )
) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Lori Ann Schechter, Bar No. 139728** was duly admitted to practice in said Court on **June 6, 1989**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on October 25, 2006

Richard W. Wieking
Clerk

