# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

October 30, 2006

# NOTICE OF CORRECTION

FROM:      Clerk's Office

Case Style:  State of Alabama v. Abbott Laboratories, Inc. Et al

Case No.:    2:06cv920-MHT
             Document 142 Motion to Appear Pro Hac Vice

This Notice of Correction was filed in the referenced case this date to enter the corrected pdfs for the Certificates of Good Standing.

# Exhibit "1"

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States

District Court for the District of Columbia, do hereby certify that:

### MERLE   MILLER   DELANCEY

was, on the  4th  day of  January  A.D. 1993  admitted to practice as an  Attorney

at  Law at the Bar of this Court, and is, according to the records of this Court, a

member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court

in the City of Washington this  26th  day of  October  A.D. 2006.

NANCY M. MAYER-WHITTINGTON, CLERK

By: _____
**Deputy Clerk**

# Exhibit "2"

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,**  Clerk of the United States

District Court for the District of Columbia, do hereby certify that:

### JASON    DREW    WALLACH

was, on the  5th  day of  March  A.D. 2001  admitted to practice as an  Attorney

at  Law at the Bar of this Court, and is, according to the records of this Court, a

member of said Bar in good standing.


In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court

in the City of Washington this  26th  day of  October  A.D. 2006.


**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____

**Deputy Clerk**