UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

| | |
|---|---|
| STATE OF ALABAMA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.: 2:06-920-MHT |
| ABBOTT LABORATORIES, INC, et al., | ) ) ) |
| Defendants. | ) |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

W. Joseph McCorkle, Jr., one of the attorneys for defendants Teva Pharmaceuticals USA, Inc., IVAX Pharmaceuticals, Inc., and IVAX Corporation, who is admitted to practice before this Court, respectfully moves this Honorable Court to grant permission to Elizabeth I. Hack of the firm Sonnenschein, Nath & Rosenthal, Washington, D.C., to appear *pro hac vice* in this action for the purpose of representing Teva Pharmaceuticals USA, Inc., IVAX Pharmaceuticals, Inc., and IVAX Corporation. The applicant is admitted to practice before the U.S. District Court for the District of Columbia, which is in the district in which this applicant resides or regularly practices law. A Certificate of Good Standing for this applicant is attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $20.00 in payment of the fee prescribed by Rule 83.1(b) of the rules of the United States District Court for the Middle District of Alabama.

Respectfully submitted this 30th day of October, 2006.

*s/ W. Joseph McCorkle, Jr.*
One of the Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.,
IVAX Pharmaceuticals, Inc., and
IVAX Corporation

OF COUNSEL:

W. Joseph McCorkle, Jr. (MCC056)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101-0078
Telephone: (334) 269-3134
Facsimile: (334) 269-3115

F. Inge Johnstone (JOH159)
Balch & Bingham LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

Elizabeth I. Hack
T. Reed Stephens
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel.

_s/ W. Joseph McCorkle, Jr._
Of Counsel

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**ELIZABETH INEZ HACK**

was, on the 4th day of December A.D. 1989 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 20th day of October A.D. 2006.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _____
Deputy Clerk