**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

October 31, 2006

# NOTICE OF CORRECTION

FROM:    Clerk's Office

Case Style:   State of Alabama v. Abbott Laboratories, Inc. Et al

Case No.:   2:06cv920-MHT
Document 162 Notice of Withdrawal of Appearance

This Notice of Correction was filed in the referenced case this date to enter the corrected pdf for this document. The originally e-filed document was incorrectly styled and had an incorrect case number.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-920-MHT |
| ) | |
| ABBOTT LABORATORIES, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Richard M. Cooper, *pro hac vice*, on behalf of Defendant Par Pharmaceutical, Inc. in the above-captioned action. All other counsel of record for Par Pharmaceutical, Inc. shall continue to appear in this matter.

.

Dated:  October 30, 2006

| | |
|---|---|
| Of counsel: | Respectfully submitted, |
| | |
| Paul K. Dueffert (*pro hac vice*) | |
| Thomas J. Roberts (*pro hac vice*) |  s/ George W. Walker, III |
| WILLIAMS & CONNOLLY, LLP | George W. Walker, III (WAL097) |
| 725 Twelfth Street, N.W. | COPELAND, FRANCO, SCREWS & GILL, P.A. |
| Washington, D.C.  20005 | P. O. Box 347 |
| Tel:  (202) 434-5000 | Montgomery, Alabama 36101-0347 |
| Fax:  (202) 434-5029 | Telephone: (334) 834-1180 |
| | Facsimile:  (334) 834-3172 |
| | |
| | Attorneys for Defendant |
| |     Par Pharmaceutical, Inc. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2006, I electronically filed the foregoing *Notice of Withdrawal of Appearance* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **James Harold Anderson**
  janderson@beersanderson.com jody@beersanderson.com
- **Justin Sanjeeve Antonipillai**
  justin.antonipillai@aporter.com
- **Joseph P. H. Babington**
  jpb@helmsinglaw.com
  cer@helmsinglaw.com,ktm@helmsinglaw.com,mjb@helmsinglaw.com,ttw@helmsinglaw.com
- **Lee E. Bains, Jr**
  BAINSL@maynardcooper.com dbroom@mcglaw.com
- **James Fredrick Barger, Jr**
  jbarger@bakerdonelson.com jmckinney@bakerdonelson.com
- **Steven Francis Barley**
  sfbarley@hhlaw.com
- **Roger Lee Bates**
  rbates@handarendall.com lcummings@handarendall.com
- **Jere L. Beasley**
  jere.beasley@beasleyallen.com libby.rayborn@beasleyallen.com
- **Windy Cockrell Bitzer**
  wbitzer@handarendall.com drobinson@handarendall.com
- **Sam Berry Blair, Jr**
  sblair@bakerdonelson.com
- **Lisa Wright Borden**
  lborden@bakerdonelson.com cblack@bakerdonelson.com
- **Robert C. (Mike) Brock**
  rcb@rsjg.com pc@rsjg.com
- **Chad W. Bryan**
  cwb@chlaw.com julie@chlaw.com
- **Philip Henry Butler**
  pbutler@bradleyarant.com
  scarmichael@bradleyarant.com;kcastleberry@bradleyarant.com
- **Clinton Chadwell Carter**
  clint.carter@beasleyallen.com
  michelle.lysdale@beasleyallen.com;greta.beasley@beasleyallen.com
- **Steven F. Casey**
  scasey@balch.com
- **Tiffany Cheung**
  tcheung@mofo.com lsario@mofo.com

- **Thomas William Christian**
  twchristian@csattorneys.com kjones@csattorneys.com
- **Eric Paul Christofferson**
  echristofferson@ropesgray.com
- **Courtney A. Clark**
  caclark@sherin.com
- **William D. Coleman**
  wdc@chlaw.com patty@chlaw.com;roxie@chlaw.com
- **Betsy P. Collins**
  bcollins@alston.com beth.williams@alston.com
- **Julia Boaz Cooper**
  jbcooper@bradleyarant.com
- **Richard Melvyn Cooper**
  rcooper@wc.com
- **Lee Hall Copeland**
  copeland@copelandfranco.com moseley@copelandfranco.com
- **Wayne Alan Cross**
  wcross@whitecase.com
- **James R. Daly**
  jrdaly@jonesday.com
  mhirst@jonesday.com;ifiorentinos@jonesday.com;cdudley@jonesday.com;jgwinchester
  @jonesday.com
- **Kelly Jeanne Davidson**
  kjdavidson@ober.com
- **Merle Miller DeLancey, Jr**
  delanceym@dsmo.com
- **Steven Samuel Diamond**
  steven.diamond@aporter.com
- **Nada Djordjevic**
  ndjordjevic@jenner.com
- **John Charles Dodds**
  jdodds@morganlewis.com
- **Michael P. Doss**
  mdoss@sidley.com
- **Ronald G. Dove, Jr**
  rdove@cov.com
- **Rebecca Lynne Dubin**
  rebecca.dubin@aporter.com
- **Robert D. Eckinger**
  robert.eckinger@arlaw.com lynn.wood@arlaw.com
- **Joseph C. Espy, III**
  jespy@mewlegal.com clucas@mewlegal.com
- **Douglas Brooke Farquhar**
  dbf@hpm.com
- **Patrick Conor Finnegan**
  pcf@helmsinglaw.com cer@helmsinglaw.com;ktm@helmsinglaw.com

- **John Robert Fleder**
  jrf@hpm.com
- **Michael Sean Flynn**
  michael.flynn@dpw.com
- **Alvin Latham (Peck) Fox, Jr**
  pfox@mcg-mont.com
- **Robert Bruce Funkhouser**
  funkhous@hugheshubbard.com
- **John Michael Gallagher**
  mgallagher@whitecase.com
- **Charles Nelson Gill**
  ngill@copelandfranco.com cngill27@hotmail.com;bryan@copelandfranco.com
- **Richard Hamilton Gill**
  gill@copelandfranco.com michaud@copelandfranco.com
- **Mark D. Godler**
  mgodler@kayescholer.com ncohen@kayescholer.com
- **Elizabeth I. Hack**
  ehack@sonnenschein.com
- **William Huger Hardie, Jr**
  whh@johnstoneadams.com service@johnstoneadams.com
- **Kimberley Denise Harris**
  kim.harris@dpw.com
- **Fred M. (Tripp) Haston, III**
  thaston@bradleyarant.com lhawkins@bradleyarant.com
- **Christopher Fred Heinss**
  cheinss@balch.com tmartin@balch.com
- **John Alec Henig, Jr**
  henig@copelandfranco.com smith@copelandfranco.com
- **Frederick Geroge Herold**
  frederick.herold@dechert.com
- **Kimberly Kaye Heuer**
  kheuer@morganlewis.com berobinson@morganlewis.com
- **Geoffrey D. Hobart**
  ghobart@cov.com
- **S. Craig Holden**
  scholden@ober.com
- **Robert A. Huffaker**
  rah@rsjg.com va@rsjg.com
- **Andrew Lawrence Hurst**
  ahurst@reedsmith.com
- **Francis Inge Johnstone**
  ijohnsto@balch.com
- **Donald Rush Jones, Jr**
  don@djoneslaw.com kristi@djoneslaw.com
- **Anthony Aaron Joseph**
  ajoseph@maynardcooper.com

- **Troy Robin King**
  msimpson@ago.state.al.us oingram@ago.state.al.us
- **Michael Lee Koon**
  mkoon@shb.com
- **Katy Ellen Koski**
  kekoski@sherin.com
- **Brian David Ledahl**
  bledahl@irell.com
- **Joseph William Letzer**
  jletzer@burr.com
- **Jason R. Litow**
  jlitow@cov.com
- **Robert S. Litt**
  robert_litt@aporter.com
- **Gary M. London**
  glondon@burr.com tmoore@burr.com
- **Mark H. Lynch**
  mlynch@cov.com
- **James W. Matthews**
  jwmatthews@sherin.com
- **Warren Carroll Matthews**
  wmatthew@burr.com
- **Joseph George Matye**
  jmatye@shb.com waross@shb.com;cgross@shb.com
- **Julian Rushton McClees**
  rmcclees@sirote.com jboyd@sirote.com
- **Walter Joseph McCorkle, Jr**
  jmccorkl@balch.com pkervin@balch.com
- **James H. McLemore**
  jhm@chlaw.com treasure@chlaw.com;leah@chlaw.com
- **Joseph M. Meadows**
  joseph.meadows@aporter.com
- **Jessica Lynne Medina**
  jessica_medina@aporter.com
- **Wilson Daniel Miles, III**
  dee.miles@beasleyallen.com autumn.lindsey@beasleyallen.com
- **Derrick A. Mills**
  dmills@lfwlaw.com
- **F. Chadwick Morriss**
  fcm@rsjg.com jt@rsjg.com;tb@rsjg.com
- **Robert J. Muldoon, Jr**
  rjmuldoon@sherin.com
- **Robert F. Northcutt**
  rfn@chlaw.com
- **Brien T. O'Connor**
  brien.o'connor@ropesgray.com

- **Caine O'Rear, III**
  corear@handarendall.com tgreen@handarendall.com;cclinton@handarendall.com
- **Kathleen Murray O'Sullivan**
  kosullivan@perkinscoie.com lnelson@perkinscoie.com
- **Christopher Palermo**
  cpalermo@kelleydrye.com
- **George Robert Parker**
  gparker@bradleyarant.com kcastleberry@bradleyarant.com
- **Jane W. Parver**
  mferrandino@kayescholer.com maomdal@kayescholer.com
- **Laura Howard Peck**
  lhp@starneslaw.com
- **Carlos Manuel Pelayo**
  carlos.pelayo@dpw.com
- **Nancy L. Perkins**
  nancy.perkins@aporter.com
- **Anthony C. Porcelli**
  aporcelli@jenner.com
- **Maibeth Jernigan Porter**
  PORTEM@maynardcooper.com
- **Harlan Irby Prater, IV**
  hprater@lfwlaw.com
- **Carlos Enrique Provencio**
  cprovencio@shb.com
- **Richard D. Raskin**
  rraskin@sidley.com
- **Archibald Thomas Reeves, IV**
  areeves@mcdowellknight.com
  tvinson@mcdowellknight.com;kford@mcdowellknight.com
- **Daniel Edward Reidy**
  dereidy@jonesday.com
- **Robert Philip Reznick**
  reznick@hugheshubbard.com
- **Sandra Grisham Robinson**
  sgr@cabaniss.com kguillott@cabaniss.com
- **Graciela Maria Rodriguez**
  gmrodriguez@kslaw.com
- **Bruce F. Rogers**
  brogers@bainbridgemims.com
- **Stephen Ashford Rowe**
  steve.rowe@arlaw.com
- **Stephen Jackson Rowe**
  srowe@lfwlaw.com lynnl@lfwlaw.com
- **Andrew David Schau**
  adschau@pbwt.com

- **Lori A. Schechter**
  lschechter@mofo.com kfranklin@mofo.com;kbobovski@mofo.com
- **Mark D. Seltzer**
  mseltzer@hklaw.com
- **John D. Shakow**
  jshakow@kslaw.com
- **Richard Lee Sharff, Jr**
  rsharff@bradleyarant.com
- **Edward Sledge Sledge, III**
  esledge@mcdowellknight.com abush@mcdowellknight.com
- **William Stancil Starnes**
  wss@starneslaw.com
- **Robert R. Stauffer**
  rstauffer@jenner.com
- **Gilbert Calvin Steindorff, IV**
  gcs@hsy.com
- **Scott Alan Stempel**
  sstempel@morganlewis.com
- **T. Reed Stephens**
  rstephens@sonnenschein.com
- **Jonathan Louis Stern**
  jonathan.stern@aporter.com
- **Sharon Donaldson Stuart**
  sds@csattorneys.com
- **Kevin Richard Sullivan**
  krsullivan@kslaw.com
- **E. Abim Thomas**
  abim.thomas@ropesgray.com
- **C. Clay Torbert, III**
  cct@chlaw.com gina@chlaw.com;roxie@chlaw.com
- **John Michael Townsend**
  townsend@hugheshubbard.com
- **Edwin John U**
  eu@kirkland.com
- **Steven Michael Umin**
  sumin@wc.com
- **Valerie M. Wagner**
  valerie.wagner@dechert.com
- **Jennifer A Walker**
  jawalker@hhlaw.com
- **Karen Natalie Walker**
  kwalker@kirkland.com
- **Jason Drew Wallach**
  wallachj@dsmo.com
- **James N. Walter, Jr**
  jnw@chlaw.com anne@chlaw.com;roxie@chlaw.com

- **Jason Robert Watkins**
  jwatkins@ball-ball.com cantinarella@ball-ball.com
- **Jarrod J. White**
  jjw@cabaniss.com tsmith@cabaniss.com
- **D. Scott Wise**
  d.wise@dpw.com
- **Joseph Harrison Young**
  jhyoung@hhlaw.com

I further certify that copy of the *Notice of Withdrawal of Appearance* has been served by First Class U.S. Mail, postage prepaid upon remaining parties listed below on the same date:

**J. Steven Baughman**
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

**Toni-Ann Citera**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**Rachael E. Dehner**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**Paul F. Doyle**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

**Steven M. Edwards**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**Anna Bondurant Eley**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**William A. Escobar**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**David D. Fauver**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Sarah Anne Franklin**
Holland & Knight
10 St. James Avenue
Boston, MA 02116

**Ross S. Goldstein**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Erik Haas**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

**James V. Hayes**
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

**Nicola Heskett**
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

**Robyn M. Holtzman**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Thomas H. Lee, II**
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

**Samuel Lonergan**
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

**Adeel A. Mangi**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

**Christopher May**
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

**Neil Merkl**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

**John T. Montgomery**
Ropes & Gray LLP
One International Place
Boston, MA 02110

**William D. Nussbaum**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Gregory M. Petouvis**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Leah Pointer**
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

**Brian Rafferty**
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

**Jonathan T. Rees**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Carl E. Ross**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Lee Ann Russo**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**Thomas J. Sweeney, III**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**Lyndon M. Tretter**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**Peter J. Venaglia**
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

**Brendan Woodard**
White & Case
1155 Avenue of the Americas
New York, NY 10036

  s/ George W. Walker, III
       Of Counsel