IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STATE OF ALABAMA,            )
                             )
    Plaintiff,                )
                             )      CIVIL ACTION NO.
    v.                       )        2:06cv920-MHT
                             )
ABBOTT LABORATORIES, INC.,   )
et al.,                      )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion for admission pro hac vice (doc. no. 161) is granted.

DONE, this the 31st day of October, 2006.


　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE