IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


STATE OF ALABAMA,            )
                             )
    Plaintiff,           )
                             )        CIVIL ACTION NO.
    v.                   )         2:06cv920-MHT
                             )
ABBOTT LABORATORIES, INC.,   )
et al.,                      )
                             )
    Defendants.          )

ORDER

It is ORDERED that the motion for admission pro hac vice (doc. no. 164) is granted.

DONE, this the 31st day of October, 2006.


      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE