IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv920-MHT |
| | ) | |
| **ABBOTT LABORATORIES, INC.,** | ) | |
| **et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

It is ORDERED that the notice of withdrawal (doc. no. 162) is treated as a motion to withdraw and said motion is granted.

DONE, this the 31st day of October, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**