IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **STATE OF ALABAMA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 2:06cv920-MHT |
| | ) |
| **ABBOTT LABORATORIES, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF WITHDRAWAL

COMES NOW, Nicola R. Heskett and Carlos E. Provencio, attorneys with the law firm of Shook, Hardy & Bacon, L.L.P., 2555 Grand Boulevard, Kansas City, Missouri 64108, and files this notice of withdrawal as attorneys of record on behalf of defendants Aventis Pharmaceuticals Inc. Aventis Pharmaceuticals Inc. will continue to be represented by the undersigned, Michael L. Koon, an attorney with the law firm of Shook, Hardy & Bacon, L.L.P., 2555 Grand Boulevard, Kansas City, Missouri 64108 and Joseph G. Matye, an attorney with the law firm of Shook, Hardy & Bacon, L.L.P., 2555 Grand Boulevard, Kansas City, Missouri 64108.

/s/ Michael L. Koon
Michael L. Koon, MO #51481
Joseph G. Matye, MO #41777
**SHOOK, HARDY & BACON, LLP**
2555 Grand Boulevard
Kansas City, MO 64108-2613

Richard H. Gill,
Charles N. Gill,
**COPELAND, FRANCO, SCREWS & GILL, P.A.**
Post Office Box 347
Montgomery, AL 36101-0347
ATTORNEYS FOR DEFENDANT
 AVENTIS PHARMACEUTICALS INC.

2143926v1

## CERTIFICATE OF SERVICE

        I hereby certify that on October 31st, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to counsel. I further certify that I have, on this day, served this pleading to counsel of record through the LexisNexis File and Serve system, pursuant to Case Management Order No. 2:

        /s/ Michael L. Koon

2143926v1