IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| THE STATE OF ALABAMA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) CASE NO.: 2:06-cv-920-MHT-VPM |
| ABBOTT LABORATORIES, INC., et al., | ) ) ) ) |
| Defendants. | ) ) |

## MOTION TO ADMIT ATTORNEYS PRO HAC VICE

Comes now Lee E. Bains, Jr., a member of the Bar of this Court and an attorney of record for Defendants, Wyeth, Inc. and Wyeth Pharmaceuticals, Inc., and moves this Honorable Court to admit attorneys S. Craig Holden and Kelly J. Davidson *pro hac vice.*

As grounds for this motion, movant states that Mr. Holden is an attorney who regularly practices with the law firm of Ober, Kaler, Grimes & Shriver, at the firm's office located at 120 East Baltimore Street, Baltimore, Maryland 21202-1643. Mr. Holden is a member of the Maryland state bar and the bars for the U.S. District Court for the District of Maryland, U.S. District Court for the District of Columbia, and the U.S. Court of Appeals for the District of Columbia. Mr. Holden is admitted to practice before the United States District Court for the district (District of Maryland) in which he resides and regularly practices law. Attached is a Certificate of Good Standing for Mr. Holden from the United States District Court for the District of Maryland.

Ms. Davidson is an attorney who regularly practices with the law firm of Ober, Kaler, Grimes & Shriver, at the firm's office located at 120 East Baltimore Street, Baltimore, Maryland 21202-1643. Ms. Davidson is a member of the Maryland state bar and the bars for the U.S.

01402224.1

2

District Court for the District of Maryland, the U.S. Court of Appeals for the District of Columbia, and the U.S. Court of Appeals for the Fourth Circuit. Ms. Davidson is admitted to practice before the United States District Court for the district (District of Maryland) in which she resides and regularly practices law. Attached is a Certificate of Good Standing for Ms. Davidson from the United States District Court for the District of Maryland.

/s/ *Lee E. Bains, Jr.*
Lee E. Bains, Jr. (BAI005)
One of the attorneys for Defendants, Wyeth, Inc. and Wyeth Pharmaceuticals, Inc.

OF COUNSEL:

Maibeth J. Porter (POR003)
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 32503
Telephone: (205) 254-1000
Facsimile: (205) 254-1999

Alvin L. (Peck) Fox, Jr. (FOX005)
MAYNARD, COOPER & GALE, P.C.
201 Monroe Street, Suite 1650
Montgomery, Alabama 36104
Telephone: (334) 262-2001
Facsimile: (334) 262-2043

S. Craig Holden
Kelly J. Davidson
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643

01402224.1

## CERTIFICATE OF SERVICE

      I hereby certify that on November 1, 2006, I electronically filed the foregoing Motion to Admit Attorneys *Pro Hac Vice* with the Clerk of Court using the CM/ECF system and that the Court's electronic filing system will send notification of such filing to all counsel of record.

                                /s/ *Lee E. Bains, Jr.*
                                Of Counsel

01402224.1



# Certificate of Good Standing

UNITED STATES OF AMERICA

DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

**DO HEREBY CERTIFY** that **S. CRAIG HOLDEN, ESQUIRE, BAR NUMBER 27208,** was duly admitted to practice in the United States District Court for the District of Maryland on July 11, 2003, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

FELICIA C. CANNON
Clerk

Date: October 26, 2006

Tina Stavrou - Deputy Clerk



# Certificate of Good Standing

UNITED STATES OF AMERICA

DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that KELLY J. DAVIDSON, ESQUIRE, BAR NUMBER 25217, was duly admitted to practice in the United States District Court for the District of Maryland on April 10, 1998, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

FELICIA C. CANNON
Clerk

Date: October 26, 2006

Tina Stavrou - Deputy Clerk