IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| THE STATE OF ALABAMA<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., et al.,<br><br>Defendant. | Case No. 2:06cv920-MHT |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.1 of the Local Rules of the United States District Court for the Middle District of Alabama (the "Local Rules"), Immunex Corporation ("Immunex") hereby move this Court to grant that David J. Burman, Esq., and Kathleen M. O'Sullivan, Esq., of Perkins Coie LLP, 1201 Third Ave., 48th FL, Seattle, WA 981001, be admitted to appear on behalf of defendant Immunex and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Mr. Burman is a member in good standing of the bars of the following Federal Courts:

Virginia Supreme Court

District of Columbia Court of Appeals (Inactive)

United States Court of Appeals, District of Columbia Circuit

Washington State Supreme Court

United States District Court of the Western District of Washington

{B0645769}
06735-0065/LEGAL12060910.1

United States Court of Appeals, Ninth Circuit

United States District Court of the Eastern District of Washington

United States Court of Appeals, Federal Circuit

United States Court of Claims

United States Supreme Court

United States Court of Appeals, Eighth Circuit

2. Ms. Kathleen M. O'Sullivan is a member in good standing of the bars of the following Federal Courts:

Washington State Supreme Court

United States District Court of the Western District of Washington

United States Court of Appeals, Ninth Circuit

3. There are no disciplinary proceedings pending against Mr. Burman as a member of the bar in any jurisdiction;

4. There are no disciplinary proceedings pending against Ms. Kathleen M. O'Sullivan as a member of the bar in any jurisdiction;

5. In further support of this motion, Mr. Burman has submitted herewith his Certificate of Good Standing as required by Local Rule 83.1 and, attached as Exhibit 1, a true and correct copy of his certificate of good standing from the United States District Court for the Western District of Washington; and

6. In further support of this motion, Ms. Kathleen M. O'Sullivan has submitted herewith her Certificate of Good Standing as required by Local Rule 83.1 and, attached as Exhibit 1, a true and correct copy of her certificate of good standing from the United States District Court for the Western District of Washington.

WHEREFORE, the undersigned counsel respectfully moves Mr. Burman's and Ms. O'Sullivan's admission to practice before this Court *pro hac vice*.

DATED: November 1, 2006.

s/Laura Howard Peck
Laura Howard Peck
ASB-6509-K69L
W. Stancil Starnes
ASB-1922-E57W
Attorneys for Defendant
Immunex Corporation
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
Telephone: (205) 868-6000
Fax: (205) 868-6050
E-mail: LPeck@starneslaw.com

## Certificate of Service

I hereby certify that a true and correct copy of Immunex Inc.'s Motion for Admission *Pro Hac Vice* was delivered to all counsel of record via electronic service by sending on November 1, 2006 a copy to Lexis Nexis File & Serve for posting and notification to all parties.

s/Laura Howard Peck
Laura Howard Peck
ASB-6509-K69L
Attorney for Defendant
Immunex Corporation
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
Telephone: (205) 868-6000
Fax: (205) 868-6050
E-mail: LPeck@starneslaw.com

# CERTIFICATE OF GOOD STANDING

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

I, Bruce Rifkin, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that David J. Burman was admitted to practice in said Court on June 27, 1980 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on October 26, 2006.

Bruce Rifkin
Clerk

By _____
Deputy Clerk

# CERTIFICATE OF GOOD STANDING

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

I, Bruce Rifkin, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that Kathleen M. O'Sullivan was admitted to practice in said Court on September 29, 2000 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on October 26, 2006.

Bruce Rifkin
Clerk

By _____
Deputy Clerk