IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 NOV -1 A 11: 22

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-00920-MHT |
| | ) | |
| ABBOTT LABORATORIES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

COMES NOW James Anderson, counsel for defendants, Andrx Corporation and Andrx Pharmaceuticals, Inc., who is an attorney admitted to practice before this Court, and respectfully moves this Honorable Court to grant permission to Robert J. Muldoon, Jr., James W. Matthews and Katy E. Koski, of the firm Sherin & Lodgen LLP of Boston, Massachusetts to appear *pro hac vice* in this action for the purpose of representing defendants Andrx Corporation and Andrx Pharmaceuticals, Inc. The applicants are all admitted to practice before the United States District Court of Massachusetts, which is the district in which each applicant resides or regularly practices law. Certificates of Good Standing for each applicant are attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $60.00 ($20.00 per applicant) in payment of the fee prescribed by Rule 83.1 (b) of the Rules of the United States District Court for the Middle District of Alabama.

Respectfully submitted this the 1st day of November, 2006.

JAMES H. ANDERSON
Attorney for Defendants Andrx Corporation
and Andrx Pharmaceuticals, Inc.

**Of Counsel:**

BEERS, ANDERSON, JACKSON,
 PATTY, & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama 36102-1988
(334) 834-5311
(334) 834-5362 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 1st day of November, 2006, filed the foregoing via the CM-ECF system, which will send notification of such filing to all counsel of record.

_____
JAMES H. ANDERSON
OF COUNSEL

# UNITED STATES DISTRICT COURT

**DISTRICT OF** _____MASSACHUSETTS_____

**CERTIFICATE OF
GOOD STANDING**

I, _____Sarah A. Thornton_____, *Clerk of this Court,*

certify that _____Katy E. Koski_____ , *Bar #* 650613 ,

*was duly admitted to practice in this Court on*

_____August 21, 2002_____ , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at _____Boston, Massachusetts_____ on ____October 26, 2006____ .
LOCATION                                                         DATE

_____Sarah A. Thornton_____                    /s/ Judith A. [signature]
CLERK                                                                          DEPUTY CLERK

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

**CERTIFICATE OF
GOOD STANDING**

I,    Sarah A. Thornton   , *Clerk of this Court,*

certify that    James W. Matthews   , *Bar #* 560560   ,

*was duly admitted to practice in this Court on*

   April 16, 1993   , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at    Boston, Massachusetts    on    October 26, 2006   .
LOCATION            DATE



Sarah A. Thornton
CLERK

DEPUTY CLERK

# UNITED STATES DISTRICT COURT

**DISTRICT OF**     MASSACHUSETTS

**CERTIFICATE OF GOOD STANDING**

*I,*    Sarah A. Thornton   , *Clerk of this Court,*

*certify that*    Robert J. Muldoon, Jr.   , *Bar #* 359480  ,

*was duly admitted to practice in this Court on*

   January 16, 1967   , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at*    Boston, Massachusetts    *on*    October 26, 2006  .
LOCATION                                      DATE

Sarah A. Thornton               /s/ [signature]
CLERK                                  DEPUTY CLERK