IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv920-MHT |
| | ) | |
| ABBOTT LABORATORIES, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion for admission pro hac vice (doc. no. 176) is granted.

DONE, this the 2nd day of November, 2006.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE