IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA,        ) | |
| ) | |
|    Plaintiff,        ) | |
| ) | CIVIL ACTION NO. |
|    v.        ) | 2:06cv920-MHT |
| ) | |
| ABBOTT LABORATORIES, INC.,   ) | |
| et al.,        ) | |
| ) | |
|    Defendants.        ) | |

**ORDER**

It is ORDERED that the motion for admission pro hac vice (doc. no. 175) is granted.

DONE, this the 2nd day of November, 2007.


                     /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE