IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STATE OF ALABAMA,              )
                               )
    Plaintiff,                 )
                               )         CIVIL ACTION NO.
    v.                         )          2:06cv920-MHT
                               )
ABBOTT LABORATORIES, INC.,     )
et al.,                        )
                               )
    Defendants.                )
```

## ORDER

It is ORDERED that the motion for admission pro hac vice (doc. no. 174) is granted.

DONE, this the 2nd day of November, 2006.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE