IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA, )<br>)<br>  Plaintiff, )<br>) | |
| v. ) | CIVIL ACTION NO.<br>2:06cv920-MHT |
| )<br>ABBOTT LABORATORIES, INC., )<br>et al., )<br>)<br>  Defendants. ) | |

### ORDER

It is ORDERED that the notice of withdrawal (doc. no. 173) is treated as a motion to withdraw and said motion is granted.

DONE, this the 2nd day of November, 2006.

          /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE