IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

STATE OF ALABAMA,            )
                             )
    Plaintiff,               )
                             )         CIVIL ACTION NO.
    v.                       )          2:06cv920-MHT
                             )
ABBOTT LABORATORIES, INC.,   )
et al.,                      )
                             )
    Defendants.              )

### ORDER

It is ORDERED that the motion for admission pro hac vice (doc. no. 177) is granted.

DONE, this the 2nd day of November, 2006.

                                        /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE